IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY HARRISON, the estate of by and through LYNN HOLLAND as Personal Representative of the Estate of Johnny Harrison (deceased)<br><br>and<br><br>LAQUANSIA BENNET<br><br>and<br><br>SHAVON L. FOWLER, on behalf of and for her minor son,<br>JAQUAN D'ANDRE HARRISON,<br>natural son of deceased, Johnny Harrison<br><br>        Plaintiffs,<br><br>        v.<br><br>FREIGHTLINER, LLC,<br><br>and<br><br>STERLING TRUCK CORPORATION<br><br>and<br><br>DAIMLERCHRYSLER COMPANY<br><br>and<br><br>LEACH COMPANY<br><br>and<br><br>FEDERAL SIGNAL CORPORATION<br><br>and<br><br>ALLISON TRANSMISSION | )<br><br>Civil Action No. _____ |

|  | ) |
|---|---|
| and | ) |
|  | ) |
| GENERAL MOTORS CORPORATION | ) |
|  | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, defendants Freightliner LLC ("Freightliner"), Sterling Truck Corporation ("Sterling"), and DaimlerChrysler Corporation ("DCC") (incorrectly named as "DaimlerChrysler Company") hereby file this Notice of Removal and state as follows:

1. On or about July 13, 2005, plaintiffs filed a product liability action, captioned <u>Johnny Harrison, the estate of by and through Lynn Holland, et al. v. Freightliner, LLC, et al.</u>, Case No. 05-0005385, in the Superior Court for the District of Columbia. The suit alleges claims for negligence, products liability, and wrongful death against defendants Freightliner, Sterling, DCC, Leach Company, Federal Signal Corporation, Allison Transmission, and General Motors Corporation. <u>See</u> Complaint ¶¶ 4.1 – 6.4 (attached as Exhibit A). Plaintiffs allege, *inter alia*, that on July 16, 2004, plaintiff Johnny Harrison was loading trash into a garbage truck—various components of which were allegedly manufactured by the defendants—when it began to roll forward. <u>See id</u>. ¶¶ 3.1, 3.8. Plaintiffs allege that Harrison "attempted to stop the vehicle's movement and was struck and subsequently run over by the rear tire of said garbage truck whereupon he suffered and died from the injuries." <u>Id</u>. ¶ 3.9.

2. Plaintiffs seek unspecified compensatory damages for "survivors' loss of pecuniary support from the decedent;" "reasonable expected loss of services, guidance, education, and assistance provided by the decedent;" "funeral expenses;" "decedent's pain and

2

\\\DC - 58376/0001 - 2184823 V1

suffering;" "decedent's loss of enjoyment of life;" and "decedent's loss of net future earnings." Id. ¶ 7.4(a)-(f).

3. Copies of the Summons and Complaint were served on Freightliner through its registered agent for service of process in the District of Columbia on August 31, 2005.

4. Copies of the Summons and Complaint addressed to Sterling were hand-served at Freightliner's corporate headquarters in Portland, Oregon on August 19, 2005. Sterling notes that this did not constitute proper service on Sterling because it is a separate corporate entity with its principal place of business in Redford Township, Michigan.

5. Copies of the Summons and Complaint were served on DCC through its registered agent for service of process on August 31, 2005.

6. Upon information and belief, General Motors Corporation was served with the Complaint on August 31, 2005.

7. Upon information and belief, Leach Company and Federal Signal Corporation have not yet been served.

8. Thirty days have not yet passed since this action became removable to this Court upon the improper service of the summons and complaint on Sterling, which occurred on August 19, 2005.

9. Plaintiff Johnny Harrison is alleged to have been a resident of the District of Columbia.

10. Plaintiff LaQuansia Bennett is alleged to be a resident of the District of Columbia.

11. Plaintiff Shavon L. Fowler is alleged to be a resident of Maryland.

12. At the time of the commencement of this action, Freightliner was, and still is, a Delaware limited liability company with its principal place of business in Portland, Oregon.

13. At the time of the commencement of this action, Sterling was, and still is, a Delaware corporation with its principal place of business in Redford Township, Michigan.

14. At the time of the commencement of this action, DCC was, and still is, a Delaware corporation with its principal place of business in Auburn Hills, Michigan.

15. Upon information and belief, at the time of the commencement of this action, Leach Company was, and still is, a Wisconsin corporation with its principal place of business in Wisconsin.

16. Upon information and belief, at the time of the commencement of this action, Federal Signal Corporation was, and still is, a Delaware corporation with its principal place of business in Oak Brook, Illinois.

17. Upon information and belief, at the time of the commencement of this action, General Motors Corporation was, and still is, a Delaware corporation with its principal place of business in Detroit, Michigan.

18. Upon information and belief, Allison Transmission is a division of General Motors Corporation and is not a separate corporate entity.

19. The amount in controversy, exclusive of interest and costs, exceeds $75,000.

20. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

21. Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibit A are copies of all pleadings, process and orders served on Freightliner, Sterling, and DCC in this action.

22. Defendants Leach Company, Federal Signal Corporation, Allison Transmission, and General Motors Corporation consent to the removal of this action.

WHEREFORE, Freightliner LLC, Sterling Truck Corporation, and DaimlerChrysler Corporation respectfully request that this action be removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

Respectfully submitted,

HOGAN & HARTSON L.L.P.

By: _/s/ signature_

Terri S. Reiskin (D.C. Bar No. 384886)
Eric C. Tew (D.C. Bar No. 477023)
Columbia Square
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600
(202) 637-5910 (facsimile)
e-mail: tsreiskin@hhlaw.com
e-mail: ectew@hhlaw.com

Attorneys for Freightliner LLC,
Sterling Truck Corporation, and
DaimlerChrysler Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2005, a true and correct copy of the foregoing Notice of Removal was served via first class U.S. mail, postage prepaid, on:

John F. Kennedy, Esq.
KENNEDY & DOLAN
8601 Georgia Ave., Suite 910
Silver Spring, Maryland 20910
(Attorney for Plaintiffs)

Leach Company
c/o National Registered Agents, Inc.
1090 Vermont Ave., N.W., Suite 910
Washington, D.C. 20005

Federal Signal Corporation
c/o National Registered Agents, Inc.
1090 Vermont Ave., N.W., Suite 910
Washington, D.C. 20005

Allison Transmission
4700 West 10th Street
Indianapolis, Indiana 46206

General Motors Corporation
c/o CT Corporation System
1015 15th Street, N.W., Suite 1000
Washington, D.C. 20005

_____
Eric C. Tew