# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

JOHNNY HARRISON, the estate of by and )
through LYNN HOLLAND as Personal )
Representative of the Estate of Johnny Harrison )
(deceased), et al. )
)
          Plaintiffs, )
)
      v. ) Civil Action No. _____
)
FREIGHTLINER, LLC, et al. )
)
          Defendants. )

### DEFENDANTS FREIGHTLINER, LLC'S, STERLING TRUCK CORPORATION'S, AND DAIMLERCHRYSLER CORPORATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, the undersigned counsel for Freightliner, LLC, Sterling Truck Corporation and DaimlerChrysler Corporation (erroneously named as "DaimlerChrysler Company"), hereby certify, to the best of my knowledge and belief, as follows:

1. Freightliner LLC is a wholly-owned subsidiary of DaimlerChrysler North America Holding Corporation, which is, in turn, a wholly-owned subsidiary of DaimlerChrysler AG, a company organized under the laws of the Federal Republic of Germany. DaimlerChrysler AG's ordinary shares are publicly traded on the principal stock exchanges throughout the world, including the New York Stock Exchange.

2. Sterling Truck Corporation is a wholly-owned subsidiary of Freightliner LLC.

3. DaimlerChrysler Corporation is a wholly-owned subsidiary of DaimlerChrysler Motors Company LLC, which is a wholly-owned subsidiary of DaimlerChrysler North America Holding Corporation, which is, in turn, a wholly owned subsidiary of DaimlerChrysler AG, a

company organized under the laws of the Federal Republic of Germany. DaimlerChrysler AG's ordinary shares are publicly traded on the principal stock exchanges throughout the world, including the New York Stock Exchange.

4. There are no other publicly traded parents, subsidiaries or affiliates of these defendants who have outstanding securities in the hands of the public.

5. These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

HOGAN & HARTSON L.L.P.

By: _____
Eric C. Tew (D.C. Bar No. 477023)
Columbia Square
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-8279
(202) 637-5910 (facsimile)

Attorneys for Freightliner LLC,
Sterling Truck Corporation, and
DaimlerChrysler Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2005, a true and correct copy of the foregoing Defendants Freightliner LLC's, Sterling Truck Corporation's, and DaimlerChrysler Corporation's Rule 7.1 Corporate Disclosure Statement was served on via first class U.S. mail, postage prepaid, on:

>John F. Kennedy, Esq.
>KENNEDY & DOLAN
>8601 Georgia Ave., Suite 910
>Silver Spring, Maryland 20910
>(Attorney for Plaintiffs)
>
>Leach Company
>c/o National Registered Agents, Inc.
>1090 Vermont Ave., N.W., Suite 910
>Washington, D.C. 20005
>
>Federal Signal Corporation
>c/o National Registered Agents, Inc.
>1090 Vermont Ave., N.W., Suite 910
>Washington, D.C. 20005
>
>Allison Transmission
>4700 West 10th Street
>Indianapolis, Indiana 46206
>
>General Motors Corporation
>c/o CT Corporation System
>1015 15th Street, N.W., Suite 1000
>Washington, D.C. 20005

_____
Eric C. Tew

\\\DC - 58376/0001 - 2185218 v1