## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHNNY HARRISON, *et al.*, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05CV01789 (ESH) |
| | ) | |
| FREIGHTLINER, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Terri S. Reiskin of Hogan & Hartson L.L.P. as additional counsel of record in this case for defendants Freightliner LLC, Sterling Truck Corporation, and DaimlerChrysler Corporation (erroneously named as "DaimlerChrysler Company").  Eric C. Tew of Hogan & Hartson L.L.P. will remain as co-counsel for the above-named defendants in this case.

HOGAN & HARTSON L.L.P.

By:____/s/_____
    Terri S. Reiskin (D.C. Bar No. 384886)
    555 Thirteenth Street, N.W.
    Washington, D.C. 20004
    (202) 637-5600
    (202) 637-5910 (facsimile)
    E-mail: tsreiskin@hhlaw.com

    Attorneys for Freightliner LLC,
    Sterling Truck Corporation, and
    DaimlerChrysler Corporation

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 19th day of September, 2005, a true and correct copy of the

foregoing Notice of Appearance was served via electronic notice on:

> John F. Kennedy, Esq.
> KENNEDY & DOLAN
> 8601 Georgia Ave., Suite 910
> Silver Spring, Maryland 20910
> (Attorney for Plaintiffs)

and via first class U.S. mail, postage prepaid, on:

> Leach Company
> 1415 West 22nd Street, Suite 1100
> Oak Brook, Illinois 60523
>
> Federal Signal Corporation
> 1415 West 22nd Street, Suite 1100
> Oak Brook, Illinois 60523
>
> Allison Transmission
> 4700 West 10th Street
> Indianapolis, Indiana 46206
>
> General Motors Corporation
> c/o CT Corporation System
> 1015 15th Street, N.W., Suite 1000
> Washington, D.C. 20005

                                        /s/
                              _____
                                   Terri S. Reiskin