IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

JOHNNY HARRISON, the estate by )
and through LYNN HOLLAND, and )
As Personal Representative of the )
Estate of Johnny Harrison )
(deceased) )
)
and )
)
LAQUANSIA BENNETT, )
)
and )
)
SHAVON L. FOWLER on behalf and )
for her minor son, JaQuan D'Andre )
Harrison, natural son of deceased, )
Johnny Harrison, )
)
    Plaintiffs, )
)
v. )  Case No. 1:05-cv-01789-ESH
)
FREIGHTLINER, LLC, )
)
and )
)
STERLING )
TRUCK CORPORATION, )
)
and )
)
DAIMLERCHRYSLER COMPANY, )
)
and )
)
LEACH COMPANY, )
)
and )
)

| | |
|---|---|
| FEDERAL SIGNAL CORPORATION, | ) ) ) |
| and | ) ) |
| ALLISON TRANSMISSION, | ) ) ) |
| and | ) ) |
| GENERAL MOTORS CORPORATION, | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF FILING

WILL THE CLERK PLEASE NOTICE that the Answer filed by Defendant General Motors Corporation's on September 20, 2005 was also filed on behalf of Defendant Allison Transmission.

                                  GENERAL MOTORS CORPORATION
                                  And ALLISON TRANSMISSION
                                  By Counsel

/s/
_____
Benjamin J. Trichilo (DCB No. 377243)
TRICHILO, BANCROFT, MCGAVIN,
  HORVATH & JUDKINS, P.C.
3920 University Drive
Fairfax, Virginia 22030
Telephone: (703) 385-1000
Facsimile: (703) 385-1555
*Counsel for General Motors Corporation and*
  *Allied Transmission*

/s/
_____
Brian K. Telfair, Esquire
Riverfront Plaza - West Tower
901 East Byrd Street, Suite 1500
Richmond, Virginia 23219

2

TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C
P.O BOX 22 • FAIRFAX, VIRGINIA 22038-0022 • (703) 385-1000 • FAX (703) 385-1555

Telephone: 804-649-8200
Facsimile: 804-649-1762
*Co-Counsel for General Motors Corporation and Allied Transmission*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Filing has been served upon counsel of record for Plaintiff, John F. Kennedy, Esq., Kennedy and Dolan, 8601 Georgia Avenue, Suite 910, Silver Spring, MD 20910 and upon counsel of record for Defendants Freightliner LLC, Sterling Truck Corporation and DaimlerChrysler Corporation, Terri S. Reiskin, Esq. and Eric C. Tew, Esq., Hogan & Hartson, L.L.P., Columbia Square, 555 Thirteenth Street, N.W., Washington, DC 20004 by electronic filing on this 21st day of September, 2005.

/s/_____
Benjamin J. Trichilo, Esquire