IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY HARRISON, *et al.*, ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| v. ) | Civil Action No. 1:05-CV-01789 (ESH) |
| ) | |
| FREIGHTLINER LLC, *et al.* ) | **JURY TRIAL DEMANDED** |
| ) | |
| *Defendants.* ) | |
| ) | |

ANSWER OF DEFENDANTS LEACH COMPANY
AND FEDERAL SIGNAL CORPORATION

Defendants Leach Company and Federal Signal Corporation ("Federal Signal") (collectively referred to herein as "Defendants"), by counsel, hereby respond to the averments of Plaintiffs' Complaint as follows:

1.1     Defendants deny the allegations in paragraph 1.1 of the Complaint for want of knowledge.

1.2     Defendants deny the allegations in paragraph 1.2 of the Complaint for want of knowledge.

1.3     In response to paragraph 1.3 of the Complaint, Defendants admit that Leach Company is a corporation and it from time to time sells products that are used in the District of Columbia. Defendants deny for want of knowledge the allegations in paragraph 1.3 of the Complaint with respect to the identity and origin of the refuse or collection body described. Defendants deny the remaining allegations in paragraph 1.3.

1.4	Paragraph 1.4 of the Complaint contains conclusions of law to which no answer is required. To the extent an answer is required, Defendant denies the allegations contained in paragraph 1.4.

1.5	Defendants deny the allegations in paragraph 1.5 of the Complaint for want of knowledge.

1.6	Defendants deny the allegations in paragraph 1.6 of the Complaint for want of knowledge.

2.1.	Defendants deny the allegations in paragraph 2.1 of the Complaint for want of knowledge.

2.2.	Defendants admit the allegations in paragraph 2.2 of the Complaint, but aver that this action was properly removed to this Court pursuant to 28 U.S.C. § 1441.

2.3.	Defendants deny the allegations in paragraph 2.3 of the Complaint for want of knowledge.

3.1.	Defendants deny the allegations in paragraph 3.1 of the Complaint for want of knowledge.

3.2.	Defendants deny the allegations in paragraph 3.2 of the Complaint.

3.3	Defendants deny the allegations in paragraph 3.3 of the Complaint for want of knowledge.

3.4	Defendants deny the allegations in paragraph 3.4 of the Complaint.

3.5	Defendants deny the allegations in paragraph 3.5 of the Complaint for want of knowledge.

3.6	Defendants deny the allegations in paragraph 3.6 of the Complaint.

- 3 -

3.7    Defendants deny the allegations in paragraph 3.7 of the Complaint for want of knowledge.

3.8    Defendants deny the allegations in paragraph 3.8 of the Complaint.

3.9    Defendants deny the allegations in paragraph 3.9 of the Complaint for want of knowledge.

3.10    Defendants deny the allegations in paragraph 3.10 of the Complaint.

4.1    Defendants incorporate by reference paragraphs 1.1 through 3.10 of this Answer in response to paragraph 4.1 of the Complaint.

4.2    Defendants deny the allegations in paragraph 4.2 of the Complaint, including subsections (a) through (e), for want of knowledge.

4.3    Defendants deny the allegations in paragraph 4.3 of the Complaint, including subsections (a) through (e), for want of knowledge.

4.4    Defendants deny the allegations in paragraph 4.4 of the Complaint, including subsections (a) through (e).

4.5    Defendants deny the allegations in paragraph 4.5 of the Complaint

4.6    Defendants deny the allegations in paragraph 4.6 of the Complaint

5.1    Defendants incorporate by reference paragraphs 1.1 through 4.6 of this Answer in response to paragraph 5.1 of the Complaint.

5.2    Defendants deny the allegations in paragraph 5.2 of the Complaint, including subsections (a) through (c).

5.3    Defendants deny the allegations in paragraph 5.3 of the Complaint.

6.1    Defendants incorporate by reference paragraphs 1.1 through 5.3 of this Answer in response to paragraph 6.1 of the Complaint.

- 4 -

    6.2    Defendants deny the allegations in paragraph 6.2 of the Complaint.

    6.3    Defendants deny the allegations in paragraph 6.3 of the Complaint.

    6.4    Defendants deny the allegations in paragraph 6.4 of the Complaint for want of knowledge.

    7.1    Defendants incorporate by reference paragraphs 1.1 through 6.4 of this Answer in response to paragraph 7.1 of the Complaint.

    7.2    Defendants deny the allegations in paragraph 7.2 of the Complaint.

    7.3    Defendants deny the allegations in paragraph 7.3 of the Complaint.

    7.4.    Defendants deny the allegations in paragraph 7.4 of the Complaint, including subsections (a) through (f).

    8.1    Defendants deny the allegations in paragraph 8.1 of the Complaint.

    8.2    Defendants deny the allegations in paragraph 8.2 of the Complaint.

    8.3    Defendants deny the allegations in paragraph 8.3 of the Complaint.

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs' Complaint fails to state a cause of action upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs' injuries or damages, if any, were caused, in whole or in part, by the actions, omissions, contributory negligence and assumption of risk of plaintiff Johnny Harrison.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs' injuries or damages, if any, were caused, in whole or in part, by the actions, omissions or negligence of persons other than these Defendants and for which these Defendants are not liable.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' injuries or damages were caused, in whole or in part, by alteration, modification, change, abuse or misuse of the product or its components after the time it left the possession, custody and control of Defendant Leach Company.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred because any hazard in the product was open, obvious, known, or visible.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the applicable provisions of any manufacturer's limited warranty, plaintiffs' failure to comply with those provisions, or the notice provisions of applicable provisions of the Uniform Commercial Code.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the applicable statutes of limitation and/or repose.

### EIGHTH AFFIRMATIVE DEFENSE

Defendant Leach Company at all times conformed with the state of the art for the design, manufacture, assembly, and sale of the subject product and all of its component parts.

### NINTH AFFIRMATIVE DEFENSE

Defendant Leach Company complied with all applicable federal, state and local statutes and/or regulations.

### TENTH AFFIRMATIVE DEFENSE

Defendants hereby give notice that they intend to rely upon any additional affirmative defenses that become available or apparent and thus, reserve the right to amend their Answer to assert such additional defenses.

WHEREFORE, having fully answered, Defendants respectfully request that the claims against them be dismissed; that Plaintiffs recover nothing of these Defendants; that the cost of this action be taxed to the Plaintiffs; and that Defendants be awarded their reasonable attorneys' fees and other such further relief as this Court deems just and proper.

Respectfully submitted,

  /s/   Matthew D. Schwartz
Matthew D. Schwartz (D.C. Bar No. 436619)
  THOMPSON COBURN LLP
  1909 K. Street, N.W. Ste. 600
  Washington, D.C. 20006-1167
  (202) 585-6900 (telephone)
  (202) 585-6969 (facsimile)

*Attorney for Leach Company and Federal Signal Corporation*

Of Counsel

Thomas R. Jayne
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6000 (telephone)
(314) 552-7000 (facsimile)

## **CERTIFICATE OF SERVICE**

This is to certify that on this 4th day of October, 2005, a true and correct copy of the foregoing Answer of Defendants Leach Company and Federal Signal Corporation was served via electronic notice or first class U.S. mail, postage prepaid, on:

> John F. Kennedy, Esq.
> KENNEDY & DOLAN
> 8601 Georgia Ave., Suite 910
> Silver Spring, Maryland 20910
>
> Terri Reiskin
> Eric C. Tew
> HOGAN & HARTSON
> Columbia Square
> Washington, D.C. 20004
>
> Benjamin J. Trichilo
> TRICHILO, BANCROFT, MCGAVIN, HORVATH & JUDKINS, P.C.
> 3920 University Drive
> Fairfax, VA 22030

>  /s/  Allison Sinoski
> Allison Sinoski