IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY HARRISON, *et al.*, ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| v. ) | Civil Action No. 1:05-CV-01789 (ESH) |
| ) | |
| FREIGHTLINER LLC, *et al.* ) | |
| ) | |
| *Defendants.* ) | |

CERTIFICATE UNDER LCvR 7.1

I, the undersigned counsel of record for Defendants Leach Company and Federal Signal Corporation, certify that, to the best of my knowledge and belief, the following is a subsidiary of Federal Signal Corporation, which has outstanding securities in the hands of the public:  Leach Company.

These representations are made in order that the judges of this Court may determine the need for recusal.

Respectfully submitted,

 /s/  Matthew D. Schwartz
Matthew D. Schwartz (D.C. Bar No. 436619)
  THOMPSON COBURN LLP
  1909 K. Street, N.W. Ste. 600
  Washington, D.C.  20006-1167
  (202) 585-6900 (telephone)
  (202) 585-6969 (facsimile)

*Attorney for Defendants Leach Company and Federal Signal Corporation*

- 2 -

<u>Of Counsel</u>

Thomas R. Jayne
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6000 (telephone)
(314) 552-7000 (facsimile)

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2005, a true and correct copy of the foregoing Certificate Under LCvR 7.1 was served via electronic notice or first class U.S. mail, postage prepaid, on:

>John F. Kennedy, Esq.
>KENNEDY & DOLAN
>8601 Georgia Ave., Suite 910
>Silver Spring, Maryland 20910
>
>Terri Reiskin
>Eric C. Tew
>HOGAN & HARTSON
>Columbia Square
>Washington, D.C. 20004
>
>Benjamin J. Trichilo
>TRICHILO, BANCROFT, MCGAVIN, HORVATH & JUDKINS, P.C.
>3920 University Drive
>Fairfax, VA 22030

>  /s/ Allison Sinoski
>  Allison Sinoski