UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY HARRISON, *et al.*, ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| v. ) | Civil Action No. 1:05-CV-01789 (ESH) |
| ) | |
| FREIGHTLINER LLC, *et al.* ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), the undersigned moves for an order admitting Thomas R. Jayne, Esquire, an attorney at Thompson Coburn LLP, *pro hac vice* as counsel to represent Defendants Leach Company and Federal Signal Corporation in this proceeding and to appear before the Court. In support of this motion, Mr. Jayne's Verified Statement of Application for Admission *Pro Hac Vice* is attached as Exhibit A.

Respectfully submitted,

/s/ Matthew D. Schwartz
Matthew D. Schwartz, DC Bar #436619
Thompson Coburn LLP
1909 K Street, NW, Suite 600
Washington, DC 20006-1167
202-585-6900

*Attorney for Leach Company and Federal Signal Corporation*

October 4, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October, 2005, a true and correct copy of the foregoing Motion for Admission to Appear *Pro Hac Vice* was served via electronic notice or first class U.S. mail, postage prepaid, on:

> John F. Kennedy, Esq.
> KENNEDY & DOLAN
> 8601 Georgia Ave., Suite 910
> Silver Spring, Maryland 20910
>
> Terri Reiskin
> Eric C. Tew
> HOGAN & HARTSON
> Columbia Square
> Washington, D.C. 20004
>
> Benjamin J. Trichilo
> TRICHILO, BANCROFT, MCGAVIN, HORVATH & JUDKINS, P.C.
> 3920 University Drive
> Fairfax, VA 22030

            /s/  Allison Sinoski
           Allison Sinoski