UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY HARRISON, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>FREIGHTLINER LLC, *et al.*<br><br>    *Defendants.* | Civil Action No. 1:05CV01789 (ESH) |

VERIFIED STATEMENT OF APPLICATION FOR ADMISSION
TO APPEAR *PRO HAC VICE* OF THOMAS R. JAYNE, ESQ.

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Thomas R. Jayne, Esq., after first being duly sworn upon my oath, apply to be admitted *pro hac vice* as additional counsel to represent Defendants Federal Signal Corporation and Leach Company in this proceeding and to appear before the Court and state as follows:

1. My full name is Thomas R. Jayne, Esq.

2. My office address and telephone number are Thompson Coburn LLP, One U.S. Bank Plaza, St. Louis, Missouri, 63101-1611, (314) 552-6056.

3. I am a member in good standing of the bars of the States of Missouri, Illinois, and Texas. I have also been admitted to practice before the United States District Court, Eastern District of Missouri, the United States District Court for the Southern District of Illinois, the United States District Court for the District of Nebraska, and the United States District Court for the Eastern District of Texas.

4.	I have not been the subject of disciplinary action by the bars or courts of any jurisdiction in which I have been licensed.

5.	I have not been previously granted admission *pro hac vice* in the Court.

6.	I am not regularly employed or engaged in the practice of law within the District of Columbia.

I HEREBY CERTIFY THAT, UNDER PENALTY OF PERJURY, THE FOREGOING INFORMATION IS TRUE AND CORRECT.

_____

Subscribed to and sworn before me this 4Th day of October, 2005.

_____Dana M. Russ_____
NOTARY PUBLIC

My term expires: _____.

```
DANA M. RUSS
Notary Public — Notary Seal
STATE OF MISSOURI
City of St. Louis
My Commission Expires: Sept. 16, 2007
```