UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY HARRISON, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-CV-01789 (ESH) |
| ) | |
| FREIGHTLINER LLC, *et al.* ) | |
| ) | |
| *Defendants*. ) | |

**ORDER**

Upon consideration of the Motion to Appear *Pro Hac Vice* and the Verified Statement of Thomas R. Jayne attached thereto, it is hereby:

ORDERED that the Motion for Admission to Appear *Pro Hac Vice* be and is hereby GRANTED; and it is further

ORDERED that Mr. Jayne be and is hereby admitted *pro hac vice* to this Court for the purpose of representing defendants Leach Company and Federal Signal Corporation in this case, and may appear before the Court on their behalf.

_____
Ellen Segal Huvelle
United States District Judge

Date: _____