```
                THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - X
JOHNNY HARRISON, et al.,         :
                                 :
              Plaintiffs,        :   Civil Action No.1:05CV01789(ESH)
                                 :   Judge Huvelle
     v.                          :
                                 :
FREIGHTLINER, LLC, et al.        :
                                 :
              Defendants.        :
- - - - - - - - - - - - - - - - X
```

## RULE 16(c) Report

Pursuant to Local Rule 16 (c) and FRCP 26(f), the parties submit the following Report:

**(1).** **Case Tracking Category and Motions.**

Plaintiffs do not believe this matter will be resolved by dispositive motions. Defendants anticipate filing dispositive motions once some discovery has been completed.

**(2).** **Joinder, Assignment and Narrowing of Factual or Legal Issues.** The parties propose that all amendments to pleadings including the joinder of additional parties be completed within 90 days of the Initial Scheduling Conference.

**(3).** **Assignment to a Magistrate Judge**

Plaintiffs do not oppose assigning this matter to a Magistrate Judge but Defendants do not agree.

**(4).** **The Prospects for Settlement**

The parties believe it is too early to assess the prospects of settlement.

**(5).** **ADR**

The parties are generally amenable to mediation or other

suitable ADR, but agree that it is premature to set a date for ADR at this time.

**(6)    Summary Judgement, Motions to Dismiss**

The parties agree that the deadline for filing motions for summary judgment and/or to dismiss should be no sooner than 45 days after discovery closes.

**(7).    Initial Disclosures Under Fed.R.Civ. P. 26(a)(1).**

All parties agree to waive the initial disclosures required by Rule 26(a)(1).

**8) Discovery**

The parties currently anticipate 12 months for discovery to be completed.  Defendants anticipate the need for protective orders to protect confidential and proprietary documents and information that may be requested in discovery.  The parties will attempt to agree to stipulated protective orders.

**(9).    Experts**

Parties agree that Plaintiffs shall identify their experts 6 months from the date of the Initial Scheduling Conference, and defendants shall identify their experts 45 days after plaintiffs' disclosure of their experts.

**(10).    Class Actions**

Not applicable.

**(11).    Phased/Bifurcated Discovery and Trial**

At this time, the parties do not believe phased or bifurcated discovery will be necessary, but reserve the right to

request it at a later date as the case proceeds.

      **(12).**    **Proposed Pretrial Conference Date**

The Parties request a pretrial conference date 15 months after the date of the Initial Scheduling Conference or in February 2007.

      **(13).**    **Trial Date**

The parties request that a trial date be set at the Initial Scheduling Conference and that the trial date be set no sooner than April, 2007.

      **(14).**    **Such Other Matters**

Freightliner LLC, DaimlerChryler Corporation, and Federal Signal Corporation assert that they are not proper defendants in this action and have requested that Plaintiffs voluntarily dismiss them.  If these defendants are not voluntarily dismissed, they plan to file dispositive motions seeking dismissal.

---

John F. Kennedy, Esq.
Kennedy & Dolan
8601 Georgia Avenue
Suite 910
Silver Spring, MD  20910
(301)608-300
Counsel for Plaintiffs

---

Terri S. Reiskin, Esq.
Eric C. Tew, Esq.
Hogan & Hartson, L.L.P.
555 Thirteenth Street, N.W.
Washington, DC 20004
(202)637-5600
Counsel for Freightliner, LLC, Sterling Truck Corporation,
   and DaimlerCrysler Corporation

_____
Benjamin J. Trichilo, Esq.
Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive
Fairfax, VA 22030
(703)385-1000
Counsel for General Motors and Allied Transportation


_____
Brian K. Telfair, Esq.
Riverfront Plaza-West Tower
901 East Byrd Street, Suite 1500
Richmond, VA 23219
(804)649-8200
Co-Counsel for General Motors and Allied Transportation


_____
Matthew D. Schwartz, Esq.
Thompson Coburn LLP
1909 K. Street, N.W.,
Suite 600
Washington, DC 20006-1167
(202)585-6900
Counsel for Leach Company
  and Federal Signal Corporation


_____
Thomas R. Jayne, Esq.
Thompson Coburn, LLP
One US Bank Plaza
St. Louis, MO 63101
(314)552-6000
Co-Counsel for Leach Company and Federal Signal Corporation