```
                THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - X
JOHNNY HARRISON, et al.,        :
                                :
           Plaintiffs,          :   Civil Action
No.1:05CV01789(ESH)
                                :   Judge Huvelle
     v.                         :
                                :
FREIGHTLINER, LLC, et al.       :
                                :
           Defendants.          :
- - - - - - - - - - - - - - - - X
                    PROPOSED SCHEDULING ORDER
```

**UPON CONSIDERATION OF THE Rule 16(c) Report to the Court, and the Court being fully informed in the premises, it is by the Court this \_\_\_\_\_ day of _____ 2005 hereby**

**ORDERED,** the following shall govern the proceedings in this matter:

      1. Discovery shall be completed on or before _____, **2006.**

      2. All experts shall be identified and a 26(b)(4) statement filed on or before _____.

      3. All parties shall meet for a pre-trial conference on February _____ 2007.

      4. The trial date will be _____.

                                        _____
                                        Judge Huvelle

Copies to:

John F. Kennedy, Esq.
Kennedy & Dolan
8601 Georgia Avenue

Suite 910  
Silver Spring, MD  20910  
(301)608-300  
Counsel for Plaintiffs

Terri S. Reiskin, Esq.  
Eric C. Tew, Esq.  
Hogan & Hartson, L.L.P.  
555 Thirteenth Street, N.W.  
Washington, DC 20004  
(202)637-5600  
Counsel for Freightliner, LLC, Sterling Truck Corporation,  
   and DaimlerCrysler Corporation

Benjamin J. Trichilo, Esq.  
Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.  
3920 University Drive  
Fairfax, VA 22030  
(703)385-1000  
Counsel for General Motors and Allied Transportation

Brian K. Telfair, Esq.  
Riverfront Plaza-West Tower  
901 East Byrd Street, Suite 1500  
Richmond, VA 23219  
(804)649-8200  
Co-Counsel for General Motors and Allied Transportation

Matthew D. Schwartz, Esq.  
Thompson Coburn LLP  
1909 K. Street, N.W.,  
Suite 600  
Washington, DC 20006-1167  
(202)585-6900  
Counsel for Leach Company  
  and Federal Signal Corporation

Thomas R. Jayne, Esq.  
Thompson Coburn, LLP  
One US Bank Plaza  
St. Louis, MO 63101  
(314)552-6000  
Co-Counsel for Leach Company and Federal Signal Corporation