THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOHNNY HARRISON,** *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | |
| **FREIGHTLINER LLC,** *et al.* | * | Civil Action No. 1:05-CV-01789-ESH |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE TO SUBSTITUTE COUNSEL

Please enter the appearance of Michael A. Brown, Esquire and Michael E. Blumenfeld, Esquire of the law firm of Brown & Sheehan, LLP as counsel for Defendants, General Motors Corporation and Allied Transmission, in the above captioned matter and withdraw the appearance of Benjamin J. Trichilo, Esquire.

Respectfully Submitted,

/s/
Michael A. Brown, Esquire (DC Federal Bar #434094)
Michael E. Blumenfeld (DC Federal Bar # 465158)
Brown & Sheehan, LLP
The Tide Building - Suite 300
1010 Hull Street
Baltimore, Maryland 21230
(410) 296-8500
*Attorneys for Defendants General Motors Corporation*
  *And Allied Transmission*

/s/
Benjamin J. Trichilo, Esquire (DC Federal Bar #377243)
Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive
Fairfax, Virginia 22030
(703) 385-1000

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of October, 2005, a copy of the foregoing Notice to Substitute Counsel was sent via electronic filing to

John F. Kennedy, Esquire
Kennedy & Dolan
8601 Georgia Avenue, Suite 910
Silver Spring, Maryland 20910-3440
*Attorneys for Plaintiffs*

Eric C. Tew, Esquire
Terri Steinhause Reiskin, Esquire
Hogan & Hartson, L.L.P.
Columbia Square
555 13th Street, NW
Washington, D.C. 20004-1109
*Attorneys for Defendants, Freightliner, LLC, Sterling Truck Corporation, DaimlerChrysler Company*

Matthew David Schwartz, Esquire
Thomas R. Jayne, Esquire
Thompson Coburn, LLP
1909 K Street, NW
Suite 600
Washington, D.C. 20006-1110
*Attorneys for Defendant Leach Company*

                                                    /s/
                                          Michael E. Blumenfeld, Esquire