**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JOHNNY HARRISON,** *et al.* | * | |
| **Plaintiffs,** | * | |
| **v.** | * | |
| **FREIGHTLINER LLC,** *et al.* | * | **Civil Action No. 1:05-CV-01789-ESH** |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Defendant, General Motors Corporation ("GMC"), by its undersigned attorneys, pursuant to Local Rule 7.1, certifies as follows:

I, the undersigned, counsel of record for GMC certify that to the best of my knowledge and belief:

1.       The following are subsidiaries or affiliates of GMC, which have outstanding securities in the hands of the public:

      a.       Anadolu Isuzu;

      b.       General Motors Limited;

      c.       Fuji Heavy Industries Limited;

      d.       Hydrogenics Corporation;

      e.       Isuzu Motors Limited;

      f.       Quantum Fuel Systems Technologies Worldwide, Inc.;

      g.       Suzuki Motor Corporation; and

      h.       XM Satellite Radio Holdings, Inc.

2.       Allison Transmission is a subsidiary of GMC which does not have any outstanding securities in the hands of the public.

3.       State Street Bank & Trust Co., Capital Research and Management Company and Tracinda Corporation own more than ten percent (10%) of GMC's stock.

These representations are made in order that Judges of this Court may determine a need for recusal.

Respectfully Submitted,

_____/s/_____

Michael A. Brown, Esquire (DC Federal Bar #434094)
Michael E. Blumenfeld (DC Federal Bar # 465158)
Brown & Sheehan, LLP
The Tide Building - Suite 300
1010 Hull Street
Baltimore, Maryland 21230
(410) 296-8500
*Attorneys for Defendants General Motors Corporation
    And Allison Transmission*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  28th  day of October, 2005, a copy of the foregoing

Disclosure of Corporate Affiliations and Financial Interests was sent via electronic filing to

| | |
|---|---|
| John F. Kennedy, Esquire | Eric C. Tew, Esquire |
| Kennedy & Dolan | Terri Steinhause Reiskin, Esquire |
| 8601 Georgia Avenue, Suite 910 | Hogan & Hartson, L.L.P. |
| Silver Spring, Maryland 20910-3440 | Columbia Square |
| *Attorneys for Plaintiffs* | 555 13th Street, NW |
| | Washington, D.C. 20004-1109 |
| | *Attorneys for Defendants, Freightliner, LLC, Sterling Truck Corporation, DaimlerChrysler Company* |

Matthew David Schwartz, Esquire
Thomas R. Jayne, Esquire
Thompson Coburn, LLP
1909 K Street, NW
Suite 600
Washington, D.C.  20006-1110
*Attorneys for Defendant Leach Company*

_____/s/_____

Michael E. Blumenfeld, Esquire

2
