# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JOHNNY HARRISON, *et al.*                *

      Plaintiffs,                         *

v.                                                     *

FREIGHTLINER LLC, *et al.*               *          Civil Action No. 1:05-CV-01789-ESH

      Defendants.                        *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), the undersigned moves for an order admitting Brian

K. Telfair, Esquire, an attorney at Adorno & Yoss, *pro hac vice,* as counsel to represent

Defendants, General Motors Corporation and Allison Transmission in this proceeding and to

appear before the Court.  In support of this motion, Mr. Telair's Verified Statement of

Application for Admission *Pro Hac Vice* is attached as Exhibit A.

 

                                  /s/
                          Michael A. Brown, Esquire (DC Federal Bar #434094)
                          Michael E. Blumenfeld (DC Federal Bar # 465158)
                          Brown & Sheehan, LLP
                          The Tide Building - Suite 300
                          1010 Hull Street
                          Baltimore, Maryland 21230
                          (410) 296-8500
                          *Attorneys for Defendants, General Motors Corporation*
                            *And Allison Transmission*

## CERTIFICATE AS TO SPECIAL ADMISSIONS

I HEREBY CERTIFY that on this 28th day of October 2005, that during the preceding twelve months, I have been specially admitted in the District of Columbia  0_  times.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of October 2005, a copy of the foregoing

Motion for Admission to Appear *Pro Hac Vice* was sent via electronic filing to:

John F. Kennedy, Esquire
Kennedy & Dolan
8601 Georgia Avenue, Suite 910
Silver Spring, Maryland 20910-3440
*Attorneys for Plaintiffs*

Eric C. Tew, Esquire
Terri Steinhause Reiskin, Esquire
Hogan & Hartson, L.L.P.
Columbia Square
555 13th Street, NW
Washington, D.C. 20004-1109
*Attorneys for Defendant Freightliner, LLC, Sterling Truck Corporation, DaimlerChrysler Company*

Matthew David Schwartz, Esquire
Thomas R. Jayne, Esquire
Thompson Coburn, LLP
1909 K Street, NW
Suite 600
Washington, D.C.  20006-1110
*Attorneys for Defendant Leach Company*

_____/s/_____
Michael E. Blumenfeld, Esquire