UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHNNY HARRISON,** *et al.* | * |
| Plaintiffs, | * |
| v. | * |
| **FREIGHTLINER LLC,** *et al.* | * Civil Action No. 1:05-CV-01789-ESH |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### VERIFIED STATEMENT OF APPLICATION FOR ADMISSION TO APPEAR *PRO HAC VICE* OF BRIAN K. TELFAIR, ESQ.

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Brian K. Telfair, after first being duly sworn upon my oath, apply to be admitted *pro hac vice* as additional counsel to represent Defendants, General Motors Corporation and Allied Transmission in this proceeding and to appear before the Court, and state as follows:

1. My full name is Brian K. Telfair, Esquire.

2. My office address and telephone number are Adorno & Yoss, 3007 Brook Road, Richmond, Virginia 23227, (404) 347-8300.

3. I am a member in good standing of the bars of the State of Virginia. I have also been admitted to practice before the United States District Court for the Eastern District of Michigan, the United States District Court for the Western District of Virginia, the United States District Court for the Eastern District of Virginia, and the United States Court of Appeals for the Fourth Circuit.

4. I have not been the subject of any disciplinary actions by the bars or courts of any jurisdiction in which I have been licensed.

5. I have not been previously granted admission *pro hac vice* in this Court.

6. I am not regularly employed or engaged in the practice of law within the District of Columbia.

I HEREBY CERTIFY THAT, UNDER PENALTY OF PERJURY, THE FOREGOING INFORMATION IS TRUE AND CORRECT.

_____

Subscribed to and sworn before me this ____ day of October 2005.

_____
NOTARY PUBLIC

My term expires: 9-30-06 .