**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOHNNY HARRISON**, *et al*. | * |
| **Plaintiffs,** | * |
| v. | * |
| **FREIGHTLINER LLC,** *et al*. | *   Civil Action No. 1:05-CV-01789-ESH |
| **Defendants.** | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Motion to Appear *Pro Hac Vice* and the Verified Statement Brian K. Telfair attached thereto, it is hereby;

ORDERED that the Motion for Admission to Appear *Pro Hac Vice* be and is hereby GRANTED; and it is further

ORDERED that Brian K. Telfair be and is hereby admitted *pro hac vice* to this Court for the purpose of representing Defendants, General Motors Corporation and Allied Transmission in this case, and may appear before the Court on their behalf.

_____
Ellen Segal Huvelle
United States District Judge

Date: _____