UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY HARRISON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-CV-01789 (ESH) |
| ) | |
| FREIGHTLINER LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## WITHDRAWAL AND ENTRY OF APPEARANCE

THE CLERK OF THE COURT will please withdraw the appearance of Hogan & Hartson L.L.C. and substitute the appearance of Wallace King Domike & Branson, PLLC and Terri S. Reiskin as counsel for defendants Freightliner LLC, Sterling Truck Corporation and DaimlerChrysler Corporation in this action.  The undersigned has moved her practice to Wallace King Domike & Branson, PLLC, and will continue to represent the defendants at her new law firm, with the consent of the the defendants.

By:  /s/ Terri S. Reiskin
      Terri S. Reiskin
      Bar No. 384886
      WALLACE KING DOMIKE &
         BRANSON, PLLC
      1050 Thomas Jefferson St. NW
      Suite 500
      Washington, DC  20007
      202-204-3748
      202-204-1001 (fax)
      treiskin@wallaceking.com

2

          /s/
Rick Fortner, Esquire
(signed by Terri S. Reiskin with
permission of Rick Fortner)
Corporate Counsel
Product Litigation Department
Freightliner LLC
Sterling Truck Corporation
P.O. Box 3849
4747 N. Channel Avenue
Portland, Oregon  97217-7699


          /s/
Louann Van Der Wiele
(signed by Terri S. Reiskin with
permission of Louann Van Der Wiele)
Assistant General Counsel
DaimlerChrysler Corporation
1000 Chrysler Drive
Auburn Hills, Michigan  48326-2766

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of January, 2006, a true and correct copy of the foregoing Withdrawal and Entry of Appearance was served via electronic service to:

> John F. Kennedy, Esq.
> KENNEDY & DOLAN
> 8601 Georgia Ave., Suite 910
> Silver Spring, Maryland 20910
> (Counsel for Plaintiffs)
>
> Michael E. Blumenfeld, Esq.
> BROWN & SHEEHAN, LLP
> The Tide Building, Suite 300
> 1010 Hull Street
> Baltimore, Maryland 21230
> (Counsel for Defendants General
> Motors Corp. & Allison Transmission)
>
> Brian K. Telfair, Esq.
> ADORNO & YOSS
> 3007 Brook Road
> Richmond, Virginia 23227
> (Counsel for Defendants General
> Motors Corp. & Allison Transmission)
>
> Matthew D. Schwartz, Esq.
> Thomas R. Jayne, Esq.
> THOMPSON COBURN, LLP
> 1909 K Street, NW
> Suite 600
> Washington, D.C. 20006
> (Counsel for Defendants Leach Co.
> and Federal Signal Corp.)

          /s/  Terri S. Reiskin