IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

```
- - - - - - - - - - - - - - - - - -X
JOHNNY HARRISON, et al.            :
                                   :Case Number:1:05-cv-01789-ESH
        Plaintiffs,                :
                                   :
v.                                 :
                                   :
FREIGHTLINER, LLC, et al.          :
            Defendants.            :
- - - - - - - - - - - - - - - - - -X
```

## SUBSTITUTION OF PLAINTIFF

**COMES NOW** undersigned counsel and hereby informs the Court that Shavon L. Fowler, per Court Order, has replaced Lynne B. Holland as personal Representative for the Estate of Johnny Harrison.

Respectfully Submitted,

_____
**John F. Kennedy, Esq.
KENNEDY & DOLAN
8601 Georgia Avenue
Suite 910
Silver Spring, MD 20910
(301) 608-3000
Attorney for Plaintiff,**