IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY HARRISON, the estate of by and through LYNN HOLLAND as Personal Representative of the Estate of Johnny Harrison (deceased), et al.<br><br>Plaintiffs,<br><br>v.<br><br>FREIGHTLINER, LLC, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:05CV01789 (ESH)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Defendant Sterling Truck Corporation, by counsel, hereby requests that the Court enter the attached Stipulated Protective Order, which sets forth the procedures to be followed by the parties with respect to certain material and other information produced and/or disclosed in this action by defendants Sterling Truck Corporation, Freightliner, LLC, DaimlerChrysler Corporation, General Motors Corporation, Allison Transmission, Federal Signal Corporation, and Leach Company.

                                                Respectfully submitted,

                                                WALLACE KING DOMIKE & BRANSON, PLLC

                                                By:   /s/ Eric C. Tew
                                                     Terri S. Reiskin (D.C. Bar No. 384886)
                                                       Eric C. Tew (D.C. Bar No. 477023)
                                                     1050 Thomas Jefferson St. NW
                                                     Suite 500
                                                     Washington, D.C.  20004
                                                     (202) 204-1000
                                                     (202) 204-1001 (facsimile)

e-mail: treiskin@wallaceking.com
e-mail: etew@wallaceking.com

Attorneys for Sterling Truck Corporation, Freightliner, LLC, and DaimlerChrysler Corporation

Case 1:05-cv-01789-ESH    Document 22    Filed 04/05/2006    Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2006, a true and correct copy of the foregoing Motion for Entry of Stipulated Protective Order was served via electronic notice on:

>John F. Kennedy, Esq.
>KENNEDY & DOLAN
>8601 Georgia Ave., Suite 910
>Silver Spring, Maryland 20910
>(Counsel for Plaintiffs)
>
>Michael E. Blumenfeld, Esq.
>BROWN & SHEEHAN, LLP
>The Tide Building, Suite 300
>1010 Hull Street
>Baltimore, Maryland 21230
>(Counsel for Defendants General
>Motors Corp. & Allison Transmission)
>
>Brian K. Telfair, Esq.
>ADORNO & YOSS
>3007 Brook Road
>Richmond, Virginia 23227
>(Counsel for Defendants General
>Motors Corp. & Allison Transmission)
>
>Matthew D. Schwartz, Esq.
>THOMPSON COBURN, LLP
>1909 K Street, N.W., Suite 600
>Washington, D.C. 20006
>(Counsel for Defendants Leach Co.
>and Federal Signal Corp.)
>
>Thomas R. Jayne, Esq.
>THOMPSON COBURN, LLP
>One U.S. Bank Plaza
>St. Louis, MO  63101-1611
>(Counsel for Defendants Leach Co.
>and Federal Signal Corp.)

/s/ Eric C. Tew