IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY HARRISON, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Civil Action No. 1:05-cv-01789 (ESH) |
| FREIGHTLINER, LLC, *et al.*, | ) |
| *Defendants*. | ) |

NOTICE OF APPEARANCE

Pursuant to Local Civil Rule 83.6 of the Rules of the United States District Court for the District of Columbia, please enter the appearances of Ryan K. Manger (D.C. Bar No. 481686), Thompson Coburn LLP, 1909 K Street, Suite 600, Washington, D.C. 20006, telephone number (202) 585-6900, facsimile number (202) 585-6969, e-mail: rmanger@thompsoncoburn.com, and Allison Sinoski (D.C. Bar No. 482593), Thompson Coburn LLP, 1909 K Street, Suite 600, Washington, D.C. 20006, telephone number (202) 585-6900, facsimile number (202) 585-6969, e-mail: asinoski@thompsoncoburn.com as counsel for Defendants Leach Company and Federal Signal Corporation.

Respectfully submitted,

  /s/   Allison Sinoski
Matthew David Schwartz (D.C. Bar No. 436619)
Ryan K. Manger (D.C. Bar No. 481686)
Allison Sinoski (D.C. Bar No. 482593)
 THOMPSON COBURN LLP
 1909 K. Street, N.W. Ste. 600

Washington, D.C. 20006-1167
(202) 585-6900 (telephone)
(202) 585-6969 (facsimile)

*Attorneys for Defendants Leach Company and Federal Signal Corporation*

Of Counsel

Thomas R. Jayne
THOMPSON COBURN LLP
One U.S. Bank Plaza
St. Louis, MO 63101
(314) 552-6000 (telephone)
(314) 552-7000 (facsimile)

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2006, a true and correct copy of the foregoing Notice of Appearance was mailed electronically through CM/ECF to:

>John F. Kennedy, Esq.
>KENNEDY & DOLAN
>8601 Georgia Avenue
>Suite 910
>Silver Spring, MD  20910-3440
>
>Michael Evan Blumenfeld, Esq.
>BROWN & SHEEHAN, LLP
>1010 Hull Street
>Suite 300
>Baltimore, MD  21230
>
>Terri Steinhaus Reiskin, Esq.
>WALLACE KING DOMIKE & BRANSON, PLLC
>1050 Thomas Jefferson Street, NW
>Suite 500
>Washington, D.C.  20007
>
>Brian K. Telfair, Esq.
>ADORNO & YOSS
>3007 Brook Road
>Richmond, VA  23227

/s/   Allison Sinoski