IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY HARRISON, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-01789 (ESH) |
| ) | |
| FREIGHTLINER, LLC, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Ryan K. Manger as counsel in this case for Defendants Leach Company and Federal Signal Corporation.

May 10, 2006
Date

481686
Bar Identification

*/s/ Ryan K. Manger*
Signature

Ryan K. Manger
Print Name

THOMPSON COBURN LLP

1909 K. Street, N.W., Suite 600
Address

Washington, D.C.    20006
City    State    Zip Code

(202) 585-6911
Phone Number

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 10th day of May, 2006, a true and correct copy of the foregoing Notice of Appearance was mailed electronically through CM/ECF to:

John F. Kennedy, Esq.
KENNEDY & DOLAN
8601 Georgia Avenue
Suite 910
Silver Spring, MD  20910-3440

Michael Evan Blumenfeld, Esq.
BROWN & SHEEHAN, LLP
1010 Hull Street
Suite 300
Baltimore, MD  21230

Terri Steinhaus Reiskin, Esq.
WALLACE KING DOMIKE & BRANSON, PLLC
1050 Thomas Jefferson Street, NW
Suite 500
Washington, D.C.  20007

Brian K. Telfair, Esq.
ADORNO & YOSS
3007 Brook Road
Richmond, VA  23227

_____