IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY HARRISON, *et al.*, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> FREIGHTLINER, LLC, *et al.*, ) <br> ) <br> *Defendants*. ) | Civil Action No. 1:05-cv-01789 (ESH) |

NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Civil Rule 83.6 of the Rules of the United States District Court for the District of Columbia, please withdraw the appearance of Matthew David Schwartz as counsel for Defendants Leach Company and Federal Signal Corporation.

Respectfully submitted,

/s/ Matthew D. Schwartz
Matthew David Schwartz (D.C. Bar No. 436619)
Ryan Manger (D.C. Bar No. 481686)
Allison Sinoski (D.C. Bar No. 482593)
THOMPSON COBURN LLP
1909 K. Street, N.W. Ste. 600
Washington, D.C. 20006-1167
(202) 585-6900 (telephone)
(202) 585-6969 (facsimile)

*Attorneys for Defendants Leach Company and Federal Signal Corporation*

- 2 -

_____
Jennifer L. Sherman
Federal Signal Corporation
Leach Company
1415 West 22nd Street, Suite 1100
Oak Brook, IL 60523
(630) 954-2048 (telephone)
(630) 954-2138 (facsimile)

<u>Of Counsel</u>

Thomas R. Jayne
THOMPSON COBURN LLP
One U.S. Bank Plaza
St. Louis, MO 63101
(314) 552-6000 (telephone)
(314) 552-7000 (facsimile)

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2006, a true and correct copy of the foregoing Notice of Withdrawal of Appearance was mailed electronically through CM/ECF to:

    John F. Kennedy, Esq.
    KENNEDY & DOLAN
    8601 Georgia Avenue
    Suite 910
    Silver Spring, MD  20910-3440

    Michael Evan Blumenfeld, Esq.
    BROWN & SHEEHAN, LLP
    1010 Hull Street
    Suite 300
    Baltimore, MD  21230

    Terri Steinhaus Reiskin, Esq.
    WALLACE KING DOMIKE & BRANSON, PLLC
    1050 Thomas Jefferson Street, NW
    Suite 500
    Washington, D.C.  20007

    Brian K. Telfair, Esq.
    ADORNO & YOSS
    3007 Brook Road
    Richmond, VA  23227

                                     /s/ Allison Sinoski