## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Johnny Harrison, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05-CV-01789 (ESH) |
| | ) | |
| Freightliner LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF ENTRY OF APPEARANCE

Please note the appearance of the undersigned as co-counsel for the plaintiffs.

Respectfully submitted,

Patrick A. Malone (06752)
Stein, Mitchell & Mezines, LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C.  20036
(202) 737-7777
(202) 296-8312 (facsimile)