## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY HARRISON, the estate of by and through LYNN HOLLAND as Personal Representative of the Estate of Johnny Harrison (deceased), et al.<br><br>Plaintiffs,<br><br>v.<br><br>FREIGHTLINER, LLC, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:05CV01789 (ESH)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

THE CLERK OF COURT will please note the appearance of Eric C. Tew of

Wallace King Domike & Branson, PLLC as counsel for defendants Freightliner, LLC, Sterling

Truck Corporation, and DaimlerChrysler Corporation.  Terri S. Reiskin of Wallace King Domike

& Branson, PLLC, will continue to represent Freightliner, LLC, Sterling Truck Corporation, and

DaimlerChrysler Corporation.

Respectfully submitted,


By:_____/s/ Eric C. Tew_____
　　　Eric C. Tew (D.C. Bar No. 477023)
　　　WALLACE KING DOMIKE & BRANSON, PLLC
　　　1050 Thomas Jefferson St. NW
　　　Suite 500
　　　Washington, D.C.  20004
　　　(202) 204-1000
　　　(202) 204-1001 (facsimile)
　　　etew@wallaceking.com

　　　Counsel for Sterling Truck Corporation,
　　　Freightliner, LLC, and DaimlerChrysler Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2006, a true and correct copy of the foregoing Notice of

Appearance was served via electronic notice on:

John F. Kennedy, Esq.
KENNEDY & DOLAN
8601 Georgia Ave., Suite 910
Silver Spring, Maryland 20910
(Counsel for Plaintiffs)

Patrick A. Malone
STEIN, MITCHELL & MEZINES
1100 Connecticut Ave., N.W.
Suite 1100
Washington, D.C. 20036
(202) 737-7777
(202) 296-8312 (facsimile)
(Counsel for Plaintiffs)

Michael E. Blumenfeld, Esq.
BROWN & SHEEHAN, LLP
The Tide Building, Suite 300
1010 Hull Street
Baltimore, Maryland 21230
(Counsel for Defendants General
Motors Corp. & Allison Transmission)

Brian K. Telfair, Esq.
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
8065 Leesburg Pike
Fourth Floor
Tysons Corner, Virginia 22182
(Counsel for Defendants General
Motors Corp. & Allison Transmission)

Allison N. Sinoski, Esq.
THOMPSON COBURN, LLP
1909 K Street, N.W., Suite 600
Washington, D.C. 20006
(Counsel for Defendants Leach Co.
and Federal Signal Corp.)

Thomas R. Jayne, Esq.
THOMPSON COBURN, LLP
One U.S. Bank Plaza
St. Louis, MO 63101-1611
(Counsel for Defendants Leach Co.
and Federal Signal Corp.)


    /s/ Eric C. Tew