## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHNNY HARRISON, the estate of by and through LYNN HOLLAND as Personal Representative of the Estate of Johnny Harrison (deceased), et al. | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:05CV01789 (ESH) |
| FREIGHTLINER, LLC, et al. | ) ) ) | |
| Defendants. | ) | |

## JOINT MOTION OF ALL PARTIES
## TO AMEND THE SCHEDULING ORDER

The parties in the above-entitled action hereby jointly move the Court to amend the Scheduling Order in the manner and for the reasons set forth below:

1.     The Scheduling Order entered by the Court on October 27, 2005, provides that "[e]ach side (all defendants) is limited to a maximum of 5 depositions excluding experts." Scheduling Order ¶ 6. The parties request that this paragraph be amended so as to allow for 15 depositions per side.

2.     Additional depositions are necessary because this is a complex case involving multiple parties and numerous witnesses who either investigated or witnessed the accident, or who otherwise may have discoverable information. Specifically, there are three named plaintiffs who each will need to be deposed. In addition, there are currently six corporate defendants. Plaintiffs intend to take 30(b)(6) depositions of some or all of these defendants and it is likely that multiple deponents will be designated by each of the defendants in order to comply with the 30(b)(6) requests. For example, Sterling Truck Corporation alone intends to

designate between two and four deponents, while Leach Company intends to designate two deponents. Moreover, according to documents produced by the Metropolitan Police Department, there are at least 11 individuals who either witnessed the accident or arrived at the scene immediately following the accident. The parties plan to depose several of these individuals, as well as Detective Michael Miller (who investigated the accident for the police department), and one or more members of the D.C. Department of Public Works who have knowledge about the accident investigation, the truck involved in the accident (including its maintenance and repair history), and/or the decedent Johnny Harrison. Given the number of parties and witnesses involved, the parties believe that 15 depositions per side is necessary to fully develop the factual record in this case.

3.      The parties also request that the discovery deadline and the deadlines for providing the reports of plaintiffs' and defendants' experts be extended. The Scheduling Order currently provides that the reports of plaintiffs' experts must be provided by June 26, 2006, while the reports of defendants' experts must be provided by August 26, 2006. *See* Scheduling Order ¶¶ 8-9. The current deadline for completion of all discovery is October 27, 2006. *See id.* ¶ 1.

4.      The parties need to complete much of the fact discovery prior to designating expert witnesses. The parties are working diligently and cooperatively in an effort to schedule the depositions of the necessary witnesses. However, scheduling is complicated by the number of fact witnesses and attorneys involved, and the difficulty of finding dates on which everyone is available. Moreover, none of the corporate defendants are located in the D.C. area, and thus the 30(b)(6) depositions will require travel to other parts of the country, including, but not necessarily limited to, Chicago, Detroit, and Portland, Oregon. Thus, it will not be possible to complete the necessary depositions prior to June 26. Accordingly, the parties respectfully

request that the Court amend the Scheduling Order so as to require the reports of plaintiffs'
experts be due on September 15, 2006, the reports of defendants' experts be due on November
15, 2006, and discovery be completed by December 29, 2006.

5.    This Motion is filed on behalf of, and with the express consent of, all
parties to this action.

WHEREFORE, the parties respectfully request that the Scheduling Order be
amended as follows: (a) each side (all defendants) shall be limited to 15 depositions, excluding
experts, (b) plaintiffs' expert reports shall be due on September 15, 2006, (c) defendants' expert
reports shall be due on November 15, 2006, and (d) discovery must be completed by December
29, 2006.

## POINTS AND AUTHORITIES

1.    Local Civil Rule 16.4 provides, in pertinent part, that "[t]he court may
modify the scheduling order at any time upon a showing of good cause." LCvR 16.4(a).

2.    The Scheduling Order similarly provides that it may be modified "upon a
showing of good cause and by leave of the Court." Scheduling Order ¶ 13.

3.    For the reasons set forth above, good cause exists in this case to modify
the Scheduling Order.

_____/s/ Eric C. Tew_____
Terri S. Reiskin (D.C. Bar No. 384886)
Eric C. Tew (D.C. Bar No. 477023)
WALLACE KING DOMIKE & BRANSON, PLLC
1050 Thomas Jefferson St. NW
Suite 500
Washington, D.C.  20004
(202) 204-1000
(202) 204-1001 (facsimile)

Counsel for Sterling Truck Corporation,
Freightliner, LLC, and DaimlerChrysler Corporation

_/s/ Eric C. Tew with permission of John F. Kennedy_____
John F. Kennedy (D.C. Bar No. 413509)
KENNEDY & DOLAN
8601 Georgia Avenue
Suite 910
Silver Spring, MD 20910
(301) 608-3000

Counsel for Plaintiffs

_/s/ Eric C. Tew with permission of Patrick A. Malone_____
Patrick A. Malone
STEIN, MITCHELL & MEZINES
1100 Connecticut Ave., N.W.
Suite 1100
Washington, D.C. 20036
(202) 737-7777
(202) 296-8312 (facsimile)

Counsel for Plaintiffs

/s/ Eric C. Tew with permission of Michael E. Blumenfeld
Michael E. Blumenfeld (D.C. Bar No. 465158)
BROWN & SHEEHAN, LLP
The Tide Building, Suite 300
1010 Hull Street
Baltimore, Maryland 21230
(410) 296-8500

Counsel for Defendants General
Motors Corp. and Allison Transmission

/s/ Eric C. Tew with permission of Brian K. Telfair
Brian K. Telfair
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
8065 Leesburg Pike
Fourth Floor
Tysons Corner, Virginia 22182
(703) 790-4691

Counsel for Defendants General
Motors Corp. and Allison Transmission

/s/ Eric C. Tew with permission of Allison N. Sinoski
Allison N. Sinoski
THOMPSON COBURN LLP
1909 K. Street, N.W.,
Suite 600
Washington, DC 20006-1167
(202) 585-6900

Counsel for Leach Company and
Federal Signal Corporation

/s/ Eric C. Tew with permission of Thomas R. Jayne
Thomas R. Jayne
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6000

Counsel for Leach Company and
Federal Signal Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2006, a true and correct copy of the foregoing Joint

Motion of All Parties to Amend The Scheduling Order was served via electronic notice on:

John F. Kennedy, Esq.
KENNEDY & DOLAN
8601 Georgia Ave., Suite 910
Silver Spring, Maryland 20910
(Counsel for Plaintiffs)

Patrick A. Malone
STEIN, MITCHELL & MEZINES
1100 Connecticut Ave., N.W.
Suite 1100
Washington, D.C. 20036
(202) 737-7777
(202) 296-8312 (facsimile)
(Counsel for Plaintiffs)

Michael E. Blumenfeld, Esq.
BROWN & SHEEHAN, LLP
The Tide Building, Suite 300
1010 Hull Street
Baltimore, Maryland 21230
(Counsel for Defendants General
Motors Corp. & Allison Transmission)

Brian K. Telfair, Esq.
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
8065 Leesburg Pike
Fourth Floor
Tysons Corner, Virginia 22182
(Counsel for Defendants General
Motors Corp. & Allison Transmission)

Allison N. Sinoski, Esq.
THOMPSON COBURN, LLP
1909 K Street, N.W., Suite 600
Washington, D.C. 20006
(Counsel for Defendants Leach Co.
and Federal Signal Corp.)

Thomas R. Jayne, Esq.
THOMPSON COBURN, LLP
One U.S. Bank Plaza
St. Louis, MO 63101-1611
(Counsel for Defendants Leach Co.
and Federal Signal Corp.)


_____/s/ Eric C. Tew_____