IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY HARRISON, *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| v. | ) Civil Action No. 1:05-CV-01789 (ESH) |
| | ) |
| FREIGHTLINER LLC, *et al.* | ) |
| | ) |
| *Defendants.* | ) |

<u>Notice of Attorney Name Change</u>

Ms. Allison Sinoski, Esq., attorney for Defendants Leach Company and Federal Signal Corporation, hereby serves notice that, due to her recent marriage, her name has been changed to Mrs. Allison Manger, Esq.

                                      Respectfully submitted,

                                      /s/  Allison Manger
                                 Allison Manger (D.C. Bar No. 482593)
                                 THOMPSON COBURN LLP
                                 1909 K. Street, N.W. Ste. 600
                                 Washington, D.C.  20006-1167
                                 (202) 585-6900 (telephone)
                                 (202) 585-6969 (facsimile)

                                 *Attorney for Leach Company and Federal*
                                 *Signal Corporation*

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August, 2006, a true and correct copy of the foregoing Notice of Attorney Name Change, was mailed electronically through CM/ECF to:

John F. Kennedy, Esq.
KENNEDY & DOLAN
8601 Georgia Avenue, Suite 910
Silver Spring, MD  20910

*Counsel for Plaintiffs LaQuansia Bennett, Shavon Fowler, and Estate of Johnny Harrison*

Patrick A. Malone, Esq.
STEIN, MITCHELL & MEZINES
1100 Connecticut Ave., N.W.
Suite 1100
Washington, D.C.  20036

*Counsel for Plaintiffs LaQuansia Bennett, Shavon Fowler, and Estate of Johnny Harrison*

Terri S. Reiskin, Esq.
Eric C. Tew, Esq.
WALLACE KING DOMIKE & BRANSON, PLLC
1050 Thomas Jefferson Street, N.W., Suite 500
Washington, D.C.  20007

*Counsel for Defendants Freightliner, LLC, Sterling Truck Corporation, and DaimlerChrysler Corporation*

Michael E. Blumenfeld, Esq.
BROWN & SHEEHAN, LLP
The Tide Building – Suite 300
1010 Hull Street
Baltimore, MD 21230

*Counsel for Defendants General Motors Corporation and Allison Transmission*

Brian K. Telfair, Esq.
Womble Carlyle Sandridge & Rice, PLLC
8065 Leesburg Pike
Fourth Floor
Tysons Corner, Virginia 22182

*Co-Counsel for Defendants General Motors Corporation and Allison Transmission*

          /s/ Allison Manger

- 3 -