LAW OFFICES

# STEIN, MITCHELL & MEZINES
L.L.P.

1100 CONNECTICUT AVE., N.W., STE. 1100

WASHINGTON, D.C. 20036

GLENN A. MITCHELL
JACOB A. STEIN
GERARD E. MITCHELL
ROBERT F. MUSE
DAVID U. FIERST
RICHARD A. BUSSEY
PATRICK A. MALONE
ROBERT L. BREDHOFF
CHRISTOPHER H. MITCHELL
ANDREW M. BEATO
LAURIE A. AMELL
DENIS C. MITCHELL
ARI S. CASPER

OF COUNSEL
GEORGE ANTHONY FISHER
RETIRED
BASIL J. MEZINES

September 6, 2006

TELEPHONE: (202) 737-7777
TELECOPIER: (202) 296-8312
www.SteinMitchell.com

*VIA EMAIL*

Michael E. Blumenfeld, Esq.
Brown & Sheehan, LLP
The Tide Building, Suite 300
1010 Hull Street
Baltimore, MD 21230
email: mblumenfeld@brownsheehan.com

Thomas R. Jayne, Esq.
Thompson Coburn, LLP
One U.S. Bank Plaza
St. Louis, MO 63101
email: TJAYNE@thompsoncoburn.com

Brian K. Telfair, Esq.
Womble Carlyle Sandridge & Rice, PLLC
8065 Leesburg Pike
Fourth Floor
Tysons Corner, VA 22182
email: BTelfair@wcsr.com

Terri S. Reiskin
Wallace King Domike & Branson, PLLC
1050 Thomas Jefferson St., N.W.
Suite 500
Washington, D.C. 20004
email: TReiskin@WallaceKing.com

Allison Manger, Esq.
Thompson Coburn, LLP
1909 K Street, N.W., Suite 600
Washington, D.C. 20006
email: AMANGER@Thompsoncoburn.com

Re:   <u>Johnny Harrison, *et al.* v. Freightliner LLC, *et al.*</u>

Dear Counsel:

Please give us your consent to the 60-day extension of discovery sought in the attached motion. I would like to file this motion no later than tomorrow, September 7.

Sincerely,

Patrick A. Malone

PAM/scc
cc: John F. Kennedy, Esquire

DRAFT

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Johnny Harrison, *et al.*, | ) |
| | ) |
|       Plaintiffs, | ) |
| | ) |
| v. | )   Civil Action No. 1:05-CV-01789 (ESH) |
| | ) |
| Freightliner LLC, *et al.*, | ) |
| | ) |
|       Defendants. | ) |

**CONSENT MOTION TO EXTEND DISCOVERY DEADLINES**

The plaintiffs, with consent of the defendants, hereby move for a 60-day extension of all discovery deadlines in this case. Grounds for this motion are:

1. The plaintiffs have encountered significant problems in obtaining necessary documents and inspection of the subject vehicle that caused the death of plaintiff's decedent. Progress has recently been made, but plaintiffs still lack everything they need to be able to proffer detailed opinions from their experts on liability issues. Plaintiffs are optimistic that they are on track to obtain all needed materials so that no further discovery extension will be needed. Details are set out below.

2. The initial "accident reconstruction" on this event was done approximately two weeks after Mr. Harrison's death in July 2004 and was attended by representatives of the defendants along with the Department of Public Works (DPW), decedent's employer and the owner of the garbage truck that killed him, and the Metropolitan Police

Department (MPD). Decedent's family had not yet retained counsel and so was not represented at this reconstruction.

3. Mr. Harrison was killed on July 16, 2004 when the truck into which he was packing trash on Macomb Street suddenly lurched forward. He ran after it and tried to climb into the cab, but was knocked to the ground and crushed by the rear wheels. According to reports from the DPW and MPD, the investigators discovered that wires had been inadvertently switched in a relay box in the vehicle, allowing the hydraulic garbage-packing machinery to speed up the engine while the vehicle was in gear, which then caused the engine to override the parking brake. However, none of the reports from the D.C. officials specified exactly which wires were involved, and other details of the reconstruction were also sketchy in these reports. (Discovery of the reports of the defendants' representatives at the scene has been sought but has been objected to on work-product grounds. The parties are currently discussing these work-product issues, which are not part of the present motion.)

4. For plaintiffs to do their own reconstruction to determine what went wrong, they were advised by electrical engineering consultants that they first should obtain the complete electronic schematics for the electrical box in the cab of the vehicle, then should inspect the subject vehicle to compare it to those schematics.

5. The plaintiffs first sought all electronic schematics in November 2005. Some drawings were eventually produced in February, March and April

2006. Shortly thereafter, plaintiffs' counsel was advised by their consultants that the drawings were incomplete and did not show critical aspects of the electronic design of the interface between the packing machinery and the engine. Plaintiffs sought further documents, which were produced in July 2006. When that production was still determined to be incomplete, more questions were asked, and some of the most critical documents reflecting the electronic schematics were finally obtained on August 25 and August 28, 2006. These documents were obtained from the defendant Leach.

6. Once the documents were obtained, plaintiff's counsel promptly sought an inspection of the subject vehicle from the D.C. Department of Public Works. The inspection was done last Friday, September 1. In the course of the inspection, it was discovered that the DPW had provided the wrong vehicle: an exemplar similar to the subject vehicle but not the same one. Plaintiff's counsel was advised by their electric engineering consultants that the subject vehicle had to be inspected before a report could be submitted for this litigation. Counsel is seeking such an inspection within the next few weeks.

7. Once an inspection of the correct vehicle has been made, plaintiffs will need to depose Rule 30(b)(6) spokespersons for the various defendants to discover the role that each defendant had in the defect in the subject vehicle. In addition, plaintiffs are pressing the defendant Allison for its documents, none of which have yet been produced, and also the

defendant Sterling, which has not responded to a document request filed in April 2006. Once the spokespersons have been deposed, plaintiffs will be ready to disclose liability experts and their reports.

8. The reports of plaintiffs' damages experts have not been constrained by these problems. These reports will be disclosed on September 15, the deadline set by the court in its order of June 19, 2006 which approved the parties' joint motion to amend the scheduling order.

9. Plaintiffs accordingly request that the court extend until November 15, 2006 the deadline for their liability experts' reports, and allow the defendants until January 15, 2007 for production of their liability experts' reports, with discovery to close March 1, 2007.

10. Defense counsel have consented to the relief sought in this motion.

Respectfully submitted,

/s/ John F. Kennedy
John F. Kennedy (Bar No. 413509)
Kennedy & Dolan
8601 Georgia Avenue
Suite 910
Silver Spring, MD 20910
(301) 608-3000

/s/ Patrick A. Malone
Patrick A. Malone (Bar No. 397142)
Stein, Mitchell & Mezines, LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
(202) 737-7777
(202) 296-8312 (facsimile)

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the _____, copies of the foregoing were sent by electronic service or U.S. Mail to:

> Matthew D. Schwartz, Esq.
> Allison Manger, Esq.
> Thompson Coburn LLP
> 1909 K Street, N.W.
> Suite 600
> Washington, D.C. 20006-1167
> email: AMANGER@Thompsoncoburn.com
>
> Thomas R. Jayne, Esq.
> Thompson Coburn, LLP
> One US Bank Plaza
> St. Louis, MO 63101
> email: TJAYNE@thompsoncoburn.com
>
> Terri S. Reiskin, Esq.
> Eric Tew, Esq.
> Wallace King Domike & Branson, PLLC
> 1050 Thomas Jefferson Street, N.W.
> Suite 500
> Washington, D.C. 20004
> email: TReiskin@WallaceKing.com
>
> Michael E. Blumenfeld, Esq.
> Brown & Sheehan, LLP
> The Tide Building, Suite 300
> 1010 Hull Street
> Baltimore, MD 21230-5337
> email: mblumenfeld@brownsheehan.com
>
> Brian K. Telfair, Esq.
> Womble Carlyle Sandridge & Rice, PLLC
> 8065 Leesburg Pike
> Fourth Floor
> Tysons Corner, VA 22182
> email: BTelfair@wcsr.com

_____
Patrick A. Malone



IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Johnny Harrison, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:05-CV-01789 (ESH) |
| | ) |
| Freightliner LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

Upon consideration of Plaintiffs' Consent Motion and the reasons stated therefore and the entire record in this case, and the court being fully informed in the premises, it is by the court this _____ day of September, 2006 hereby

ORDERED, that the Consent Motion be and the same hereby is GRANTED; and it is

FURTHER ORDERED, that the Plaintiffs' liability experts' reports are due November 15, 2006 and defendants' liability expert reports will be due January 15, 2007 with discovery to close on March 1, 2007, and the status conference previously set for January 7, 2007 is vacated, and shall be rescheduled for March _____, 2007.

_____
Hon. Ellen S. Huvelle

Date: _____

cc:  John F. Kennedy
Kennedy & Dolan
8601 Georgia Avenue
Suite 910
Silver Spring, MD 20910

Patrick A. Malone
Stein, Mitchell & Mezines, LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036

Matthew D. Schwartz, Esq.
Allison Manger, Esq.
Thompson Coburn LLP
1909 K Street, N.W.
Suite 600
Washington, D.C. 20006-1167

Thomas R. Jayne, Esq.
Thompson Coburn, LLP
One US Bank Plaza
St. Louis, MO 63101

Terri S. Reiskin, Esq.
Eric Tew, Esq.
Wallace King Domike & Branson, PLLC
1050 Thomas Jefferson Street, N.W.
Suite 500
Washington, D.C. 20004

Michael E. Blumenfeld, Esq.
Brown & Sheehan, LLP
The Tide Building, Suite 300
1010 Hull Street
Baltimore, MD 21230-5337

Brian K. Telfair, Esq.
Womble Carlyle Sandridge & Rice, PLLC
8065 Leesburg Pike
Fourth Floor
Tysons Corner, VA 22182