IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Johnny Harrison**, *et al.*, | ) |
|         Plaintiffs, | ) |
| v. | )   Civil Action No. 1:05-CV-01789 (ESH) |
| **Freightliner LLC**, *et al.*, | ) |
|         Defendants. | ) |

## PLAINTIFFS' DISCLOSURE OF EXPERT WITNESSES ON DAMAGE ISSUES

Pursuant to Fed. R. Civ. P. 26(a)2, the plaintiffs disclose the following expert witnesses for damages aspects of their case:

1. John Adams, M.D.
   827 West Padonia Road
   Cockeysville, MD 21030

   Attachments: Report of September 11, 2006
   Curriculum Vitae
   List of Sworn Testimony

2. Estelle Davis, Ph.D.
   Bussey, Davis & Associates, Inc.
   9500 Annapolis Road, B-6
   Lanham, MD 20706-2060

   Attachments: Report of June 14, 2006
   Curriculum Vitae
   Four Year List of Trials and Depositions

3. Richard Lurito, Ph.D.
   R.L., Inc.
   1491 Chain Bridge Road, Ste 300
   McLean, VA 22101

Attachments: Present Value of Lost Income, Health Benefits, 401(A) Benefits and Household Services of Johnny L. Harrison, July 2006
Curriculum Vitae
List of Dr. Lurito's Court Appearances Over the Last Four Years

Respectfully submitted,

John F. Kennedy (Bar No. 413509)
Kennedy & Dolan
8601 Georgia Avenue
Suite 910
Silver Spring, MD 20910
(301) 608-3000

Patrick A. Malone (Bar No. 397142)
Stein, Mitchell & Mezines, LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
(202) 737-7777
(202) 296-8312 (facsimile)

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September, 2006, copies of the foregoing were sent by electronic service or U.S. Mail to:

Allison Manger, Esq.
Thompson Coburn LLP
1909 K Street, N.W.
Suite 600
Washington, D.C. 20006-1167
email: AMANGER@Thompsoncoburn.com

Thomas R. Jayne, Esq.
Thompson Coburn, LLP
One US Bank Plaza
St. Louis, MO 63101
email: TJAYNE@thompsoncoburn.com

Terri S. Reiskin, Esq.
Eric Tew, Esq.
Wallace King Domike & Branson, PLLC
1050 Thomas Jefferson Street, N.W.
Suite 500
Washington, D.C. 20004
email: TReiskin@WallaceKing.com

Michael E. Blumenfeld, Esq.
Brown & Sheehan, LLP
The Tide Building, Suite 300
1010 Hull Street
Baltimore, MD 21230-5337
email: mblumenfeld@brownsheehan.com

Brian K. Telfair, Esq.
Womble Carlyle Sandridge & Rice, PLLC
8065 Leesburg Pike
Fourth Floor
Tysons Corner, VA 22182
email: BTelfair@wcsr.com

Patrick A. Malone