JOHN E. ADAMS, M.D., P.A.

827 WEST PADONIA ROAD
COCKEYSVILLE, MARYLAND 21030
(410) 560-5752
Fax (410) 560-5753

September 11, 2006

Patrick A. Malone, Esq.
Stein, Mitchell & Mezines
1100 Connecticut Avenue, N.W.
Suite 1130
Washington, D.C. 20036

Re:   Johnny Harrison

Dear Mr. Malone:

    At your request, I have reviewed certain information and materials concerning this matter, including police reports, an accident reconstruction report, scene diagrams, scene photographs, a Department of Public Works report, Secret Service reports and records of interviews of witnesses. I also reviewed the autopsy report for Johnny Harrison, a toxicology report, autopsy photographs and microscopic slides from the autopsy. As a result of this review, I am able to provide the following observations and opinions. All opinions are expressed to a reasonable degree of medical probability or certainty.

    On July 16, 2004 at about 10:15 A.M., Mr. Harrison, a 38 year old male employee of the District of Columbia Department of Public Works, was operating a trash truck by himself. According to witnesses, he filled the hopper and when he engaged the compactor, the truck began to move forward in the middle of the street. The truck veered slightly to the left of the center of the street, and when he attempted to gain entrance to its cab, he became trapped between the truck and an automobile traveling in the opposite direction. Falling into the path of the truck, he was run over by its left rear dual wheel. First responders (police and ambulance personnel) found Mr. Harrison under the truck wheel, unresponsive and with no vital signs. He was pronounced dead at the scene at 3:39 P.M., long after the accident occurred.

    Scene photographs show Mr. Harrison lying on his right side, with both lower legs prominently angulated from having been crushed. The outside left rear dual tire, and to a lesser extent

Patrick A. Malone, Esq.
September 11, 2006
Page 2

the inside dual, are resting on his left flank and lower rib cage. Stretched and torn clothing attests to the avulsive (tearing) force from rotation of the wheel. Linear abrasions of the skin of the upper torso from abrasive, stretched clothing also reflect part of the force applied during the runover.

The autopsy examination documented fractures of both lower legs and a crushed pelvis, with extensive avulsive and crushing injury of the perineum and genitalia. There was widespread contusion and abrasion of skin and muscle of the mid and lower anterior and posterior torso and left arm. Deep abrasion of the skin and soft tissue of the lower abdomen, back, hips and buttocks were the result of slipping and skidding of the tire on the body and the body on the pavement as the wheel traveled over the body. There was a large longitudinal laceration of skin of the right thigh, also an avulsive injury. There was no impact injury to the head. Microscopic study of various tissues and organs showed no evidence of fat or bone marrow embolism.

Toxicological study was negative except for caffeine, which was not quantified.

Examination of the truck and a subsequent reconstruction of the accident at the scene disclosed defects in the truck that caused it to move forward when the compacting mechanism was engaged. The rate of forward movement during the malfunction was not recorded. At a speed of 5 miles per hour (7.3 feet per second), it would take a minimum of 1/2 second for the truck to travel over Mr. Harrison's body from the feet to the mid-torso, where it stopped. However, the time to travel up the body would be increased by skidding and slipping and the obstructing body.

In summary, while trying to gain control of his truck, Mr. Harrison became trapped between the truck and a passenger car moving in the opposite direction, and fell or was driven under the left rear dual wheel of the truck. The truck traveled longitudinally up his body, first passing over and crushing the lower legs. It then traveled up his legs to his pelvis, producing a large laceration of the right thigh, and then crushing the pelvis and lacerating and crushing internal pelvic and lower abdominal organs. Skidding and slipping of the tires over the body and the body over the pavement produced longitudinal stretching and tearing of his clothing and deep abrasions of skin and muscle before the forward motion of the truck was stopped by the body in its path. At this point, Mr. Harrison would have been unable to breathe because of restriction of respiration from the weight of the truck on his torso ("mechanical asphyxia"). Asphyxia and disruption of circulation

Patrick A. Malone, Esq.
September 11, 2006
Page 3

from massive damage to the torso caused loss of consciousness, followed promptly by death. The time from the beginning of the runover to loss of consciousness cannot be determined precisely, but probably is in the range of a few seconds, during which Mr. Harrison experienced extreme physical pain.

My current curriculum vitae and a record of sworn testimony provided in civil and criminal proceedings in the past 4 years are attached. I am being compensated at the rate of $300.00 per hour for all services provided in connection with this case.

Sincerely,

*John E. Adams*

John E. Adams, M.D.
Forensic Pathologist


Attachments: Curriculum Vitae
             Log of Sworn Testimony




Ref: harr.95

CURRICULUM VITAE

**John E. Adams, M.D.**                          Born: May 11, 1930
827 West Padonia Road                            Cumberland, Maryland
Cockeysville, Maryland 21030

| | |
|---|---|
| **College:** | Tufts University, 1948 - 1951<br>University of Maryland, 1951 - 1952, B.S. |
| **Medical School:** | University of Maryland, 1952 - 1956, M.D. |
| **Professional Appointments:** | Rotating Internship, Union Memorial Hospital, Baltimore, 1956 - 1957 |
| | Assistant Resident in Medicine, University Hospital, Baltimore, 1957 |
| | Assistant Resident in Pathology, University of Maryland, 1957 - 1958 |
| | Chief and Assistant Pathologist, U.S. Air Force, Keesler A.F.B., Biloxi, 1958 - 1960 |
| | Assistant Resident in Pathology, Massachusetts General Hospital, Boston, 1960 - 1962 |
| | Teaching Fellow in Pathology, Harvard University Medical School, 1960 - 1962 |
| | Assistant in Pathology, Tufts University Medical School, 1960 - 1962 |
| | Fellow in Forensic Pathology, Office of the Chief Medical Examiner of Maryland, 1962 - 1963 |
| | Assistant Medical Examiner, State of Maryland, 1963 - 1965 |
| | Lecturer in Forensic Pathology, Johns Hopkins University School of Public Health and Hygiene, 1962 - 1965 |
| | Assistant Professor of Pathology, University of Maryland Medical School, 1962 - 2000 |
| | Instructor in Bioethics, Johns Hopkins University, 1980 - 1986 |

Curriculum Vitae
John E. Adams, M.D.
Page 2

**Professional Appointments (cont.d):**

Consultant in Pathology, Baltimore City Hospitals, 1970 - 1980

Consultant in Pathology, Sinai Hospital of Baltimore, 1982 - 2003

Member, Board of Medical Examiners of Maryland, 1969 - 1984

Member, Commission on Medical Discipline of Maryland, 1973 - 1982

Chairman, Commission on Medical Discipline of Maryland, 1977 - 1981

Member, Baltimore County Health Services Focus Group, 1989 - 1990

Chief, Department of Pathology, Hospital for the Women of Maryland, 1965

Vice Chief of Staff, Greater Baltimore Medical Center, Baltimore, 1974 -1980 and 1988 - 1990

Director, Andrology/In Vitro Fertilization Laboratory, Greater Baltimore Medical Center, 1983 - 1990

Chairman, Department of Pathology, Greater Baltimore Medical Center, 1965 - 1990

Distinguished Emeritus Staff, Greater Baltimore Medical Center, 1990-present

President and Medical Director, Central Laboratories of Associated Maryland Pathologists, 1970 - 1990

President and Medical Director, Pathology Service Group, Ltd., 1983 - 1990

Consulting Senior Forensic Pathologist, Forensic Technologies International Corporation, 1991 - present

Curriculum Vitae
John E. Adams, M.D.
Page 3

| | |
|---|---|
| **Present Employment:** | Consultant in Forensic Medicine and Pathology |
| **Specialty Boards:** | Certified in Pathologic Anatomy, American Board of Pathology, 1962 |
| | Certified in Forensic Pathology, American Board of Pathology, 1964 |
| | Certified in Clinical Pathology, American Board of Pathology, 1966 |
| **Society Memberships:** | College of American Pathologists (Fellow and Prior Delegate) |
| | American Society of Clinical Pathologists (Fellow and Prior Delegate) |
| | Maryland Society of Pathologists |
| | American Academy of Forensic Sciences (Fellow) |
| | Medical and Chirurgical Faculty of Maryland |
| | American Medical Association |
| | Baltimore County Medical Association |
| | American Society of Law & Medicine (to 1989) |
| | American Fertility Society (to 1990) |
| | American Society of Andrology (to 1990) |
| | American Association of Blood Banks (to 1990) |
| **Publications:** | Leukemogenic Thymoma. Report of a Unique Case. American Journal of Clinical Pathology, Vol. 40, No. 2, pp. 173, 1963 |
| | Investigation of Aircraft Fatalities. Journal of Forensic Sciences, 1965. (monograph) |

Curriculum Vitae
John E. Adams, M.D.
Page 4

| | |
|---|---|
| **Publications (cont'd):** | Editorials, Maryland Medical Journal, 1965 through 1970 |
| | Multiple publications on physician discipline, Maryland Medical Journal, 1977 - 1985 |
| | Ultrasonic Detection of Trisomy 18. Prenatal Diagnosis, Vol. 1, 223-226, 1981 |
| | Pathology, A Review and Comment. Reflections, 1981 |
| | Syllabus of Laboratory Medicine, 1982 |
| | Prenatal Diagnosis of 45,X/46,XY. Maryland Medical Journal, Vol. 34, 883-884, 1985 |
| | The Clinical Laboratory Diagnosis and Treatment of Infertility. 1985, edited 1986, 1987 and 1988 (ASCP monograph) |
| | Male Infertility. ASCP Check Sample, 1988 |
| | Assessment of Oocytes Retrieved from Stimulated and Unstimulated Pig-Tail Macaques. Zoo Biology, 33-46, 1989 |
| **Clinical Exhibits:** | Medical and Chirurgical Faculty of Maryland, Prenatal Diagnosis (1983) & Receptor Assays (1985) |
| | American Society of Medical Technologists Drug Abuse Screening (1987) |
| **Workshops:** | Laboratory Diagnosis and Treatment of Infertility. American Society of Clinical Pathologists National Meetings, 1985, 1986, 1987, 1988 |

Curriculum Vitae
John E. Adams, M.D.
Page 5

| | |
|---|---|
| **Recent Seminars** | Forensic Medicine Seminar, Maryland Public Defender System, December 16, 1991 |
| | Forensic Medicine Lectures (3) Maryland Criminal Defense Attorneys' Conference, October 24-25, 1992 |
| | Forensic Medicine Seminar, New Jersey Public Defender System, March 8, 1994, November 14, 2000, May 5, 2005 |
| | Forensic Medicine Seminar, Maryland Public Defender System, July 9, 1997 |
| | Clinical Laboratory Seminar, University of Maryland School of Medical & Research Technology, 1985 - 2000 |

January 2006

LOG OF SWORN TESTIMONY

| DATE | CITATION | CRIM | CIVIL | COURT | TOPIC |
|---|---|---|---|---|---|
| 8/2/02 | Parrish v. Virginia | | X | Deposition, Bode & Grenier, Washington, D.C. | Death in custody due to aspiration of vomitus while in Tranzport Hood (Spit Mask) |
| 8/6/02 | New Jersey v. Black | X | | Testimony, Toms River, NJ | Head injury in 10 month old |
| 8/19/02 | Williams v. Bacon | | X | Deposition, T. Cardaro office, Baltimore, MD | Missed diagnosis of endometrial carcinoma |
| 9/9/02 | Kirby v. PRMC | | X | Deposition, Iliff & Meredith, Baltimore, MD | Renal failure with electrolyte imbalance due to pseudomonas sepsis |
| 9/10/02 | Disney v. State of Maryland | | X | Trial testimony, Baltimore City Circuit Court | Hanging suicide; ?pain & suffering |
| 10/18/02 | Schulman v. Adamar | | X | Deposition, Eccleston & Wolf, Baltimore (New Jersey case) | Fatal burns sustained in steam bath |
| 11/8/02 | Rankin v. Kim | | X | Trial testimony, Circuit Court, Allegheny County MD | Bacterial & bile peritonitis following gastric perforation during ERCP |
| 11/13/02 | U.S. v. Smith | X | | Trial testimony, U.S. District Court, Washington, D.C. | Multiple contact GSW's of head; shot through a pillow? |
| 11/25/02 | NJ v. Ridley | X | | Trial testimony Superior Court, Mays Landing, NJ | Gunshot wound to head and multiple kicking injuries to face and trunk. |
| 12/18/02 | State v. Green | X | | Trial testimony, Carroll County, MD | Hemorrhagic hydrocephalus, cause? |
| 1/09/03 | Lindberg v. Schugel | | X | Deposition, Baltimore County, MD | Rear-ender on Baltimore Beltway, followed by vehicle fire; ?duration of pain & suffering |
| 1-14/03 | New Jersey v. Black | X | | Trial testimony (second time) Toms River, NJ | Head injury in 10 month old child; ?period of consciousness following injury |
| 1/17/03 | Griffin v. Sterling | | X | Videodeposition, Gore Reporting Service, Towson, MD | Misinterpretation of frozen section of soft tissue tumor (neurofibroma) |
| 1/22/03 | Pearce v. DaVita | | X | Deposition, Dever & Feldstein, Towson, MD | Exanguination from dialysis fistula; ?cause |
| 2/13/03 | Henderson v. U.S. | | X | Videodeposition, Gore Reporting Service, Towson, MD | Narcotic intoxication during PCA following knee replacement |

1

| DATE | CITATION | CRIM | CIVIL | COURT | TOPIC |
|---|---|---|---|---|---|
| 3/13/03 | Davidson v. Marochnik | | X | Deposition, McCarthy & Massey, Manassas, VA. | Hypersensitivity reaction to bupivicaine |
| 3/18/03 | Hemsley v. Daee (Elizabeth Bloomfield Pollard) | | X | Deposition, Iliff & Meredith, Pasadena, MD | Peritonitis secondary to postoperative leak from duodenal stump |
| 3/20/03 | White v. Odacha | | X | Deposition, Iliff & Meredith, Pasadena, MD | Thrombotic syndrome following transplant nephrectomy |
| 5/20/03 | New Jersey v. Dalton | X | | Trial Testimony, Toms River, NJ | ?Stab wounds in decomposed, skeletonized body |
| 6/10/03 | State v. Jones | X | | Trial Testimony, Circuit Court, Salisbury, MD | minor injuries - ?attempted murder |
| 6/23/03 | Brown v. D.C. | | X | Deposition, Office of Michael Blumenthal, Landover, MD | Mishandling of body by D.C. Police and Medical Examiner's Office |
| 7/15/03 | Mississippi v. Stewart | X | | Trial testimony, Circuit Court, Pearl River County, MS | Baby liveborn into toilet; ?drowning |
| 7/22/03 | State v. Conyers | X | | Trial testimony, Baltimore County, MD Circuit Court | Tangential GSW to head; ?disability |
| 7/24/03 | New Jersey v. Li | X | | Trial testimony, Middlesex County, NJ (New Brunswick) | Multiple abrasions, beating v. road rash, ?spousal abuse |
| 8/6/03 | Bloomfield (Pollard / Helmsley) v. Shah | | X | Trial Testimony, Prince George's County, MD | Postoperative peritonitis following gastrectomy for duodenal Crohn's Disease |
| 8/22/03 | Walker Lazar v. WMATA | | X | Deposition, Office of WMATA General Counsel, Washington, D.C. | Bicyclist-bus accident; causation and duration of pain & suffering |
| 9/22/03 | Maryland Commercial Loans (Kleinman & Bear) v. Valley Forge Insurance | | X | Deposition, Nolan, Plumhoff & Williams | Drowning due to alcohol & drug intoxication; suicide or accident? |
| 10/30/03 | Florida v. Edmunson | X | | Deposition, Towson Reporting Service, Towson, MD | Strict liability for morphine overdose death |
| 12/10/03 | New Jersey v. Crisci | X | | Testimony, Morris County, New Jersey | Head injury with subdural hematoma + strangulation |
| 12/18/03 | New Jersey v. O'Hara | X | | Testimony, Ocean County, NJ | Mechanism of bruises on son's thighs |

2

| DATE | CITATION | CRIM | CIVIL | COURT | TOPIC |
|---|---|---|---|---|---|
| 12/30/03 | Chandler v. City of Norfolk | | X | Videodeposition, Towson Reporting Service, Towson, MD | Death in custody due to positional and mechanical asphyxia |
| 1/21/04 | State of Maryland v. Smith | X | | Testimony, Circuit Court of Charles County, MD | Bouncer-patron altercation; source of facial injuries |
| 2/1/04 | Reed v. Geico | | X | Testimony, Prince George's County Circuit Court, Upper Marlboro, MD | Head injury from car rodeo; duration of pain & suffering? |
| 2/11/04 | Lacoco v. Easton Memorial Hospital | | X | Deposition, Office of Cook & DiFranco, Baltimore, MD | Acalculous cholecystitis following subclinical perforated appendix |
| 3/3/04 | State v. Richardson | X | | Testimony, Baltimore City Circuit Court | Conviction for physical and sexual child abuse/murder; post-conviction hearing |
| 3/9/04 | Illinois v. Huff | X | | Deposition, Towson, Reporting Service, Towson, MD | Anogenital injuries in decomposed 3 y/o; ?sexual assault or artifact |
| 3/25/04 | N.J. v. Ransome | X | | Testimony, Cumberland County, NJ (Bridgeton) | Drug death with incomplete toxicology |
| 3/31/04 | N.J. v. Amodio | X | | Testimony, Camden, NJ | double homicide and arson; head injury and asthma |
| 4/1/04 | Buruca v. Prince George County, MD | | X | Deposition, Towson Reporting Service, Towson, MD | police shooting; abdominal injuries |
| 4/8/04 | U.S. v. Fallen | X | | Testimony, D.C. Superior Court | head injury and heart disease; ?injury to hands of defendant |
| 4/14/04 | Illinois v. Huff | X | | Testimony, Decatur, IL | ?sexual assault in murder of 3 year old female |
| 4/15/04 | New Jersey v. Staples | X | | Testimony, Bridgeton, NJ | stabbing homicide; ?relative positions of participants |
| 5/11/04 | Canty v. Smith | | X | Deposition, Towson Reporting Service, Towson, MD | death of 2 y.o. Down Syndrome in daycare; ?suffocation on a cup or sleep apnea |
| 7/26/04 | Rasul v. Khan | | X | Deposition, Dever & Feldstein, Towson, MD | transection of 11th nerve during cervical lymph node biopsy for follicular lymphoma |
| 8/26/04 | State v. Bell | | X | Testimony, Circuit Court, Princess Anne, MD | rape? |

3

| DATE | CITATION | CRIM | CIVIL | COURT | TOPIC |
|---|---|---|---|---|---|
| 8/31/04 | U.S. v. Fallen | X | | D.C. Superior Court, Washington, D.C. | Retrial (see 4/8/04); head injury plus heart disease; ?injury to hands |
| 9/23/04 | N.J. v. Sample | X | | Circuit Court, Burlington Co. (Mt. Holly), N.J. | Acute myocardial infarction following repair of stab wound of chest & abdomen |
| 10/4/04 | Yoon v. Wagner | | X | Circuit Court, Leesburg (Loudin County) Virginia | Pedestrian head injury (hit & run) |
| 11/9/04 | Stuhrman v. Peeler | | X | Deposition, Iliff & Meredith, Pasadena, MD | Airway obstruction due to hematoma following carotid endarterectomy |
| 12/13/04 | Edwards v. Borisow | | X | Deposition, Rosenberg, Martin, Baltimore, MD | Police shooting; reconstruction |
| 12/15/04 | Yawata v. WMATA | | X | Testimony, arbitration hearing, Walker & Co., Washington, D.C. | Biking pedestrian - bus accident; ?conscious pain & suffering |
| 12/28/04 | Bay Country Finance v. Fidelity Insurance Co. | | X | Deposition, Freeman Wolfe & Greenbaum | CO poisoning of Lee Parsons; accident or suicide? |
| 2/8/05 | Briggs v. WMATA | | X | Deposition, Whiteford Taylor Preston Baltimore | stabbing homicide with severe head injury |
| 4/14/05 | New Jersey v. Richardson | X | | Trial testimony, Salem, New Jersey | Abdominal stab wound; serious or significant injury? |
| 5/11/05 | Pennsylvania v. Hightower | X | | Trial testimony, York, PA | Manual strangulation and arson |
| 7/5/05 | New Jersey v. Nyce | X | | Trial testimony, Trenton, NJ | Fall injury; freezing & handling artifacts; homicide v accident |
| 7/6/05 | New Jersey v. Pasha | X | | Trial testimony, New Brunswick, NJ | Time of death |
| 8/5/05 | Maryland v. Karibi-Ikiriko | X | | Trial Testimony, Upper Marlboro, MD | Gunshot homicide, ?accidental |
| 8/29/05 | West Virginia v Jenkins | X | | Trial testimony, Martinsburg, W.VA | multiple close range gunshot wounds & blunt force hammer injury; truck cab or road |
| 10/19/05 | United States v. Lighty | X | | Trial testimony, U.S. District Court, Greenbelt, MD | multiple gunshot wounds, ? antemortem or postmortem |

4

| DATE | CITATION | CRIM | CIVIL | COURT | TOPIC |
|---|---|---|---|---|---|
| 10/28/05 | New Jersey v. Rose | X | | Trial Testimony, Middlesex County Court, New Brunswick, NJ | Multiple stab wounds - ?serious or significant |
| 12/13/05 | Pennsylvania v. Schlager | X | | Trial Testimony, York Co., PA | Shooting of girlfirend - pregnant based on decomposed breast tissue? |
| 1/24/06 | Johnson v. Kaiser Permanente | | X | Deposition, Iliff & Meredith | Legionella pneumonia, dating? |
| 5/31/06 | Bentley v. Riddle | | X | Deposition, Office of Louis Close | TT-car rear-ender; COD? P&S? |
| 6/27/06 | New Jersey v. Robinson | X | | TRial testimony, Cumberland County (Bridgeton) NJ. | GS homicide; ?self defense |

5