# Bussey, Davis & Associates, Inc.

Rehabilitation Counseling • Consulting Services
Lanham, Maryland • Staunton, Virginia
9500 Annapolis Road, Suite B-6
Lanham, MD 20706-2060
(301) 459-0700
Fax (301) 459-3457

Reply to: Lanham

June 14, 2006

Patrick A. Malone, Esq.
Stein, Mitchell & Mazines
Suite 1100
1100 Connecticut Ave., N.W.
Washington, D.C., 20036

RE: Johnny Harrison
Date of Birth: March 3, 1966
Deceased: July 16, 2004

Dear Mr. Malone;

You asked me review the case of Johnny Harrison for the purpose of determining his earning capacity had he not died in a motor vehicle accident on July 16, 2004.

In doing my analysis I followed the usual and customary procedure in my field of rehabilitation counseling. That is, I consider the individual's age, education and work history. In the case of someone who is deceased, I rely on documents and, in this case, interviews with people who had worked with Mr. Harrison. In completing my analysis I may use technical information generally relied upon in my field, and/or data compiled from recognized sources.

For the purpose of my evaluation you gave me records from your file, which included the following:

J. Harrison
Page 1

1. Metropolitan Police Department, Crime Scene Examination Evidence report

2. D.C. Office of Personnel Records, Solid Waste Collection Division Includes personnel actions, job description, and performance ratings.

3. Johnny Harrison's W-2 records for 1999 through 2004.

I reviewed those records. I talked by telephone with Tom Liddell on June 12, 2006, a supervisor with Department of Public Works. On June 12, 2006 I also talked by telephone to Troy, the owner of Hair Fair, where Mr. Harrison worked a second job.

Records show that Johnny Harrison was an African American male who was born on March 3, 1966. He was 38 years old at the time he died in a motor vehicle accident on July 16, 2004.

Personnel records from the District of Columbia Office of Personnel Records show that Mr. Harrison became employed by the District of Columbia Government at the Department of Public Works in October 1997. Mr. Harrison was hired as a Sweeper Driver, at District of Columbia wage grade 8. In October 2000 he was reassigned as a Sanitation Crew Chief at grade 9.

In my conversation with Tom Liddell, he told me that he had hired Mr. Harrison, having known him when he was working in another job. Learned that Mr. Harrison's position at the time of his death, grade 9, was the top grade for his job classification. He confirmed that Trash Truck Drivers and their crews may complete their route in less than eight hours, but that they are paid for a full 8 hours each day.

Personnel records show that Mr. Harrison was a better than average worker. Most of his performance ratings were outstanding, and he had no ratings below satisfactory.

Mr. Harrison had a second job. I spoke with Troy, the owner of Hair Fair. I was told that Mr. Harrison worked there from mid afternoon through 9:00 pm on Tuesday through Friday, and all day on Saturday. He had been a

barber for about 12 years and had developed a good clientele. His work was mainly by appointment, which brought him between $200 to $250 per day. Out of that he paid Troy $125 a week for his chair, and he spent about $300 a month for his supplies.

Records show that, at the time on his death on July 7, 2004, Mr. Harrison was employed as Sanitation Crew Chief, grade 09, step 04, series 03502 at $19.47 per hour. According to the 2006 District of Columbia Salary Schedule, there are 6 steps in that classification.

My research shows that a classified employee as was Mr. Harrison is eligible for a within grade increase if they have Satisfactory or better performance evaluations, and for steps 2 through 5 they must have 52 calendar weeks of creditable service. For grade 6 and higher the employee must have one hundred four calendar weeks of creditable service.[1] Given his performance records, and his promotion from Sweeper Driver to Crew Chief, it is my opinion that, had he not died in July 2004, Mr. Harrison would be working at grade 9, step 5 today, and in 2007 would be at step 6. Wages for Fiscal Year 2006 (effective October 2, 2005) show that grade 9 step 5 pays $21.74 per hour. Hourly pay for Step 6 for that same year is $22.52.[2]

It is my opinion that Mr. Harrison would have continued to work as a barber. If I assume the information from Troy is correct his earnings after expenses would be approximately $925 a week. Average pay for barbers in the District of Columbia Metropolitan Area was in the range of $20,570 to $25,090 per year, or $9.89 to $12.07 per hour in May 2005[3].

The opinions in this report are stated with a reasonable degree of certainty in my field of rehabilitation counseling, and they are based on information I have at this time.

---

[1] District of Columbia, Office of Personnel, *D.C. Personnel Regulations*, Chapter 11B, Section 1127.
[2] District of Columbia Salary Schedule: Comp Unit 1 & 2 (Union)
[3] U.S. Department of Labor, Bureau of Labor Statistics, *May 2005 Metropolitan Area Occupational Employment and Wage Estimates, Washington-Arlington-Alexandria, DC-VA-MD-WV*, <http://www.bls.gov/oes/current/eos_47900.htm> Last Modified Date: May 5, 2005

Thank you for this referral. If you have any questions, please call me.

Yours truly,

*Estelle L. Davis*

Estelle L. Davis, Ph.D., CRC

Bussey, Davis & Associates, Inc.
Rehabilitation Counseling • Consulting Services
Lanham, Maryland • Staunton, Virginia
9500 Annapolis Road, Suite B-6
Lanham, MD 20706-2060
(301) 459-0700
Fax (301) 459-3457

Reply to: Lanham

PROFESSIONAL QUALIFICATIONS

Estelle L. Davis, Ph.D., CRC

EDUCATION
Doctor of Philosophy, Rehabilitation Counseling, University Of Maryland, College Park, MD. 1988

Advanced Graduate Specialist Certification in Elementary School Counselling, University of Maryland, College Park, MD.1969

Masters of Education, Counselling, University of Maryland, College Park, MD. 1968

Bachelor of Arts, Education, Long Beach State College, 1956

CONTINUING EDUCATION PROGRAMS
Short-term training and workshops: Pediatric Head Injury: Innovative Approaches to Rehabilitation (The Rehabilitation Institute of Pittsburgh); Bridging the Gap Between Spinal Cord Injury Disability and Ability (Baylor University Medical Center); Post-Graduate course on Rehabilitation of the Brain Injured Adult & Child (Medical College of Virginia); Child Development (Albert Einstein College of Medicine); Psychological Management of the Brain Injured Patient (Rehabilitation Institute of Chicago); Stress, Appraisal and Coping (New England Education Institute, Inc.); The Challenge of the Traumatically Brain Injured Person (National Head Injury Foundation, Inc.); Advances in Rehabilitation Through Technology (Rehabilitation Institute of Chicago); Fifteenth (June, 1991) Conference on Rehabilitation of Brain Injured Adults and Children (Medical College of Virginia); MMPI-2 in Clinical Practice (Albert Einstein College of Medicine); Regulations Meet Reality: Will You Be Ready for the ADA? (Mainstream, Inc.; Attention Deficit Disorders (American Psychological Association); Woodcock-Johnson Psychoeducational Battery Revised (American Psychological Association); Community Re-Entry for the Child with Traumatic Brain Injury (Alfred I DuPont Inst.); Spinal Cord Injuries: Issues and Advances (Contemporary Forums, San Francisco, California); Families and Disability: The Psychosocial Impact of Disability Through the Family Life Cycle; (Maryland Psychological Assoc.); Healing Through Loss I, (Steven Daniel Jeffreys Foundation); DSM-IV, Axis II and Beyond, Understanding and Treating Personality Disorders, (New England Educational Institute); First Annual Mood Disorders Conference, (Georgetown University Medical Center); Spinal Cord Injuries: Issues and Advances (Contemporary Forums, Los Angeles, California); Brain Injury Symposium: Long-Term Considerations (Community Medical Center, Missoula, Montana); Neurodevelopmental Variation (A. E. Einstein College of Medicine); Spinal Cord Injuries, A Multi-disciplinary Approach to Today's Clinical Challenges (Contemporary Forums) WAIS III Workshop (Loyola College Business Center, Columbia, Md); Ethical Decision Making and Practices in Rehabilitation Services (Maryland Rehab. Admin. Assn., Baltimore, MD); 2nd Annual World Conference on Pediatric Neuropsychology (Fielding Institute, Santa Barbara, CA); Advanced Life Care Planning (University of Florida in conjunction with Intelicus); Traumatic Brain Injury (CARPPS); Creativity and

Madness Conference-Psychological Studies of Art and Artists (The American Institute of Medical Education); Burn Care Update (NARPPS); IARP 2002 Annual Conference-Mission Possible & Understanding the Life Care Planning Process; Life Care Planning Summit 2002 & Advanced Practice (University of Florida in conjunction with Intelicus); Critical Incident Stress Management: Basic (UMBC)2003;

EXPERIENCE
Rehabilitation Counselor, private practice providing rehabilitation counseling services to individuals and in consultation with other persons and organizations. Services including evaluations, counseling, formulation and monitoring of rehabilitation plans, job placement, vocational surveys, expert testimony, long-term care costs and needs, (Life Care Plans), career counseling and other, related activities. January 1979 to October 1980, sole practitioner; October 1980 to present, Bussey, Davis & Associates, Inc.

Vocational Expert, Social Security Administration, Bureau of Hearings and Appeals. Review and assess records and provide expert witness testimony regarding vocational capacity in connection with the Social Security Disability Insurance Program. 1977 to present.

Casework Supervisor, Maryland Division of Vocational Rehabilitation. Supervised 8 counselors working specialty caseloads including the legally blind, severely hearing impaired, psychiatric, general hospital, and recovering alcoholics. Worked caseload a minimum of two weeks per year in addition to supervision. 1974 to 1979.

1970 to 1973: Rehabilitation Counselor, State of Maryland. Served clients in a general caseload in the metropolitan area providing the full-range of vocational rehabilitation services.

OTHER ACTIVITIES
Member, Advisory Board on Rehabilitation Counseling, University of Maryland College of Education, Counseling and personnel Services, March, 1994. Adjunct Assistant Professor, Department of Psychiatry, Georgetown University Medical Center, November 1, 1991. University of Maryland, Instructor January 1980 to 1981. Honorary Switzer Scholar in Rehabilitation for 1993. Participant in 17th Annual Switzer Memorial Seminar, June, 1993.

CERTIFICATIONS AND LICENSES
Certified Rehabilitation Counselor, National Commission on Rehabilitation Counseling Certification, 1975.
National Certified Counselor, National Board of Certified Counselors, 1981.
Licensed Clinical Professional Counselor, The Maryland State Board of Examiners of Professional Counselors 1999.
Licensed Professional Counselor, Commonwealth of Virginia, June, 1987.
Certified Disability Management Specialist, Certification of Disability Management Specialist Commission (formerly known as Certified Insurance Rehabilitation Specialist) 1979.
Certified Rehabilitation Service Provider, State of Maryland, Office of Workers Compensation.

AFFILIATIONS AND MEMBERSHIPS
National Rehabilitation Association
National Rehabilitation Counselling Association (Mid-Atlantic Regional President, 1977)
Maryland Rehabilitation Association (President, 1984-85)
Maryland Rehabilitation Counselling Association (President, 1973)
American Counselling Association
American Rehabilitation Counselling Association
National Association of Rehabilitation Professionals in the Private Sector
Chesapeake Association of Rehabilitation Processionals in the Private Sector
National Spinal Cord Injury Association
Maryland Head Injury Foundation

## PUBLICATIONS

Davis, Estelle L., et. Al. Forensic Casebook: Vocational & Economics Reports; Elliott & Fitzpatrick, Inc., Athens, GA. 1998.

Davis, Estelle L., et. Al. CDMS Study Guide for The Certified Disability Management Specialist Exam; Elliott & Fitzpatrick, Inc., Athens, GA., 1998.

Davis, Estelle L. "What a Psychiatrist Needs to Know About Spinal Cord Injury", Psychiatric Annals, Volume 25, No. 6, pp 329-334, 337, June, 1995.

Davis, Estelle L., et. Al. A Study Guide for the Certified Case Manager Exam; Elliott & Fitzpatrick, Inc., Athens, GA. 1994.

Wells, G. K., Davis, E. L., & Bussey, P., Finding Jobs on Main Street: A Managed Approach to Job Placement, Elliott & Fitzpatrick, Inc., Athens, GA. 1994.

Wells, G. K., Davis, E. L., & Bussey, P., The Job Seekers Portfolio, Elliott & Fitzpatrick, Inc., Athens, GA. 1994.

Davis, Estelle L., Client Participation in Goal Setting: Goal Attainment Scaling in a Transitioning Program, Doctoral Dissertation, The Graduate School, University of Maryland, College Park, MD. 1988.

May 2004

ESTELLE L. DAVIS, PH.D., CRC
TRIALS & DEPOSITIONS 4 YEAR LIST

| Date | Appearance | Case Name | Case # | Jurisdiction |
|---|---|---|---|---|
| 10/16/02 | Trial | Dianne M. Soloninka v. Surgical Associates Chartered | 08C01000986 | Circuit Court for Charles Co., MD |
| 10/22/02 | Hearing | Joseph P. Borenstein v. Sheila Borenstein | 147345 | Circuit Court for Montgomery Co. |
| 10/25/02 | Depo | Hashim Raza Zaidi et al v. CPF Underground Utilities & Orrie Blair Varner | CAL01-10904 | Circuit Curt for PG Co., MD |
| 11/01/02 | Trial | Darcy L. Poff v. Douglas D. Dykman, M.D. et al | C-2001-69150 OC | Circuit Court for Anne Arundel County, MD |
| 11/18/02 | Depo | Maria A. Reyes & Juan Reyes v. Providence Hospital, et al | CA01-007894 | Superior Court D.C. |
| 11/22/02 | Depo | Sheilah Jean Harr v. Alan G. Allen, et al | C-2001-72441 MT | Circuit Court for Anne Arundel Co., MD |
| 12/10/02 | Trial | Calva-Cerqueira v. USA | USA 16-1098 | |
| 12/19/02 | Depo | Lisa Thompson v. Jeff Krantz, Powers Radiology, Inc. & St. John Medical Center, Inc. | CJ2002-2381 | District Court Tulsa Co., OK |
| 01/09/03 | Trial | Gill v. | | Circuit Court for PG Co., MD |
| 01/14/03 | Trial | Scaggs v. Brendan F. Burke, M.D. | 0008964-00 | Circuit Court for PG Co., MD Superior Ct, DC |
| 01/21/03 | Depo | Teplitskaia v. | | |
| 01/28/03 | Depo | Robert Kurz, et al v. Jessica Berger-Weiss, M.D. | CA LO2-2818 | Circuit Court for PG., Co., MD |
| 02/06/03 | Depo | Bridgeman v. Kaiser | | |
| 02/10/03 | Depo | Amira Archer-Davies v. Bernard A. Alvarado, M.D., Napoleon C. Maracelo, M.D., Raymond Nwaduko, M.D., Greenbelt Pediatrics, P. C. | L01-29297 | Circuit Court for P.G. Co., MD |
| 02/14/03 | Depo | Juana Daniels v. Leveque & Chrosniak, et al | CA 230621 | Circuit Court for Montgomery Co., MD |
| 03/06/03 | Video Depo | Amira Archer-Davies, Bernardo A. Alvardo, M.D., Napoleon C. Maracelo, M.D., Raymond Nwaduka, M.D., Greenbelt pediatrics, P.C. | L01-29297 | Circuit Court for P.G., Co., MD |

Case 1:05-cv-01789-ESH   Document 31-3   Filed 09/15/2006   Page 8 of 11

| Date | Type | Case | Case No. | Court |
|---|---|---|---|---|
| 04/16/03 | Depo | Clifford Shipp, III v. Lucy Webb Hayes National Training School for Deacons and Missionaries t/a Sibley Memorial Hospital | CA-01-0005827 | Superior Court for D.C. |
| 04/18/03 | Depo | Lisa Slade v. Marathon Cleaning, Inc., et al | 02-7863 | Superior Court for D.C. |
| 04/21/03 | Depo | Richard H. Landon, et al v. Atlantic General Hospital | 23-C-02-00010MM | Circuit Court for Worcester Co., MD |
| 05/08/03 | Trial | Lisa Thompson v. Jeff Krantz Powers Radiology, Inc. & St. John Medical Center, Inc | CJ-2002-2381 | District Court for Tulsa Co., OK |
| 05/1903 | Depo | Vanessa Bauer v. Eyre Bus Service, Inc. | CAL02-22967 | Circuit Court for PG Co., MD |
| 05/27/03 | Depo | Sophia Dietrich v. Dimensions Health Corp., et al | CAL02-14032 | Circuit Court for PG Co., MD |
| 06/09/03 | Depo | Howard Burke v. Maryland Office Interiors, et al | CA01-7252 | D.C. Superior Court |
| 06/13/03 | Depo | Carolyn Heidenreich v. Dr. David Denakas | 04C01-0010000C | Circuit Court for Calvert Co., MD |
| 10/15/03 | Depo | Goldsmith v. Smolinski, et al | CAL02-10953 | |
| 10/29/03 | Trial | Juana Daniels v. Leveque & Chrosniak, et al | | |
| 11/25/03 | Trial | James E. Cattanack v. Navil J. Asterbadi, M.D., et al | 99-2720 | DC Superior Court |
| 01/22/04 | Depo | Ruth Lawson v. USA | AW-03-CV 884 | US District Court of Maryland |
| 02/10/04 | Trial | Sardul Singh Pannu, et ux v. Jeff Jacobson, M.D., et al | CA 01-7485 | DC Superior Court |
| 02/12/04 | Depo | Elsabeth Hillard v. Gerald D. Rogell, M.D. | CA 242550-V | Circuit Court for Montgomery Co |
| 02/25/04 | Depo | James Belmore v. Harleysville Insurance Company | RWT 03-1214 | U.S. District Court for Maryland |
| 03/18/04 | Depo | Frances Ellis v. Todd A. Nitkin | 238214-V | Circuit Court for Montgomery Co., MD |
| 04/09/04 | Depo | Kim Y. Cook & Timothy Cook v. Metro Health Tech Services, Inc. | 03-00051276 | Superior Court for D.C. |
| 04/22/04 | Depo | Kathleen McCormick v. | | |
| 05/13/04 | Depo | Minoo Jafari v. Walter E. Lynch, et al | 204514 | Circuit Court for Fairfax Co., VA |
| 05/1904 | Depo | William R. Brown,III, et al v. St. Agnes Health Care, Inc. | 24-C-03-003364 | |
| 05/19/04 | Trial | Judy Phillips v. Goodwill Industries | 02-2498 | U.S. District Court, MD |
| 05/26/04 | Depo | Marks v. Marks | | |
| 07/13/04 | Depo | Debra Corley v. Etta Fleisher | CA 245996 | Circuit Court Montgomery Co. MD |
| 07/20/004 | Trial | Elisabeth Hillard v. | | Circuit Court for Montgomery Co. MD |

| Date | Type | Case | Case Number | Court |
|---|---|---|---|---|
| 07/29/04 | Depo | Edward Colahan v. Dupont Circle Physicians Group, et al | 03CA001123 | Superior Court for DC |
| 09/28/04 | Depo | Cindy Jill Miller, deceased (aka Jill Miller) Marry Haton, etc., et al v. American Registry of Pathology, et al | 1:02CV02852 | US District Court for DC |
| 12/03/04 | Depo | Glenna G. Baker v. Wyeth (a/k/a American Home Products Corporation) | 1:04CV1023 | U.S. District Court for the Eastern District of VA |
| 12/08/04 | Depo | Debra D. Bailey v. Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc., et al | CAL04-10058 | Circuit Court for PG Co., MD |
| 12/13/04 | Depo | Calvin Collins v Mercer Transportation Co., et al | RWT 04 474 | US District Court for the District of MD |
| 01/04/05 | Depo | Sevareid v. The Johns Hopkins Hospital | 24-C-03001290 | Circuit Court Baltimore City |
| 01/10/05 | Trial | James E. Walker v. Karen S. Cooper | 60106 | Circuit Court Prince William Co. |
| 01/1405 | Depo | Hutchinson v. Columbia Hospital for Women, et al | 03-0004780 | Superior Court D.C. |
| 02/07/05 | Depo | Ernest Groves v. Mid-Atlantic Waterproofing of Md, Inc. et al | CAL04-09598 | Circuit Court for PG Co, MD |
| 03/08/05 | Trial | Carole Coursey v. | | Circuit Court for Charles Co. MD |
| 3/22/05 | Hearing | Michael Vrown V. HHS: Vaccine Injury Compensation Claim | | U.S. Federal Claims Court, D.C. |
| 8/25/05 | Depo | Melody Bacha v. Washington Metropolitan Area Transit Authority (WMATA) | CA No. 1:042251 | US District Court For District of Columbia |
| 9/7/05 | Depo | Christopher LeMoult, Personal representative of Julie Ellis LeMoult v. Sibley Memorial Hospital, et al | Case No 04-0002600 | Superior Court D.C. |
| 9/15/05 | Depo | Paula G. S. Brown V. Malcolm E. D. Brown | FL Case No. 40569 | Circuit Court for Montgomery Co. MD |
| 10/10/05 | Depo | Reginald Padgett V. Obiora M. Ogbuawa, M.D. | CAL04-07495 | Circuit Court for Prince George's Co. MD |
| 10/27/05 | Depo | Hal Godron Zaretsky v. Bertha Statter Zaretsky | 42033-FL | Circuit Court for Montgomery Co MD |

| Date | Type | Case | Case No. | Court |
|---|---|---|---|---|
| 10/31/05 | Depo | Cynthia Deas v Leonard Wistosky, DPM, et al | CAL04-15740 | Circuit Court for Prince George's Co., MD |
| 11/7/05 | Trial | Anthony Jude Ballerini v Barbara Ann Swansinger | CA 253128-V | Circuit Curt for Montgomery Co. |
| 11/18/05 | Depo | Patricia Goodarzi, et al v. Maya E. Reiser, MD., et al | CA 255023-V | Circuit Court for Montgomery Co. MD |
| 12/6/05 | Trial | Cynthia Deas v Leonard Witosky, DPM, et al | CA04-1574- | Circuit Court for Prince George's Co., MD |
| 1/9/06 | Trial | Prince Jones, Sr. et al v. Prince George's County, et al | CAL01-03974 | Circuit Court for Prince George's Co., MD |
| 2/10/06 | Trial | Ruth Lawson v United States of America | AW-03CV884 | U.S. District Ct for Dist. of MD |
| 3/8/06 | Depo | Joseph Usher, a Minor by his parents & next friends, Libbie Rifkin & Douglas Usher v. Women OB/GYN Physicians, PLCC, et al | CA 05-0000881 | Superior Court of D. C. Civil Div |
| 3/29/06 | Depo | Helen Farhat, by her Guardian & next friend, Juliana Farhat v Kari Murray, C.R.N.A., et al | 261093V | Circuit Court for Montgomery Co. MD |
| 5/25/06 | Trial | Hal Gordon Zaretsky v Bertha Statter Zaretsky | 42033-FL | Circuit Court for Montgomery Co MD |
| 5/13/06 | Depo | Terry D. Lee, et al v. Paul A. Bone, MD et al | CAL05-08213 | Circuit Court Prince George's Co MD |
| 6/20/06 | Trial | Petra M. Blondiaux v Laurent Vlondiaux | FL 45813 | Circuit Court Montgomery Co MD |
| 08/11/06 | Trial Video | Melonie R. Frank v. Carolina Coach Company, et al | L051928 | Circuit Court for City of Norfolk |