# PRESENT VALUE OF LOST INCOME, HEALTH BENEFITS,

## 401(A) BENEFITS AND HOUSEHOLD SERVICES

### OF

### JOHNNY L. HARRISON

Prepared By

Richard J. Lurito

Formerly
Assistant Professor of Economics
Georgetown University

Senior Economist
Commonwealth Consulting Group, Inc.
McLean, Virginia

703-442-4528
703-893-1674 FAX

July 2006

The purpose of this study is to determine the economic value today of the projected lost income, health benefits, 401(a) benefits and household services of Mr. Johnny L. Harrison as a result of his allegedly wrongful death on July 16, 2004.

Determining the economic value today of the income Mr. Harrison would likely have earned absent death has two important aspects. First, a projection must be made of the income he likely would have earned, less income taxes and less personal maintenance expenses, absent death. Second, a lump-sum payment must be determined which would exactly compensate his family for the loss of the net income he likely would have enjoyed year after year. This lump-sum is equal to the so-called "present value" of the loss of the future income stream. These two problems are considered successively, culminating in a determination of a fair lump-sum payment to compensate Mr. Harrison's family for the income loss it has suffered owing to his death.

At the time he died, Mr. Harrison was about four months past his 38th birthday, having been born on March 3, 1966. According to the 2003 Life Tables, published by the U.S. Department of Health and Human Services, a black male, age 38, has 34.7 years of remaining life expectancy. According to U.S. Department of Labor data, a typical male, age 38, has 22.2 years of remaining work life expectancy.[1] Therefore, Mr. Harrison could have expected to work until age 60.53.

## Lost Future Earnings

At the time he died, Mr. Harrison was employed by the District of Columbia Department of Public Works as a Sanitation Crew Chief. He began his government career on October 20,

---

[1] "Worklife Estimates: Effects of Race and Education", U.S. Department of Labor, Bureau of Labor Statistics, Bulletin 2254, February, 1986, Table A-1.

2

1997. He was paid as a Grade 9, Step 4, at $19.47 per hour, which is an annual rate of $40,498 ($19.47 x 2,080 hours). According to Dr. Estelle Davis, a rehabilitation counselor, it is likely that Mr. Harrison would have been promoted to a Grade 9, Step 5 by October 20, 2006 and to a Step 6 by October 20, 2008.

In addition to his straight-time earnings of $40,498, Mr. Harrison also worked at least 350 hours of overtime per year for which he was paid time-and-a-half. Hence, at the time of his death Mr. Harrison had an earning capacity of $50,720 ($40,498 + $19.47 x 1.5 x 350 overtime hours). The next question is, "how fast is it reasonable to expect Mr. Harrison's income would have risen in the future beyond fiscal year 2006?"[1]

At any moment in time, the earnings of a worker depend on a large number of factors, some related to general economic conditions, and some to the individual. Among those factors affecting all workers are the level of economic activity, the general level of labor productivity, and the level of prices in the economy. The level of overall economic activity determines whether unemployment or underemployment is likely for workers; if unemployment or underemployment is likely, a worker's income stream will be interrupted or its flow reduced from time to time.

The level of productivity (output per worker) determines the general level of real income and thus the standard of living of the society. As we all know, output per worker was much lower thirty-five years ago than today, and the sustained rise in our standard of living is the result of the sustained rise in labor productivity that we have experienced. For example, the typical worker has enjoyed about a 100% increase in his/her standard of living (real income) over the last thirty-five years (Table 1, Column 3). This means that today a worker only has to work for

---

[1] The pay for Sanitation Crew Chiefs is known through this fiscal year.

about 30 minutes to purchase the same market basket of goods and services that he/she would have had to work a full hour to purchase just thirty-five years ago. Thus, the country's productivity advance accrues to the benefit of us all.

Finally, the long-run inflationary trend experienced in our economy results in higher money income. This means that wages rise as prices rise so that the purchasing power of our incomes is not eroded. Now this same typical worker who experienced about a 100% increase in his/her standard of living due to productivity increase, also saw his/her money income increase because of inflation. In combination, productivity and inflation caused the typical worker's income to more than triple over the last thirty-five years alone. Armed with an understanding of these three factors which influence all of our incomes, we can now turn to Mr. Harrison's particular situation.

Regarding the possibility of unemployment or underemployment, a District of Columbia government career promises little likelihood of unemployment or underemployment. Consequently, it is reasonable to expect that Mr. Harrison would have been fully employed over the remaining 22.2 years of his assumed working life.

With respect to the general increase in incomes due to the long-run improvement in output per worker (productivity), it is also reasonable to expect that Mr. Harrison would have enjoyed the benefits of this source of increase in his income. The average increase in output per man-hour (productivity) was 2.08% per year for the total private economy over the 1970-2005 period (see Table 1, Column 3).

Finally, inflation, the third outside influence on future earnings, provides an additional upward source of pressure over and above increases due to the rise in the general level of productivity. Historically, the annual rate of inflation has varied rather widely. Consequently, it

3

is difficult to predict what inflation will be each year in the future. Faced with this fact, it could be safe to assume that the average experience over the 1970-2005 period will be repeated in the future. The average rate of inflation over this period was 4.73% per year (see Table 1, Column 2).

So far, we have seen that, based on economy-wide data, it might be expected that Mr. Harrison's income could have risen at an annual rate of 6.81% -- 4.73% for inflation and 2.08% for productivity increase. However, for purposes of this study, a 3.75% annual rate of increase is applied to Mr. Harrison's future earnings beyond fiscal year 2006 for the following reason. Over the last three fiscal years Grade 9, Step 4 employees' pay increased at a 4.46% annual rate, which was 0.81% above the inflation rate of 3.65% per year over the same period. If inflation proceeds at a 3.0% per year rate in the longer-term future, and this is the current expectation, Mr. Harrison could have expected his income to advance at least at 3.75% per year (3.0% + 0.81).

Based on all this, Table 2, Column 2, shows the future stream of earnings for Mr. Harrison as a Sanitation Crew Chief starting in what would have been the first year of his remaining working life and ending 22.2 years later. As the total of this column shows, Mr. Harrison could have expected to earn $1,878,465 in total dollars over his remaining working life.

In addition to his work as a Sanitation Crew Chief, Mr. Harrison also had operated a successful barber shop for some twelve years prior to his death. While Mr. Harrison likely earned considerably more than the average barber in the District of Columbia, Dr. Estelle Davis opined that even if he only earned 75% of the average, he had the capacity to earn $17,122 a year as a barber.

4

According to U.S. Department of Labor data,[1] the median weekly earnings of barbers increased at 3.58% per year over the 1983-2005 period, while inflation proceeded at a 3.11% annual rate. Hence, for reasons given earlier, it is reasonable to expect that Mr. Harrison's earnings as a barber would have risen at 3.5% per year. Based on the foregoing, Table 2, Column 2, shows that absent death Mr. Harrison would likely have earned at least $560,835 in total dollars as a barber over his working life. In sum, then, Mr. Harrison would likely have earned a total of $2,439,300 over his working life in total dollars as a Sanitation Crew Chief and as a barber ($1,878,465 + $560,835).

## Present Value Of Lost Income

Given these projected income streams for Mr. Harrison, the second part of the problem of determining the economic value today of these earnings needs to be solved. As was indicated, we must find a lump-sum which, if given today, would be equivalent in value to his income stream, absent death. It will be recalled that Mr. Harrison would likely have earned $2,439,300 from the time he died through the end of his expected working life.

However, it would be inappropriate to give Mr. Harrison's family such a sum today to compensate it for the income he could have earned, absent death. This is the case because this money could be used to earn interest itself. The question then is, "how much less should this sum be in order to be equal to the value of the income Mr. Harrison would likely have earned, absent death?"

The answer depends on (1) how the income stream is spread over time, and (2) what sort of interest the lump-sum could earn if invested. The final answer, called the present value of the

---

[1] U.S. Department of Labor, Handbook of Labor Statistics, Bulletin 2340, August, 1989, p. 171 and U.S. Department of Labor, "Employment and Earnings", January, 2006, p. 260.

5

future income stream, is obtained by the technique of discounting each year of the future income stream at whatever interest rate is deemed appropriate for investing funds and then summing across all years.

The choice of an appropriate discount rate (interest rate) is to some extent a matter of opinion. One can invest funds in assets yielding various interest rates, and the differences in rates among such assets is usually related to the degree of risk associated with holding them. U.S. Government securities, for example, are generally considered to have as little risk as any interest-bearing asset can have. Over the 1970-2005 period, taxable U.S. Government bonds have yielded, on the average, 7.69% per year (see Table 4, Column 3). On the other hand, Aaa corporate bonds, being somewhat riskier, have yielded 8.63% per year over this same period. Other types of assets such as common stocks or lower grade bonds have still higher yields owing to the greater level of risk associated with holding them. In view of these differences in interest rates, which rate is appropriate?

One way to put the question of interest rate choice is to ask, "what sort of rate would be earned on the kind of asset a prudent person would choose if he/she were trustee of a sum of money for someone else?" Because there is no universally accepted rate for this purpose, calculations of the present value of Mr. Harrison's lost income have been made on the basis of a 4.5% after-tax discount rate. This constitutes a rate of return that a prudent trustee might aim for in current financial markets. Higher rates would require that higher levels of risk be taken and would seem to go beyond risk levels a prudent trustee might want to accept.

Hence, to determine the amount of money Mr. Harrison's family would have to be given today to compensate it for the income he could have earned absent death, the figures in Tables 2 and 3, Column 2, were discounted at 4.5% per year – the after-tax rate of interest found

appropriate for this purpose. The adjusted total of Column 3 of these Tables show that a lump-sum payment of $1,219,951 and $367,300 would be necessary for this purpose. Hence, Mr. Harrison could have expected to earn at least $1,587,251 in present value terms over his working life had he not died ($1,219,951 + $367,300).

Tax Liability, Absent Death

Had Mr. Harrison earned the income shown in Tables 2 and 3, Column 2, he would have paid a portion of it for federal and District of Columbia income taxes. To determine how much tax he likely would have paid, it is necessary to compute his average yearly income in 2006 dollars over his working life. Based on a 3.0% annual inflation factor, Mr. Harrison would have earned $81,632 per year in 2006 dollars on average over his working life.[1]  As mentioned, he would have had to pay a portion of this amount in federal and District of Columbia income taxes. Had he taken a 20% itemized deduction,[2] his federal income tax (single return) would have been $12,191.[3]  The District of Columbia tax is $5,156.[4]  Hence, the total tax is $17,347, or 21.3% of his $81,632 average yearly income. This is the tax factor to apply to Mr. Harrison's future income, absent death.

As seen, the present value of Mr. Harrison's lost gross income is $1,587,251; at a 21.3% tax rate, the tax is $338,084. Hence, Mr. Harrison's family has lost $1,249,167 in net income due to his death, prior to a consideration of his personal maintenance expenses ($1,587,251 - $338,084).

---

[1] The figures in Tables 2 and 3, Column 2, were escalated and deescalated by 3.0% -- our assumed rate of future inflation -- and summed. This is $1,393,802 and $418,433 or $81,632 per year ($1,393,802 + $418,433/22.2 years).

[2] This is consistent with his 2004 itemized deductions.

[3] ($81,632)(1 - .20) - $3,200 = $62,106 taxable income.

[4] ($81,882)(1 - .20) - $1,370 = $63,936 taxable income; tax is $2,000 + 9.3% over $30,000.

7

## Personal Maintenance Expenses

Had Mr. Harrison lived, he would also have spent a portion of his income for his own personal maintenance. As seen, based on a 3.0% inflation factor, he would have earned $81,632 in 2006 dollars on average over his working life. This income figure is $74,892 in 2002-2003 dollars.[1]   An analysis revealed that Mr. Harrison would likely have spent $796,006 in present value terms for his own personal maintenance over his working life.[2] Hence, the lost net income to the family due to his death after income taxes and after personal maintenance expenses is considered is $453,161 ($1,249,167 - $796,006).

## Lost 401(a) Benefits

Based on information provided to me, the District of Columbia government contributed 5.0% of Mr. Harrison's base pay into a 401(a) retirement benefit plan on his behalf. Using a 7.0% annual rate of return on investment and a 4.5% after-tax discount rate, it was determined that Mr. Harrison's lost 401(a) benefits in present value terms due to his death total $64,789 over his working life.

## Lost Health Benefits

According to information provided to me, Mr. Harrison covered his two children under his health plan for which he paid $64.30 every two weeks, or $1,672 per year. Mr. Harrison's youngest child, JaQuan, was 15.34 years old when he died while his oldest child, LaQuansia,

---

[1] The $81,632 figure is divided by 1.09 which is the increase in the Consumer Price Index between 2002-2003 and today.

[2] "Consumer Expenditure Interview Survey, 2002-2003", U.S. Department of Labor, Bureau of Labor Statistics, Table 35. A family of one person earnings $57,395 or $111,352 in 2002-2003 spent $33,350 or $46,324 on all items of personal maintenance. An interpolation analysis revealed that a one person family earning $74,892 would spend $37,556 on personal maintenance. This is 50.15% of gross income ($37,556/$74,892); 50.15% of $1,587,251 is $796,006.

was 20.79 years old.[1] It is reasonable to expect that this situation would have continued until each child reached age 22. Calculations revealed that the children will have to pay $1,675 more in present value terms for health insurance than Mr. Harrison would have had to pay he had not died.

Lost Household Services

I am advised that Mr. Harrison's son, JaQuan, stayed with him during the summer and over most weekends during the school year. JaQuan also spent time with his father at other times during the school year. In view of this, it is reasonable to expect that Mr. Harrison provided at least 1,079 hours a year of fatherly services to his son (16 hours x 39 weeks + 35 hours x 13 weeks). At an $11.00 per hour current replacement cost, the current replacement cost is $11,869 per year.[2] Based on the use of a 4.0% annual cost escalation factor, it was determined that JaQuan has lost $82,091 worth of fatherly services in total dollars from the time his father died until he reaches age 22. The present value of this loss is $78,847 at the 4.5% after-tax discount rate found appropriate for this purpose.

Conclusion

Based on all my analyses, Mr. Harrison's family has suffered at least four types of pecuniary loss owing to his death; they are as follows:

---

[1] LaQuansia was born on September 30, 1983 and JaQuan was born on March 12, 1989.

[2] $11.00 x 1,079 hours.

| Aspect Of Loss | Pecuniary Loss |
|---|---|
| 1. Lost Net Income | $ 453,161 |
| 2. Lost 401(a) Benefits | 64,789 |
| 3. Lost Health Benefits | 1,675 |
| 4. Lost Fatherly Services | 78,847 |
| 5. Total | $ 598,472 |

Hence, in my opinion, a lump-sum payment of at least $598,472 needs to be made to Mr. Harrison's family today to compensate it for the pecuniary loss it has suffered as a result of his death in July, 2004. Funeral expenses in the amount of $27,000 should be added to this loss.

TABLE 1

Basic Economic Data

1970 - 2005

| Year | Consumer Price Index (1982-84 =100) a/ | Index Of Output Per Man-Hour (1992 = 100) b/ |
|---|---|---|
| (1) | (2) | (3) |
| 1970 | 38.8 | 66.3 |
| 1971 | 40.5 | 69.0 |
| 1972 | 41.8 | 71.2 |
| 1973 | 44.4 | 73.4 |
| 1974 | 49.3 | 72.2 |
| 1975 | 53.8 | 74.8 |
| 1976 | 56.9 | 77.1 |
| 1977 | 60.6 | 78.4 |
| 1978 | 65.2 | 79.3 |
| 1979 | 72.6 | 79.3 |
| 1980 | 82.4 | 79.1 |
| 1981 | 90.9 | 80.8 |
| 1982 | 96.5 | 80.1 |
| 1983 | 99.6 | 83.0 |
| 1984 | 103.9 | 85.2 |
| 1985 | 107.6 | 87.1 |
| 1986 | 109.6 | 89.8 |
| 1987 | 113.6 | 90.3 |
| 1988 | 118.3 | 91.7 |
| 1989 | 124.0 | 92.6 |
| 1990 | 130.7 | 94.5 |
| 1991 | 136.2 | 95.9 |
| 1992 | 140.3 | 100.0 |
| 1993 | 144.5 | 100.4 |
| 1994 | 148.2 | 101.5 |
| 1995 | 152.4 | 101.6 |
| 1996 | 156.9 | 104.7 |
| 1997 | 160.5 | 106.7 |
| 1998 | 163.0 | 109.7 |
| 1999 | 166.6 | 112.9 |
| 2000 | 172.2 | 116.1 |
| 2001 | 177.1 | 119.0 |
| 2002 | 179.9 | 123.8 |
| 2003 | 184.0 | 128.6 |
| 2004 | 188.9 | 133.0 |
| 2005 | 195.3 | 136.5 |
| Growth Rate | 4.73% | 2.08% |

a/ All items component of CPI-U.
b/ Non-Farm Business Sector Index.

SOURCE: Economic Report of the President 2006, Washington, D.C.: U.S. Government Printing Office, 2006.

TABLE 2

Lost Future Earnings Of Mr. Johnny L. Harrison

Over His Working Life As A Sanitation Crew Chief

And The Present Value Of That Loss

| (1) Year Of Remaining Work Life Expectancy a/ | (2) Lost Future Earnings | (3) Present Value Of Lost Future Earnings i/ |
|---|---|---|
| 1 | $ 51,636 b/ | $ 56,388 |
| 2 | 54,161 c/ | 56,598 |
| 3 | 57,781 d/ | 57,781 |
| 4 | 60,501 e/ | 57,896 |
| 5 | 64,449 f/ | 59,018 |
| 6 | 67,459 g/ | 59,114 |
| 7 | 69,889 | 58,690 |
| 8 | 72,613 | 58,269 |
| 9 | 75,336 | 57,850 |
| 10 | 78,161 | 57,435 |
| 11 | 81,092 | 57,023 |
| 12 | 84,133 | 56,614 |
| 13 | 87,288 | 56,207 |
| 14 | 90,562 | 55,804 |
| 15 | 93,958 | 55,404 |
| 16 | 97,481 | 55,006 |
| 17 | 101,137 | 54,611 |
| 18 | 104,929 | 54,219 |
| 19 | 108,864 | 53,830 |
| 20 | 112,947 | 53,444 |
| 21 | 117,182 | 53,060 |
| 22 | 121,576 | 52,679 |
| 23 | 25,227 h/ | 10,460 |
| Total: | $ 1,878,465 | $ 1,247,400 |
| Adjusted Total: | | $ 1,219,951 j/ |

Footnotes appear on next page.

12

Footnotes - Table 2

_____

a/ At the time his economic loss began, Mr. Harrison had an expected working life of 22.2 more years.

b/ From 7/17/2004 to 7/16/2005 Mr. Harrison would likely have earned $51,636 ($19.47 x 176/365 + $20.15 x 189/365) (2,080 hours) = $41,230; this is $19.822 per hour ($41,230/2,080 hours) = $41,230; this is $19.822 x 1.5 x 350 overtime hours = $10,406.

c/ From 7/17/2005 to 7/16/2006 he would likely have earned $54,161 ($20.15 x $10,406 + $41,230 = $51,636 total pay. Grade 9, Step 4.

d/ From 7/17/2006 to 7/16/2007 he would likely have earned $54,161 ($20.15 x 76/365 + $20.96 x 289/365) (2,080 hours) = $43,246; this is $20.791 per hour ($43,246/2,080 hours); $20.791 x 1.5 x 350 overtime hours = $10,915; $10,915 + $43,246 = $54,161 total pay. Grade 9, Step 4.

From 7/17/2006 to 7/16/2007 he would likely have earned $57,781 ($20.96 x 76/365 + $20.96 x 1.0375 x 289/365) + $21.74 x 19/365 x 1.0375 x 270/365) overtime hours = $11,645; $11,645 + $46,136 = $57,781 total pay. Grade 9, overtime hours $46,136; this is $22.181 per hour ($46,136/2,080 hours) = $22.181 x 1.5 x 350 Step 4/5.

e/ From 7/17/2007 to 7/16/2008 he would likely have earned $60,501 ($21.74 x 1.0375 x 76/365 + $21.74 x 1.0375$^2$ x 289/365) (2,080 hours) = $48,308; this is $23.225 per hour ($48,308/2,080 hours); $23.225 x 1.5 x 350 overtime hours = $23.225 per hour; $12,193; $12,193 + $48,308 = $60,501 total pay. Grade 9, Step 5.

f/ From 7/17/2008 to 7/16/2009 he would likely have earned $64,449 ($21.74 x 1.0375$^2$ x 76/365 + $21.74 + 1.0375$^2$ x $22.52 x 19/365 + $22.52 x 1.0375$^3$ x 270/365) (2,080 hours) = $51,460; this is $24.74 per hour ($51,460/2,080 hours); $24.74 x 1.5 x 350 overtime hours = $12,989; $12,989 + $51,460 = $64,449 total pay. Grade 9, Step 5/6.

g/ From 7/17/2009 to 7/16/2010 he would likely have earned $67,459 ($22.52 x 1.0375$^3$ x 76/365 + $22.52 x 1.0375 x 289/365) (2,080 hours) = $53,864; this is $25.896 per hour ($53,864/2,080 hours); $25.896 x 1.5 x 350 overtime hours = $13,595; $13,595 + $53,864 = $67,459 total pay. Grade 9, Step 6. This $67,459 figure is escalated at 3.75% per year into the future.

h/ 20% of $126,136.

i/ The figures in Column 2 discounted at 4.5% per year.

j/ $1,247,400/1.0225.

TABLE 3

Lost Future Earnings Of Mr. Johnny L. Harrison

Over His Working Life As A Barber

And The Present Value Of That Loss

| (1) Year Of Remaining Work Life Expectancy a/ | (2) Lost Future Earnings | (3) Present Value Of Lost Future Earnings d/ |
|---|---|---|
| 1 | $ 17,122 b/ | $ 18,698 |
| 2 | 17,721 | 18,519 |
| 3 | 18,342 | 18,342 |
| 4 | 18,983 | 18,166 |
| 5 | 19,648 | 17,992 |
| 6 | 20,336 | 17,820 |
| 7 | 21,047 | 17,649 |
| 8 | 21,784 | 17,481 |
| 9 | 22,546 | 17,313 |
| 10 | 23,336 | 17,148 |
| 11 | 24,152 | 16,984 |
| 12 | 24,998 | 16,821 |
| 13 | 25,873 | 16,660 |
| 14 | 26,778 | 16,501 |
| 15 | 27,715 | 16,343 |
| 16 | 28,685 | 16,186 |
| 17 | 29,689 | 16,031 |
| 18 | 30,728 | 15,878 |
| 19 | 31,804 | 15,726 |
| 20 | 32,917 | 15,576 |
| 21 | 34,069 | 15,427 |
| 22 | 35,262 | 15,279 |
| 23 | 7,299 c/ | 3,027 |
| Total: | $ 560,835 | $ 375,564 |
| Adjusted Total: | | $ 367,300 e/ |

a/ At the time his economic loss began, Mr. Harrison had an expected working life of 22.2 more years.

b/ From 7/17/2004 to 7/16/2005 Mr. Harrison would likely have earned $17,122 (per text). This $17,122 figure is escalated at 3.5% per year into the future.

c/ 20% of $36,496.

d/ The figures in Column 2 discounted at 4.5% per year.

e/ $375,564/1.0225.

14

Case 1:05-cv-01789-ESH     Document 31-4     Filed 09/15/2006     Page 16 of 26

Case 1:05-cv-01789-ESH     Document 31-4     Filed 09/15/2006     Page 16 of 26

TABLE 4

Basic Economic Data

1970 - 2005

| Year | Moody's Aaa Corporate Bonds (Percent Yield) | U.S. Government Bonds Percent Yield * |
|------|------|------|
| (1) | (2) | (3) |
| 1970 | 8.04 | 7.35 |
| 1971 | 7.39 | 6.16 |
| 1972 | 7.21 | 6.21 |
| 1973 | 7.44 | 6.84 |
| 1974 | 8.57 | 7.56 |
| 1975 | 8.83 | 7.99 |
| 1976 | 8.43 | 7.61 |
| 1977 | 8.02 | 7.42 |
| 1978 | 8.73 | 8.41 |
| 1979 | 9.63 | 9.44 |
| 1980 | 11.94 | 11.46 |
| 1981 | 14.17 | 13.91 |
| 1982 | 13.79 | 13.00 |
| 1983 | 12.04 | 11.10 |
| 1984 | 12.71 | 12.44 |
| 1985 | 11.37 | 10.62 |
| 1986 | 9.02 | 7.68 |
| 1987 | 9.38 | 8.39 |
| 1988 | 9.71 | 8.85 |
| 1989 | 9.26 | 8.49 |
| 1990 | 9.32 | 8.55 |
| 1991 | 8.77 | 7.86 |
| 1992 | 8.14 | 7.01 |
| 1993 | 7.22 | 5.87 |
| 1994 | 7.96 | 7.09 |
| 1995 | 7.59 | 6.57 |
| 1996 | 7.37 | 6.44 |
| 1997 | 7.26 | 6.35 |
| 1998 | 6.53 | 5.26 |
| 1999 | 7.04 | 5.65 |
| 2000 | 7.62 | 6.03 |
| 2001 | 7.08 | 5.02 |
| 2002 | 6.49 | 4.61 |
| 2003 | 5.67 | 4.01 |
| 2004 | 5.63 | 4.27 |
| 2005 | 5.24 | 4.29 |
| Average | 8.63% | 7.69% |

* U.S. Treasury securities of 10-year maturities.

SOURCE: Economic Report of the President, 2006. Washington, D.C.: U.S. Government Printing Office, 2006.

15

**RL**
**INC.**
Financial and Economic Consulting

Richard J. Lurito, Ph.D.
President

## CURRICULUM VITAE

**Richard J. Lurito, Ph.D.**
**1491 Chain Bridge Road, Suite 300**
**McLean, Virginia 22101**
**Telephone: 703/442-4528     Telecopier: 703/893-1674**

### Education:

University of Illinois, B.A. (Economics), 1958. Double degree in Languages.
Georgetown University, M.A. (Economics), 1963.
Georgetown University, Ph.D. (Economics), 1969.

### Awards:

Georgetown University Fellow, 1960-1961.
Relm Foundation Fellow, 1961-1963.
H.B. Earhart Fellow, 1963-1965.
American Enterprise Institute Fellow, 1965-1967.

### Employment:

Commonwealth Consulting Group, Inc., McLean, Virginia:
 Senior Economist and President, October 1972 to present.
RL, Inc., McLean, Virginia:
 Economist and President, November 1981 to present.
General Services Administration:
 Acting Economic Counselor, February 1972 to October 1972.
 Deputy Economic Counselor, July 1971 to February 1972.
Georgetown University:
 Professorial Lecturer, 1973-1976.
 Assistant Professor, Economics, 1969-1973.
 Statistics Laboratory Instructor, 1960-1962.

### Consulting:

Stitt & Hemmendinger, Attorneys at Law, 1961-1962.
U.S. - Japan Trade Council, 1961-1962.

Richard Lurio, Ph.D.

Trade Relations Council:
"Economic Impact of the War on Poverty", 1963.
"The Impact of Foreign Trade on Employment in the United States", 1965. (Collaborated with Dr. William McElroy.)

Eugene L. Stewart, Esq., Attorney at Law. Economic Consultant:

January 1964.    American Aniline Products, Inc. Request of American Aniline Products, Inc. for Reservation of Synthetic Organic Dyes, Pigments and Intermediates from Trade Agreement Negotiations.

February 1964.    Scientific Glassware Manufacturers, Gray Laboratory Apparatus Section, Scientific Apparatus Makers Association. Brief in support of the Reservation of Scientific Glassware from Trade Agreement Negotiations.

January 1964.    Man-Made Fiber Producers Association.    Statement of Views on Inclusion of Articles of Man-Made Fiber Textiles in the List of Articles for Possible Consideration in Trade Agreement Negotiations.

January 1964.    Committee on Ammonia Tariffs. Brief in Support of Petition to U.S. Government for the Establishment of a Tariff on Imports of Synthetic Nitrogenous Chemicals of Fertilizer Grade.

March 1964.    In regard to Negotiations under the Trade Expansion Act of 1962: Before the U.S. Tariff Commission and Trade Information Committee.    U.S. Tariff Commission Investigation No. TEA-221(b)-1, Trade Information Docket 63-2, March 1964, Electronic Industries Association, in support of the Views of the U.S. Electronics Industry. (Collaborated with Dr. F. William McElroy.)

1965.    Fibre-Box Association.    Minimum Wage-Hour Amendments, 1965.    Hearings before the General Subcommittee on Labor of the Committee of Education and Labor of the House of Representatives, 89th Congress, 1st Session, on H.R. 8259, Part 3, pp. 1465-1568. (Collaborated with Dr. F. William McElroy.)

American Enterprise Institute:
Constructed Information Retrieval System on Antitrust Law and Economics, 1965-1966.

January 1966. Economic Report of the President:
Hearings before the Joint Economic Committee, 89th Congress, 2nd Session, Par 3. Henry W. Briefs, "The Wage-Price Outlook for 1966: An Appraisal". (Collaborated with Dr. Henry W. Briefs.)

General Services Administration. Economic Consultant, 1970-1971.

Commonwealth Consulting Group, Inc. Public Utility and Human Capital Economist.

2

FROM                    (WED)12 28 2005 12:18/ST. 12:17/NO. 5000000448 P  4

(1)    performance of economic and financial analyses aimed at determining the fair rate of return for public utilities operating in the telephone, electric, gas distribution, gas pipeline and

areas:

At the present time I am a Senior Economist at Commonwealth Consulting Group, Inc., 1491 Chain Bridge Road, McLean, Virginia.  My responsibilities are centered in the following

## Detailed Job Description of Employment Listed Above:

Industrial Organization and Government Regulation of Business
Intermediate Economic Theory
Principles of Economics
Elements of Statistics
Labor Economics

## Courses Taught:

Statistics
Industrial Organization
Labor Economics
Public Utility Economics

## Major Fields:

Patterns in Regulation, Markets and Technology, 1984.  MSU Public Utility Papers.
Treatment of Plant Cancellations, Abandonment and Premature Retirements".  Changing
R.J. Lurito and B.M. Louiselle, "Economic and Financial Implications of Alternative Ratemaking
Washington, D.C.: Georgetown Univerlsity Press, 1963. (Author of Chapter 4.)
Henry W. Briefs and Joseph L. Tryon, U.S. Economic Growth: Issues and Prospects.
Dissertation.)
"Returns to Scale: Theoretical Aspects, Estimation Model and Simulation Results", 1969. (Ph.D.
Implications." Society of Government Economists, Papers, 1972.
R.J. Lurito and E.W. Dinkelacker, "The Social Rate of Discount:  Theory, Measurement and

## Publications:

National Association of Regulatory Utility Commissioners
American Statistical Association
American Finance Association
American Economic Association

## Memberships:

3

Richard Lurito, Ph.D.

Richard Lurito, Ph.D.

4

water industries;

(2)    performance of economic analyses to determine the proper allocation of costs in such public utilities, which serves as the basis for establishing appropriate rate structures;

(3)    preparation of expert testimony, rebuttal and cross-examination to be presented before state public utility commissions as well as before federal regulatory agencies;

(4)    presentation of expert testimony before state public utility commissions and federal regulatory agencies; in this context, I have testified in over two hundred rate cases in fifteen states and the District of Columbia, as well as in cases before the Federal Energy Regulatory Commission, the Federal Communications Commission, the Canadian National Energy Board, and the U.S. Postal Rate Commission.

As President of RL, Inc. my responsibilities include preparation of expert testimony in legal actions involving economic loss as a result of death, injury or discrimination and the presentation of testimony in such cases; I have testified in some five hundred such cases and have been qualified as an expert witness in the District of Columbia and in the states of Maryland, Virginia, Nevada, New York, North Carolina, Pennsylvania, West Virginia, Louisiana, Georgia, California, Nebraska, Kentucky, Tennessee, Florida, and North Dakota. The following is a partial list of the law firms and other organization with which I have worked in this capacity:

Cadeaux & Taglieri, Washington, D.C.

Ashcraft & Gerel, Washington, D.C., Maryland and Virginia

Koonz, McKenney, Johnson, DePaolis & Lightfoot, Washington, D.C., Maryland, Virginia and Connecticut

Jack H. Olender & Associates, Washington, D.C.

Aaron M. Levine & Associates, Washington, D.C.

Shulman, Rogers, Gandal, et al, Rockville, MD

Dugan & Jakubowski, Timonium, MD

Paulson & Nace, P.C., Washington, D.C.

Williams & Connolly, Washington, D.C.

Steptoe & Johnson, Washington, D.C.

Charles C. Parsons, P.C., Washington, D.C.

Stein, Mitchell & Mezines, Washington, D.C.

Shiffman & Ricci, Washington, D.C.

Edward C. Bou & Associates, Washington, D.C.

Karp, Frosh, Lapidus, et al, Bethesda, MD

William Artz, P.C., Arlington, VA

Shevlin & Smith, Arlington, Va.Connerton & Ray, Washington, D.C.

U.S. Department of Justice

From July 1971 to October 1972, I served as Deputy and then Acting Economic Counselor to the Administrator of the General Services Administration. I also served as Economic Counselor to the Commissioner of Public Buildings Service. I assisted in advising these officials on the interrelationships between GSA operating plans, programs and policies and their impact on the

Richard Lurito, Ph.D.

5

national economy. I also served as the GSA representative and spokesman on inter-agency and cabinet-level committees concerned with economic policy in the absence of the Administrator. I directed and assisted in the direction of GSA staff work for boards and committees such as the Cabinet Committee on Construction, the Government Regulations and Purchasing Review Board, the Interagency Committee on Construction Prices and Wages, and the Metropolitan Board of Trade's Committee on Downtown Development.

LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| ATTORNEY | LAW FIRM | JUDGE | DATE OF TRIAL | CASE |
|---|---|---|---|---|
| Jonathan C. Dailey | Caplan, Buckner & Kostecka | Judge Fisher D.C. Sup Ct. | 7/18/2006 | Daryl Lash, Sr. v. Howard University Hospital CA 03-ca-000969 |
| Joseph Cammarata | Chaikin & Sherman | Judge Ross D.C. Sup. Ct. | 3/3/2006 | Camay Mitchell v. Paul Clemencia CA 6187 2005 |
| Bruce J. Klores | Bruce J. Klores & Associates | Judge Dugan Montgomery Co. Cir. Ct. | 2/16/2006 | De La Torre v. Thomas Militano, M.D. |
| Edward C. Bou | Bou & Bou | Judge Lombardi Prince George's County Circuit Court | 2/14/2006 | Marjorie Edwards v. Irma Dean Smith  Case No. CAL 04-05392 |
| Laurie Amell | Stein, Mitchell & Mezines | Judge Titus U.S. District Court Greenbelt, MD | 2/10/2006 | Ruth A. Lawson v. United States of America  Case No: AW-03CV884 |
| Barry Nace | Paulson & Nace | Judge Wooldrige Cir. Ct. Fairfax County | 2/8/2006 | |
| Andrew Slutkin | Snyder, Slutkin & Snyder | Judge Matricciani, Cir. Ct. for Baltimore City | 2/1/2006 | Aidan Gimbel v. American Radiology Services  Case No 24-C-04-009662 OT |
| Gary Godard | Miller & Associates | Judge Duncan-Peters, D.C. Sup. Ct. | 1/27/2006 | Bernice Fleming v. Providence Hospital  CA No. 04-4639 |
| Terrell Roberts | Roberts & Wood | Judge Lombardi Prince George's County Circuit Court | 1/12/2006 | Prince Jones, Sr. v. Prince George's County CAL 01-03974 |
| William E. Artz | William E. Artz, P.C. | Judge Kendriet Arlington Co. Cir. Ct. | 1/10/2006 | Timothy Grinnings v. Falls Church Medical Center Case No. 04-558 |
| John Costello | John Costello & Associates | Judge Shepherd, Prince Georges Co. | 12/7/2005 | Cynthia Deas v. Dr. Odacha |
| Patrick Regan | Regan, Halperin & Long | Judge Alprin D.C. Superior Court | 12/6/2005 | Michael Duplessie, M.D. v. Theresa McGowan, Case No. 03ca002708 |

LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| Name | Firm | Court | Date | Case |
|------|------|-------|------|------|
| George Tolley | Dugan, Babij & Tolley | Judge Quarles Fed. Ct. Baltimore | 6/27/2005 | Marilyn Mayo, et al v. United States  CA No. AMD-03-3457 |
| Brian Shevlin | Shevlin & Smith | Judge Blackburn-Rigsby D.C. Sup Ct | 6/23/2005 | Michael Amaann v. William Hazel, Jr. M.D.  CA No 03CA006340 |
| Jeffrey Shane | Shulman, Rogers, et al | Judge Campbell  Sup Ct. D.C. | 6/2/2005 | Paul W. Bridenhagen v. Michael Theodoulou, D.P.M. et al CA No 03-0009580 |
| Andrew J. Waghorn | William E. Artz, P.C. | Judge Haddock Cir Ct. Alexandria | 5/24/2005 | Glen Giles v. Yousef Salem, M.D.  No: CL040194 |
| Paul Wiesenfeld | Wiesenfeld & Canarte | Judge Solt Cir. Ct. for Frederick Co. | 5/4/2005 | Tara Caton v. Ravi Yalamanchilli, Md.  C-03-1934MM |
| Grandison E. Hill | Law Offices Of Grandison Hill | Judge Wright Sup. Ct. D.C. | 4/7/2005 | Cerrin Clark v. Gaben Management, LLC  CA 7285-99 |
| Jeffrey Shane | Shulman, Rodgers, Ganda et al | Judge M. Finifter  Cir. Ct. Balt. | 4/6/2005 | Cauley v. Reisinger et al 03-C-02-009970 |
| William E. Artz | William E. Artz, P.C. | Judge Leslie M. Alden Fairfax Cty. Ct. | 4/5/2005 | Frank Mallinson v. Maryida Klimowicz, M.D.  At Law No. 221458 |
| Joseph Cammarata | Chaikin & Sherman | Judge Smith Dist. Court P.G. County | 2/15/2005 | Gladys Boodhoo v. Maurice Poindexter  CA No. 03-20377 |
| Bruce Klores | Bruce J. Klores & Associates | Judge Quarles Fed. Ct. Baltimore | 2/9/2005 | Veronica Pollard et al v. United States of America  CA No. S-02-CV-764 |
| Kenneth Trombly | Schultz & Trombly, PLLC | Duncan-Peters Sup. Ct. | 12/7/2004 | |
| Patrick M. Regan | Regan, Halperin & Long | Robertson  Fed Ct. D.C. | 12/2/2004 | Joanne Olayinka v. Georgetown University Hospital |
| Roger Johnson | Koonz, McKenney, Johnson | Melvin Wright Sup. Ct. D.C. | 11/17/2004 | Isaac Love v. USA Waste of Maryland, Inc.  Civil No: 02-0009344 |

LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| | | | | |
|---|---|---|---|---|
| William E. Artz | William E. Artz, P.C. | Judge Thatcher, Cir. Ct. for Fairfax Co. | 10/20/2004 | Harlis C. Breeding, Jr. v. Mert Kivanc, D.O. At law No. 218062 |
| Laurie Amell | Stein, Mitchell & Mezines | Cir. Ct. for City of Fredericksburg, VA | 9/24/2004 | Shawn Jackson vs. D.C. Anderson, M.D. At law CL01-1112 and CL01-113 |
| Thomas Smith | Shevlin & Smith | Judge Klein Cir. Ct. Fairfax, Co. | 7/25/2004 | Rubio Jimenes v. Frank L. Nuar, M.D.  At law# 214574 |
| Lawrence Lapidus et al | Karp, Frosh, Lapidus et al | Judge Scrivener  Cir. Ct. Montgomery County | 7/21/2004 | Elisabeth Hilliard v. Gerald Rogell, M.D.  Case No. 242550-V |
| Lawrence Lapidus et al | Karp, Frosh, Lapidus | Cir. Ct. for Prince Georges Co. | 6/16/2004 | Marlene McDowell v. King Associates  Ltd. Case No. CAL03-15870 |
| Barry J. Nace | Paulson & Nace | J. Lombardi, Cir. Ct. for Prince Georges Co. | 5/25/2004 | Maleka Sago et al v. Elliece Smith, M.D. et al. Case No. CAL03-04540 |
| Joseph Koonz | Koonz, McKenney, Johnson | Charles Co. Cir. Ct. | 4/28/2004 | David McMillian v. Guy & Guy |
| Frank Spector | Dugan, Babij, Tolley & Spector | L. Daniels  Cir. Ct. for Baltimore City. | 4/16/2004 | Dylan McQuitty v. Franklin Square Hospital CA # 03-C-01-009275 |
| Grandison E. Hill | Grandison E. Hill & Associates | Graae  D.C. Sup. Ct. | 4/6/2004 | Cerrin Clark v. Jerry Weinstein, et al. CA No. 99-7285 |
| Patrick Malone | Stein, Mitchell & Mezines | Terrell Sup. Ct. D.C. | 3/10/2004 | Sharon Burke v. Gary Staples, M.D.  CA #01-009379 |
| Bruce J. Klores | Klores & Associates | Wright, Sup. Ct. D.C. | 2/11/2004 | Sardul Pannu vs. Jeff Jacobson, M.D. CA #01-7485 |
| Jodi H. Blecker | Jodi H. Blecker, LLC | H. Dawson Cir. Ct. for P.G. Co. | 1/13/2004 | Rita Langley v. Bolling Warfield Smith  CAL 02-27269 |
| Christopher Mitchell | Stein, Mitchell & Mezines | J. Pincus Cir. Ct. for Montgomery Co. | 10/29/2003 | Juana Daniels v. Leveque & Chrosniak, M.D. |

## LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| Name | Firm | Court | Date | Case |
|---|---|---|---|---|
| C. Drew Fritch | Cardaro & Associates | J. Baldwin Cir. Ct. for Harford County, Md. | 10/1/2003 | Karen Ullmann v. E. Capacio, M.D. Case No. 12-C-99-0024660C |
| John Costello | McCarthy & Costello | J. Lombardi Cir. Ct. for Calvert Co., MD. | 9/24/2003 | Carolyn Heidenreich v. David Denakas, M.D. C-01-0111 |
| George Tolley | Dugan, Babij, etc. | J. Davis Cir. Ct. Wicomico County. | 8/20/2003 | Tiona Shackleford v. Medlantic Healthcare Group CA0003757-00 |
| Anthony Newman | Newman & McIntosh | C. Bush Sup. Ct. D.C. | 8/18/2003 | Robinson, et al. v. Kelley, et al 97CA6013 |
| Daniel Kozma | Koonz, McKenney, Johnson | H. Dixon Sup. Ct. D.C. | 8/18/2003 | |
| Michael Shevlin | Shevlin & Smith | G. Finch Fairfax Co. | 7/2/2003 | Estate of David Butler v. Kaiser Permanente At Law 202569 |
| Daniel Kozma | Koonz, McKenney, Johnson | T. Smith Cir. Ct. for Prince George's County | 6/24/2003 | Ransom Evely/Kenneth Moore v. Smithfield Packing Co., Inc. Case No. CAL02-13670 |
| Stephen Skinner | Broder & Reiter | L. Braman Sup. Ct. D.C. | 6/13/2003 | Kronheim v. Busch |
| William Artz | William E. Artz, P.C. | W. Ney Fairfax County | 6/10/2003 | Nancy Bruckner, M.D. v. Lareine Sabella, M.D. At Law 201382 |
| Paul Blumenthal | Law Office of Paul Blumenthal | P.G. County | 4/10/2003 | Sandra Gorman v. Nicholas Visnich, Jr. M.D. Case No. CAL00-23630 Track ST |
| Patrick Regan | Regan, Halperin & Long | D.C. Sup Ct. Judge Burgess | 4/10/2003 | Milles-McLean et al v. District of Columbia 00 CA 004991 |
| Thomas Smith | Shevlin & Smith | Woolridge Cir Ct. Fairfax County | 3/19/2003 | Kathy Crosson v. Michael Price, M.D. et al At Law No. 202776 |
| Gary Kohlman | Bredhoff & Kaiser | G. Kessler Fed Ct. D.C. | 3/18/2003 | Doretha Lindsey, et al. v. District of Columbia, et al. Case No. 1:00CV00894 |
| Jarvis Tait | Koonz, McKenney, Johnson, et al | Melvin Wright Sup. Ct. D.C. | 3/11/2003 | Sheila Hostler v. Big Stuff, Inc. CA 01-5057 |

LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| Name | Firm | Court | Date | Case |
|---|---|---|---|---|
| Allan Siegel | Chaikin & Sherman | Blackburne-Rigsby Sup. Ct. D.C. | 3/6/2003 | Shelley Dodson v. Kavona Evans CA # 01 CA00 8439 |
| Keith W. Watters | Keith W. Watters, P.C. | M. Rankin D.C. Sup. Ct. | 2/11/2003 | Eric Alvarado v. John-John, Inc. CA No. 01 ca 00077125 |
| Richard Semsker | Lippman & Semsker | R. Scribner Cir. Ct. Montgomery Co. | 12/18/2002 | Walter H. Smith, Jr. v. Raytheon |
| Gerard Mitchell | Stein, Mitchell & Mezines | R. Urbina Fed. Ct. D.C. | 12/12/2002 | Enrique Calva-Cerqueira v. United States CA No. 99-1198 (RMU) |
| Sandra Robinson | Jack H. Olender & Associates | Z. Bush Sup. Ct. D.C. | 10/31/2001 | Nina Kozin v. Kaiser Foundation Health Plan CA No. 00CA 004890 |
| Christopher Mitchell | Stein, Mitchell & Mezines | M. Shaw-Geter Circuit Court Charles Co., Md | 10/17/2002 | Dianne Soloninka vs. Surgical Associates Chartered Case No. 08-C-01-000986 OT |
| Michael Abelson | Abelson Law Firm | Bruce Cir. Ct. Anne Arundel Co., MD | 8/29/2002 | Louise Hosey v. Patuxent Medical Group C-2000-665720T |
| Randolph Ogg | Bode & Grenier | T. Ellis Fed. Ct. Alexandria, VA | 8/5/2002 | Adene Hill v. Crown Central Petroleum, Case No. 01-CV-1395 |
| Karen Evans | Jack H. Olender & Associates | S. Duncan - Peters D.C. Sup Ct. | 7/9/2002 | Jeffrey Means v. District of Columbia C.A. No. 99-9027 |
| William Lightfoot | Koonz, McKenney, Johnson | M. Rankin D.C. Sup. Ct. | 7/2/2002 | Roderick George v. Henry's Wrecker Service CA. No. 99-5533 |
| William Lightfoot | Koonz, McKenney, Johnson | Judge Connelly Fed Dist. Ct. Md (Greenbelt) | 4/29/2002 | Darlene Cockfield v. United States (A No. AW00CV0080) |
| Brian Kim | Paulson & Nace | Circuit Ct. for Washington Co., Md. Judge Beachley | 4/23/2002 | Julie A. Milley v. Washington County Hospital CA No. 21-C99-8124-OT |
| Kevin McCarthy | McCarthy & Costello | Abrecht Sup. Ct. D.C. | 3/26/2002 | Eugenia H. Vance v. Providence Hospital C.A. No. 00ca004401 |