



# LEACH®

## Alpha • Beta • Delta
### Service Manual

## Over Serial Number 3500


This Book is Printed on Recycled Paper

Part No. 105282


EXHIBIT C

FSC 000064









# INSTRUCTIONAL WORKBOOK
## for LEACH REAR LOADER OPERATION, MAINTENANCE and SAFETY TRAINING

STRONGER ALL AR[OUND]

**EXHIBIT D**

# ENGINE SPEED UP CIRCUITS



Cummins ISC with Neutral Power

ASA — Automotive Systems Analysis, Inc.
12015 Canter Lane, Reston, VA 20191
Voice 703-860-1766, FAX 703-860-1799
e-mail billrosenbluth@comcast.net

DC DPW Trash Compactor
Harrison, SV, ASA Analysis of Neutral
Lockout and Remote PTO Function
Harrison_PackerThrottleKickerDefect_Anl_1g.anl
13Oct06



Exhibit D.2.5   ASA Composite Schematic


EXHIBIT E