IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Johnny Harrison, *et al.*,           ) | |
| ) | |
| Plaintiffs,   ) | |
| ) | |
| v.                                                      ) | Civil Action No. 1:05-CV-01789 (ESH) |
| ) | |
| Freightliner LLC, *et al.*,            ) | |
| ) | |
| Defendants.  ) | |

**PLAINTIFFS' DISCLOSURE OF EXPERT WITNESSES
ON LIABILITY ISSUES**

Pursuant to Fed. R. Civ. P. 26(a)2, the plaintiffs disclose the following expert witnesses for liability aspects of their case:

1. William Rosenbluth
   Automotive Systems Analysis, Inc.
   12015 Canter Lane
   Reston, VA 20191

   Attachments: Report of October 20, 2006
   Curriculum Vitae
   List of Sworn Testimony

2. Lance Watt
   Robson Forensic
   354 North Prince Street
   Lancaster, PA 17603-3085

   Attachments: Report of November 13 , 2006
   Curriculum Vitae
   List of Sworn Testimony

Respectfully submitted,

_____/s/_____
John F. Kennedy (Bar No. 413509)
Kennedy & Dolan
8601 Georgia Avenue
Suite 910
Silver Spring, MD 20910
(301) 608-3000


_____/s/_____
Patrick A. Malone (Bar No. 397142)
Stein, Mitchell & Mezines, LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
(202) 737-7777
(202) 296-8312 (facsimile)

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of November, 2006, copies of the foregoing were sent by electronic service or U.S. Mail to:

Allison Manger, Esq.
Thompson Coburn LLP
1909 K Street, N.W.
Suite 600
Washington, D.C. 20006-1167
email: AMANGER@Thompsoncoburn.com

Thomas R. Jayne, Esq.
Thompson Coburn, LLP
One US Bank Plaza
St. Louis, MO 63101
email: TJAYNE@thompsoncoburn.com

Terri S. Reiskin, Esq.
Eric Tew, Esq.
Wallace King Domike & Branson, PLLC
1050 Thomas Jefferson Street, N.W.
Suite 500
Washington, D.C. 20004
email: TReiskin@WallaceKing.com

Michael E. Blumenfeld, Esq.
Brown & Sheehan, LLP
The Tide Building, Suite 300
1010 Hull Street
Baltimore, MD 21230-5337
email: mblumenfeld@brownsheehan.com

Brian K. Telfair, Esq.
Womble Carlyle Sandridge & Rice, PLLC
8065 Leesburg Pike
Fourth Floor
Tysons Corner, VA 22182
email: BTelfair@wcsr.com

_____/s/_____
Patrick A. Malone