

Automotive Systems Analysis, Inc.
12015 Canter Lane, Reston, VA 20191
Voice 703-860-1766, FAX 703-860-1799
e-mail billrosenbluth@comcast.net

DC DPW Trash Compactor
Harrison, SV, ASA Analysis of Neutral
Lockout and Remote PTO Function

Harrison_PackerThrottleKickerDefect_Anl_1h.anl
20Oct06

John F. Kennedy, Esq
Kennedy & Dolan
8601 Georgia Ave,   Suite 910
Silver Spring, MD 20910

Voice    301-608-3000
Cell      202-421-4675
Fax:     301-608-3007
Email:   Jfkdc@aol.com

Patrick A. Malone, Esq.
Stein, Mitchell & Mezines, LLP
1100 Connecticut Ave. NW
Washington, DC 20036

Voice   202-737-7777
Cell
Fax      202-296-8312
Email:   pmalone@steinmitchell.com

**Re:**    *Harrison_J* vs. *Freightliner*
*2001 Sterling Cargo Base Truck, Incomplete,  UNIT # 30-1554*
*VIN: 49HAAEBV91HJ21747, Serial J21747, Model SC8000  (SV)*
Cummins ISB 260, 98 EPA/CARB
Cummins PTO

| | | |
|---|---|---|
| | Veh Speed Limit | 6 mph |
| | Throttle Override | Disable, |
| | Brake Override | Enable |
| | Clutch Override | Enable |
| | Set/Resume Speed | 950 PRM |
| | Remote | Yes |
| | RPM Max w/Cruise Control Set | 950 |
| | RPM, Min for PTO | 700 |
| | RPM, Max for PTO | 1000 |
| | RPM, Remote PTO Tgt | 1700 |

Allison MD-3060P Automatic Transmission
6 PIN Deutsch Diagnostic Connector, SAE J1587/J1708
Leach Packer, Beta, Serial # 4432

Dear Messrs.  Kennedy and Malone:

Please find below my preliminary findings in the above referenced matter.  These findings and opinions may change or be amended on receipt of new or additional engineering documentation from the vehicle manufacturer and/or the supplier of the subject vehicle (SV) or its sub components.

Please feel free to call if you wish any further information.

Yours very truly,

Bill Rosenbluth

Bill Rosenbluth



DC DPW Trash Compactor
Harrison, SV, ASA Analysis of Neutral
Lockout and Remote PTO Function
Harrison_PackerThrottleKickerDefect_Anl_1h.anl
20Oct06

A.    **Background**

Per the Metropolitan Police Department Traffic Accident Report, 7/16/04, D-1 (Harrison) exited V-1 (The Sterling/Leach Refuse Truck, the SV) and placed trash into the bucket area. After observing V-1 moving forward eastbound on Macomb St, N.W., D-1 attempted to stop V-1 by opening the driver's door and gaining entry. In the process, V-1 struck V-2, which was stopped facing westbound on Macomb St., and waiting for D-1 to finish picking up the trash. D-1 was pinned in between V-1 and V-2 before being pulled under the left rear outside tire where he suffered fatal injuries.

B.    **Statement of Assignment**

My assignment in this case (representing Johnny Harrison, deceased), driver of V-1] was to examine the facts of the subject accident and the subject vehicle control and installed equipment for safety interfaces, operational and maintenance function and analysis.
This examination may include vehicle analysis, data downloads, data analysis, vehicle component analysis and tests, laboratory tests and engineering test fixtures as appropriate.

C.    **Conclusions and Opinions**

I have reviewed other-expert reports, depositions, disclosures, service manuals, the police accident reports and manufacturer/supplier engineering design and specification information. I have inspected an exemplar vehicle and the SV and I have downloaded my own data from the subject Cummins engine controller. I have also performed detailed electrical tests on the subject Remote PTO control function, and I have analyzed data from Sterling/Cummins/Leach specifications and schematics for the subject refuse collection/packer truck. These activities have allowed me to quantitatively identify the functional defect mechanism operative at the time of the subject accident and the design, documentation and maintenance issues which may bear upon that functional defect mechanism . As of this time, my opinions, with a reasonable degree of engineering certainty, are:

1.    The subject truck chassis (Sterling) and trash loader pacer (Leach) incorporates a Remote PTO (throttle kicker) function which increases engine speed (RPM) from idle (approximately 600 to 700 RPM [1]) to 1700 RPM [2] when the Remote PTO function is activated. The Remote PTO function is activated by supplying an engine electrical ground pull down to the Remote PTO electrical port on the Cummins engine ('98 ISB 260, Connector "B", pin 46). The Remote PTO function on the subject truck is automatically activated when the carrier/packer levers are engaged (as in the normal operation of loading and packing collected trash) and is required to establish sufficient hydraulic pressure to operated the various hydraulic tools on the SV (packer/loader, etc.).

---

[1]    The subject truck tachometer was not correctly functioning at the ASA inspection, 3Oct06.

[2]    Setting in Cummins EEPROM.



DC DPW Trash Compactor
Harrison, SV, ASA Analysis of Neutral
Lockout and Remote PTO Function
Harrison_PackerThrottleKickerDefect_Anl_1h.anl
20Oct06

2.  By design, there is an electrical lockout circuit that should only allow activation of the Remote PTO function when the transmission shifter is in the **neutral** position. This is commonly known as a "neutral lockout" circuit. This is an obvious safety-critical issue, similar in many ways to the start/crank "neutral lockout" circuit on all modern automatic transmission automobiles.

3.  As examined, 3Oct06, the "neutral safety" function subject truck only allowed Remote PTO (throttle kicker) function when the transmission shifter was in the **neutral** position. Thus the "neutral safety" circuit was working on that day.

4.  However, as documented in the DC Government, DPW report of 22Dec04, bates 0331 - 0344, at the time of the accident, the "neutral safety" circuit was not working, and this allowed the Remote PTO function to operate in a drive gear, and thus propel the subject truck forward when the trash loader/packer levers were engaged (as they would be in the normal operation of loading and packing collected trash). It was further found that the subject truck would propel itself forward even if the parking brake was engaged. This constitutes a functional defect.

5.  Examining the subject truck in its at-accident condition, other investigators found that "electrical wires were improperly connected between the "neutral relay" and the "speedup relay" , thus causing the functional defect mechanism (DC Government, DPW report of 22Dec04, bates 0331 - 0344, page 4). No report or testimony supplied to me identified which two wires were improperly connected, nor at which relay.

6.  Using various pieces of produced and aftermarket electrical schematic information, and electrical measurements from my vehicle inspections, I created a proper electrical schematic of the packer control equipment at issue in order to electrically define the circuits at issue.

7.  Using my created schematic, I was able to recreate the neutral safety malfunction (functional defect condition) and then able to restore the subject truck to its correct operating state. I isolated the "improper wiring" to be a reversal of the wires to terminals #86 and #87 on the neutral relay. This was later confirmed by Leach investigator Lionel Akers.

8.  I found that none of the aftermarket service schematics that I obtained accurately represent the as-operating (and most likely as-built) function of the subject truck Remote PTO system.

9.  I found that none of the DC government schematics that I was provided accurately represent the as-operating (and most likely as-built) function of the subject truck Remote PTO system. These are apparently the schematics available to DC government mechanics when servicing the SV.

10. I found that the three Leach schematics provided (FSC000479,  FSC 000482, Leach



Automotive Systems Analysis, Inc.
12015 Canter Lane, Reston, VA 20191
Voice 703-860-1766, FAX 703-860-1799
e-mail billrosenbluth@comcast.net

DC DPW Trash Compactor
Harrison, SV, ASA Analysis of Neutral
Lockout and Remote PTO Function
Harrison_PackerThrottleKickerDefect_Anl_1h.anl
20Oct06

Instructional Workbook, pg 58), one shows an apparently obsolete system, the second shows an incorrect wire color code in the critical "neutral safety" circuit and the third shows an incorrect schematic and a wrong wire color (page 58) . The first two schematics are so reduced as to be virtually unreadable in their as-supplied form, and when enlarged, they pixelate further clouding readability.

11.     The DC DPW has also supplied a Leach Service Manual and an Instructional Maintenance Workbook. I found these to be quite readable, however, neither of these documents correctly or fully describe the subject neutral safety and Remote PTO function on the subject truck (see above).

12.     Thus, assuming that they had access to the same documentation supplied to me, it is unclear that any of the DC government service personnel could have properly repaired or maintained the Remote PTO function on the subject truck.

13.     The DC Government, DPW report of 22Dec04, bates 0331 - 0344, identifies (pg 3, bates 0333) that the regular driver of the subject truck, Anthony Mercer, indicated to investigators "that he had to firmly press the brakes on Packer No. 30-1554, the SV, at stops when his technicians engaged the lever for packing operations because the Packer had a tendency to roll forward during this process". This is a strong indication that the incorrect neutral safety condition preceded the subject fatal incident.

14.     Assuming that the miswiring occurred after sale and delivery to the DC DPW, there are ways to have prevented a subsequent-to-sale mis-wiring that enabled the subject accident.

        1.     The relays in question are mounted in front of the passenger seat in the occupant compartment, have open terminal connections, and are supposed to have a protective cover. That cover was not present at my inspection of the subject truck. Thus, occupants could have inadvertently kicked the relays and the wires (expected misuse) causing otherwise unnecessary re-connection of those wires.

        2.     The relays could have been installed in a socketed assembly (as are sister relays in the same location) and that would have substantially prevented the (expected misuse), thus better preserving the (presumed) correct function at point of sale.

15.     A pre-sale "Rear Loader Checkout Sheet" (Bates FSC 00534) indicates that the neutral safety switch is "installed and functional". That statement may not actually address the problem at issue because it does not specifically identify what "installed and functional" means. Specifically, there is no verification that the Remote PTO speedup is locked out when the transmission is in any other gear than neutral (e.g., as written, it could simply mean that there is no engine crank unless the transmission is in neutral).

        Additionally, I have not been provided a post-sale DC DPW receiving check-in sheet which confirms the correct function of the neutral safety switch w/resp/to the Remote



DC DPW Trash Compactor
Harrison, SV, ASA Analysis of Neutral
Lockout and Remote PTO Function
Harrison_PackerThrottleKickerDefect_Anl_1h.anl
20Oct06

PTO function.

My review of these complete records should identify whether the Remote PTO (throttle kicker) function was inhibited for any transmission gear but neutral, at the time the subject vehicle was delivered to DC DPW.

**D.    Basis of Opinions**

1.    Vehicle Inspections

I inspected an exemplar vehicle on 1Sep06 and the subject vehicle (SV) on 3Oct06.

Exhibit D.1.1 shows the subject vehicle.

Exhibit D.1.2 shows the packer control levers.

Exhibit D.1.3 shows the packer instruction decal

Exhibit D.1.4 shows the Speed Up pushbutton.

Exhibit D.1.5 shows the general under dash relay wiring.

Exhibit D.1.6 shows the neutral relay and the speedup relay before any 3Oct06 tests.

2.    Remote PTO Circuit Schematics

Preparatory to both inspections, I created a mosaic electrical schematic of the Remote PTO control circuit at issue. I used the best information produced by the Defendants (Sterling, DC Govt, Leach, Allison). Additionally, I utilized service data from Cummins and Leach maintenance/repair manuals.

Defendant schematic data included:

Exh D.2.1.a,    Leach Wiring Diagram, #406952, Bates FSC000479, oview
Exh D.2.1.b,    Leach Wiring Diagram, #406952, Bates FSC000479, detail
Exh D.2.2.a    Leach Wiring Diagram, #406512-10, Bates FSC000482, oview
Exh D.2.2.b    Leach Wiring Diagram, #406512-10, Bates FSC000482, detail
                Systems Wiring Diagram    Cummins turnkey "B" OEM
                                          Interface, For July '97 Production
                                          with CFM 550, DV2.   Bates STR

**ASA**
Automotive Systems Analysis, Inc.
12015 Canter Lane, Reston, VA 20191
Voice 703-860-1766, FAX 703-860-1799
e-mail billrosenbluth@comcast.net

DC DPW Trash Compactor
Harrison, SV, ASA Analysis of Neutral
Lockout and Remote PTO Function
Harrison_PackerThrottleKickerDefect_Anl_1h.anl
20Oct06

00571 - 572

Publicly available & aftermarket service schematic data included:

Cummins Engine Schematic, Bulletin 3666195-02

Exh D.2.3    Leach Electrical Schematic, Alpha, Beta, Delta Service Manual,
Over Serial Number 3500, (Section 9)

Bosch Relay Internal Schematics,
www.partsexpress.com/resources/relays/html. 27Jul06.

Exh D.2.4    Leach Instructional Workbook, page 58 (Cummins ISC
w/[transmission] Neutral Power (only Cummins option shown).

Exh D.2.5    ASA Composite schematic, Harrison, SV, (derived from the
above data and measured/observed data)

3.    Using that best-available circuit schematic information, I attempted to verify the as-
operational  Remote-PTO function on the subject truck using those schematics. It was
necessary to do this because, although the defective operational function was identified,
none of the reports or testimony regarding the subject accident identified the specific
wiring circuits or exact defective electrical configuration that was reported to be the
cause of the fatal accident.

It further developed that verification of the subject vehicle system to the supplied
schematic specifications was not possible, because none of the supplied or publicly
available schematics accurately represent the as-operating (and most likely as-built)
function of the subject truck neutral lockout and Remote PTO system.

The Leach Alpha/Beta/Delta Series III Service Manual (Over Serial # 30000) was
provided in discovery. Page 9-43 of this Manual notes that the electrical and hydraulic
schematics must be downloaded from FS Depot. Those schematics were never supplied
to ASA or plaintiff .

In fact, the Leach Alpha/Beta/Delta Series III Service Manual (Over Serial # 30000),
provided in discovery,  does not apply to the subject packer. The subject packer carries
Serial # 4432.

4.    The most accurate schematic, created by me, using a base schematic from the correct
Service Manual (Exhibit  D.2.3),  using measured and observed data from the subject
truck,  is shown as Exhibit D.2.5.

5.    Now, with reference to that proper schematic, Exhibit 2.5, the following incorrect,



**DC DPW Trash Compactor**
**Harrison, SV, ASA Analysis of Neutral**
**Lockout and Remote PTO Function**

Harrison_PackerThrottleKickerDefect_Anl_1h.anl
20Oct06

inaccurate and/or omitted notations can be identified on the best circuit information supplied/produced by the Defendants (Freightliner/Sterling, DC Govt, Leach, Allison) as provided to plaintiff and to me

1.  The low side of the Neutral Switch goes directly to ground and not to the Speedup Switch identified on Leach Wiring Diagram, #406952, Bates FSC000479 (Exhibit D.2.1).

2.  The high side of the Neutral Switch (non-color-identified on FSC000479, White/Yellow on FSC000482, Exhibit D.2.2) goes to terminal #86 on the Neutral Relay.

3.  The "Solenoid" identified as being driven from terminal #87 of the Neutral Relay on Leach Wiring Diagram, #406952, Bates FSC000479 does not exist in the subject vehicle (Exhibit D.2.1).

4.  The feed from terminal #87 of the Neutral Relay (non-color-identified on FSC000479, White/Brown on FSC000482 ) connects to terminal #85 on the Speedup Relay. This wire is actually, White/Yellow on the subject truck. See Exhibits D.6.1 and D.6.2.

5.  Terminal # 87 on the Speedup Relay on Leach Wiring Diagram, #406512-10, Bates FSC000482 actually connects to B46 on Systems Wiring Diagram Cummins turnkey "B" OEM Interface, For July '97 Prodction with CFM 550, DV2, Bates STR 00571 - 572, and provides the Remote PTO ON/OFF control shown as switch contacts on that drawing.

6.  The Speedup Vane (NC) Switch, actuated by the packer lever, identified on Leach Wiring Diagram, #406952, Bates FSC000479, does not exist in that circuit. The actual Speedup Vane (NC) Switch schematic is shown on Leach Wiring Diagram, #406512-10, Bates FSC000482 (nearly illegible), Exhibit D.2.2.

7.  The Speedup Push Button Switch, (nearly illegible) shown on Leach Wiring Diagram, #406512-10, Bates FSC000482, Exhibit D.2.2, is the PB located at the front left of the Leach assembly, adjacent to the driver entry door. The physical Speed up PB is shown in Exhibit D.1.4.

8.  Leach Service Manual schematics regarding the neutral safety and Remote PTO functions are shown in Exhibit D.2.3. These schematics are clearly derived from Leach Wiring Diagram, #406952, Bates FSC000479 (Exhibit D.2.1), and contain all the above noted errors in Leach Wiring Diagram, #406952.

9.  The Instructional Workbook, p 58, (Exhibit D.2.4) shows the wire color from the speedup relay terminal #85 to be orange/white. In the subject vehicle it is white/yellow.



ASA
Automotive Systems Analysis, Inc.
12015 Canter Lane, Reston, VA 20191
Voice 703-860-1766, FAX 703-860-1799
e-mail billrosenbluth@comcast.net

DC DPW Trash Compactor
Harrison, SV, ASA Analysis of Neutral
Lockout and Remote PTO Function
Harrison_PackerThrottleKickerDefect_Anl_1h.anl
20Oct06

10.  The Instructional Workbook, p 58, (Exhibit D.2.4) shows the circuit from the speedup relay terminal #85 to be a feed directly from the solenoid switch (labeled in the subject truck as "Speedup System").  In the subject truck it is fed from the neutral relay, terminal #87.

11.  Another point of potential service technician confusion is that the transmission neutral switch described on Instructional Workbook, p 58 is a "Neutral Power" version whereas the actual transmission in the subject truck is a "Neutral Ground" version.

5.  Using my empirically confirmed understanding of the subject neutral lockout/Remote PTO circuit schematic (Exhibit D.2.5), I was able to replicate the at-accident functional defect condition, and, conversely, able to replicate the proper operation of that function.  The functional defect condition can now be defined as a reversal of the proper connections to pins #86 and #87 of the Neutral Relay.  When those connections are reversed, the Neutral Relay and the Speedup Relay coils are actuated as a series circuit, and the Neutral Switch has no circuit control. [3]   When the mis-wiring removes the Neutral Switch from the circuit, the neutral safety function simply does not exist.

6.  Using the best circuit information produced by the Defendants (Sterling, DC Govt, Leach, Allison), I determined that the wire colors identified for the circuit connections to pins #86 and #87 of the Neutral Relay do not accurately match the wire colors on the subject truck .  On the subject truck, those wires are both colored White/Yellow.  Thus, even if a proper schematic were provided, service personnel would have no color-code guide for proper circuit connections.   See Exhibits D.6.1 and D.6.2.

7.  Exhibit D.7.1 shows the packer relay wiring connection method (Friction Spade Lugs directly on Relay Terminals).  At the 3Oct inspection, these were found to be of widely varying tightness, and obviously can be individually removed.  In looking for an alternative relay connection method, I obtained an exemplary Bosch relay and Bosch service socket (P/N  3 334 485 008).   Such a socket allows Bosch relays to be added to a relay panel, one at a time, affixed in the manner similar to the subject neutral and speed up relays.  However, the Bosch relay sockets have permanently attached harness wires.  Permanently attached harness wires would avoid potential maintenance miss-wiring after initial assembly and checkout.  Exhibits  D.7.2.A thru D.7.2.F are a photo set showing

---

[3]     Technically, this implies that the two relay coils are electrically balanced and that, because they are now in series,  they both actuate at about ½ the normal and expected application in voltage (12- 14.7V).  This happened repeatedly and never failed during my tests.  Mr Lionel Akers, Leach engineer, also tried extended time trials (approx ½ hour) to see if relay coil heating would cause series-coil such actuation to fail.  So far as I know, the series coils never failed to both actuate in his tests.



DC DPW Trash Compactor
Harrison, SV, ASA Analysis of Neutral
Lockout and Remote PTO Function
Harrison_PackerThrottleKickerDefect_Anl_1h.anl
20Oct06

the features of the Bosch socket design approach.   Bosch relay sockets are commonly available in single or ganged assemblies at roughly $1.50 per position.

8.    I examined the materials provided with all the accident reports and found that none of these reports or materials identified the Remote PTO function target RPM setting in the Cummins engine.  Because of that, I downloaded the subject Cummins engine data and confirmed that the subject Remote PTO function target RPM setting was 1700 RPM. Exhibit D.8 shows this.  I could not verify that setting (after actuation of the Remote PTO function) because the tachometer on the subject truck was malfunctioning as I inspected it.

9.    In Section D.7 above I refer to initial assembly and checkout.  I assume that such an initial assembly and checkout would identify any functional defect in the neutral safety /Remote PTO function.

However, my review of the pre-sale "Rear Loader Checkout Sheet" (Bates FSC 00534, Exhibit 9.1) cannot be conclusive.  It indicates that the neutral safety switch "is installed and functional" but does not identify what function is being checked.  So, that statement may not actually address the problem at issue because it does not specifically identify a verification that the Remote PTO speedup is locked out when the transmission is in any other gear than neutral (e.g.,  as written, it could simply mean that there is no engine crank unless the transmission is in neutral).   Exhibit 9.1 also indicates that **the carrier/packer assembly was not operating properly** at the time of the Leach checkout, and there is no amplification of just what that means.

Additionally, I have not been provided a post-sale DC DPW receiving check-in sheet which confirms the correct function of the neutral safety switch w/resp/to the Remote PTO function.

My review of these complete records, probably supplemented by testimony, should identify whether the Remote PTO (throttle kicker) function was actually inhibited for any transmission gear but neutral, at the time the subject vehicle was delivered to DC DPW. At this time,  that is unclear, especially when reviewing the statement of the regular driver of the subject truck, Anthony Mercer.

The DC Government, DPW report of 22Dec04, bates 0331 - 0344, identifies (pg 3, Bates 0333) that the regular driver of the subject truck, Anthony Mercer, indicated to investigators "that he had to firmly press the brakes on Packer No. 30-1554, the SV, at stops when his technicians engaged the lever for packing operations because the Packer had a tendency to roll forward during this process".  This is a strong indication that the incorrect neutral safety condition preceded the subject fatal incident.   My review of the SV  repair orders shows no repair to the neutral safety/Remote PTO function since delivery.

Thus, it is unclear how the neutral safety/Remote PTO function could be operating



DC DPW Trash Compactor
Harrison, SV, ASA Analysis of Neutral
Lockout and Remote PTO Function
Harrison_PackerThrottleKickerDefect_Anl_1h.anl
20Oct06

defectively for Mr. Mercer if is was operating properly as sold and delivered to DC DPW.

## E.    Error Analysis

I have considered the elements of my report and tests that may be subject to errors and or ambiguities. These elements are as follows:

1.    Analog voltage and current measurements:  All measurements were made using meters and equipment calibrated to 1 % or better accuracy.  Since the various components thus measured are generally between  +/- 5% and +/- 10% tolerance, my measurement accuracy falls well within the operational tolerance band accepted for the components at issue.

2.    Wire color and/or schematic interpretation: Schematic data, as compared to as-built/found conditions is either right or wrong.  I have compared my schematic and functional findings with the primary investigator (Lionel Akers) who found them initially, and we agree.  Thus, in the instant case, I know of no schematic or function report that is incorrect.

## F.    References

1.    Accident Reports

    1.    Traffic Accident Report, 16Jul04, DC Metropolitan Police Dept.
    2.    US Secret Service Crime Scene examination, 16Jul04
    3.    Metropolitan Police Dept, WACIIS Report, 10Aug04
    4.    DC DPW Final Safety Report, 22Dec04, J. Huff
    5.    Fatality Brief, Jeff Jones, 11Aug04
    6.    Driver/Vehicle Inspection Report, #25862, 16Jul04
    7.    Work Order Details ... Various.

2.    Witness Statements

    1.    Martha Galvan
    2.    Corey Locker
    3.    John Greeley
    4.    Rayford Larkin
    5.    Jerome Garrett
    6.    Allen Pendleton

3.    Medical Reports

4.    Supplied Photographs



DC DPW Trash Compactor
Harrison, SV, ASA Analysis of Neutral
Lockout and Remote PTO Function
Harrison_PackerThrottleKickerDefect_Anl_1h.anl
20Oct06

5.   ASA Inspections and Tests
     1Sep06, Exemplar Vehicle at DPW Yard, South Capitol St.
     3Oct06, Subject vehicle, at DPW Yard, South Capitol St.

            Inspection notes include Photos, Notes and Data Downloads.

6.   Schematic and Function and Mechanical Data produced by Defendants, including but not
     limited to:

     1.   Leach Wiring Diagram, #406952, Bates FSC000479

     2.   Leach Wiring Diagram, #406512-10, Bates FSC000482

     3.   Systems Wiring Diagram    Cummins turnkey "B" OEM Interface, For July '97
                                    Production with CFM 550, DV2.   Bates STR
                                    00571 - 572

     4.   Leach truck check sheets, provided by attorney Allison Manger, 10Oct06. Bates
          FSC 00527 - 00538.

7.   Publicly available & aftermarket service schematic data (some produced by defendants)

     1.   Cummins Engine Schematic, Bulletin 3666195-02

     2.   Leach Electrical Schematic, Alpha, Beta, Delta, Service Manual, Over serial #
          3500 (Section 9)

     3.   Bosch Relay Internal Schematics, www.partsexpress.com/resources/relays/html,
          27Jul06.

     4.   Leach Instructional Workbook, page 58 (Cummins ISC w/[transmission] Neutral
          Power (only Cummins option shown).

     5.   Leach Alpha/Beta/Delta Series III Service Manual (Over Serial # 30000)
          Note 1:    The subject packer carries serial # 4432. The Leach-supplied
                     Service manual does not apply to the subject packer.

          Note 2:    Page 9-43 of this Manual notes that the electrical and hydraulic
                     schematics must be downloaded from FS Depot. Those
                     schematics were never supplied to ASA or plaintiff

     6.   Leach Alpha/Beta/Delta Series III Service Manual (Over Serial # 3500)
          Note 1:    The subject packer carries serial # 4432. This ASA-obtained
                     Service manual does not applies to the subject packer.

ASA | Automotive Systems Analysis, Inc.
12015 Canter Lane, Reston, VA 20191
Voice 703-860-1766, FAX 703-860-1799
e-mail billrosenbluth@comcast.net

DC DPW Trash Compactor
Harrison, SV, ASA Analysis of Neutral
Lockout and Remote PTO Function
Harrison_PackerThrottleKickerDefect_Anl_1h.anl
20Oct06

Note 2:    ASA Exhibits D.2.3.1, D.2.3-2 and D.2.3-3, identified as
"Electrical Schematic ( Alpha/Beta/Delta) ( page # 9-57), are
associated with this manual.  These ASA Exhibits were not
supplied by any defendant party in this litigation.

7.    ASA Composite schematic, Harrison, SV (Exh D.2.5).  Based on schematics in
Leach Alpha/Beta/Delta Series III Service Manual (Over Serial # 3500)



Automotive Systems Analysis, Inc.
12015 Canter Lane, Reston, VA 20191
Voice 703-860-1766, FAX 703-860-1799
e-mail billrosenbluth@comcast.net

DC DPW Trash Compactor
Harrison, SV, ASA Analysis of Neutral
Lockout and Remote PTO Function
Harrison_PackerThrottleKickerDefect_Anl_1h.anl
20Oct06

Exhibit D.1.1.    SV at 3Oct06 Inspection





Exhibit D.1.1.a                          Exhibit D.1.1.b



Exhibit D.1.2 Packer Control Levers



Exhibit D.1.4.    Speed Up Pushbutton (PB)



Automotive Systems Analysis, Inc.
12015 Canter Lane, Reston, VA 20191
Voice 703-860-1766, FAX 703-860-1799
e-mail billrosenbluth@comcast.net



Exhibit D.1.3    Packer Instruction Decal



Exhibit D.1.5    General Relay Installation.



Automotive Systems Analysis, Inc.
12015 Canter Lane, Reston, VA 20191
Voice 703-860-1766, FAX 703-860-1799
e-mail billrosenbluth@comcast.net

DC DPW Trash Compactor
Harrison, SV, ASA Analysis of Neutral
Lockout and Remote PTO Function

Harrison_PackerThrottleKickerDefect_Anl_1h.anl
20Oct06

Exhibit D.1.6



Exhibit D.1.6    Neutral relay and the Speedup relay before any 3Oct06 tests

**ASA** Automotive Systems Analysis, Inc.
12015 Canter Lane, Reston, VA 20191
Voice 703-860-1766, FAX 703-860-1799
e-mail billrosenbluth@comcast.net

DC DPW Trash Compactor
Harrison, SV, ASA Analysis of Neutral
Lockout and Remote PTO Function
Harrison_PackerThrottleKickerDefect_Anl_1h.anl
20Oct06

FSC 000479



Exhibit D.2.1.a



Automotive Systems Analysis, Inc.
12015 Canter Lane, Reston, VA 20191
Voice 703-860-1766, FAX 703-860-1799
e-mail billrosenbluth@comcast.net

DC DPW Trash Compactor
Harrison, SV, ASA Analysis of Neutral
Lockout and Remote PTO Function
Harrison_PackerThrottleKickerDefect_Anl_1h.anl
20Oct06



Exhibit D.2.1.b

**ASA** Automotive Systems Analysis, Inc.
12015 Canter Lane, Reston, VA 20191
Voice 703-860-1766, FAX 703-860-1799
e-mail billrosenbluth@comcast.net

DC DPW Trash Compactor
Harrison, SV, ASA Analysis of Neutral
Lockout and Remote PTO Function
Harrison_PackerThrottleKickerDefect_Anl_1h.anl
20Oct06

FSC 000482



Exhibit D.2.2.a



ASA  Automotive Systems Analysis, Inc.
12015 Canter Lane, Reston, VA 20191
Voice 703-860-1766, FAX 703-860-1799
e-mail billrosenbluth@comcast.net

DC DPW Trash Compactor
Harrison, SV, ASA Analysis of Neutral
Lockout and Remote PTO Function
Harrison_PackerThrottleKickerDefect_Anl_1h.anl
20Oct06



Exhibit D.2.2.b



Automotive Systems Analysis, Inc.
12015 Canter Lane, Reston, VA 20191
Voice 703-860-1766, FAX 703-860-1799
e-mail billrosenbluth@comcast.net

DC DPW Trash Compactor
Harrison, SV, ASA Analysis of Neutral
Lockout and Remote PTO Function
Harrison_PackerThrottleKickerDefect_Anl_1h.anl
20Oct06

To. bill rosenbluth  asa          From: FRED CHANDLER 703-461-0676          10/10/06  12:21:36  Page 1 of 1
Sent by the Award Winning Cheyenne Bitware
        10/10/2006   12:03   4106371024,   GRANTURK BALT          PAGE  01/01



(410) 837-5570
fax (410) 837-1024



# LEACH®

## Alpha • Beta • Delta
### Service Manual
### Over Serial Number 3500



This Book is Printed
on Recycled Paper

Part No. 105282

Exhibit D.2.3-1



ASA    Automotive Systems Analysis, Inc.
12015 Canter Lane, Reston, VA 20191
Voice 703-860-1766, FAX 703-860-1799
e-mail billrosenbluth@comcast.net

DC DPW Trash Compactor
Harrison, SV, ASA Analysis of Neutral
Lockout and Remote PTO Function
Harrison_PackerThrottleKickerDefect_Anl_1h.anl
20Oct06



Exhibit D.2.3-2



ASA

Automotive Systems Analysis, Inc.
12015 Canter Lane, Reston, VA 20191
Voice 703-860-1766, FAX 703-860-1799
e-mail billrosenbluth@comcast.net

DC DPW Trash Compactor
Harrison, SV, ASA Analysis of Neutral
Lockout and Remote PTO Function
Harrison_PackerThrottleKickerDefect_Anl_1h.anl
20Oct06



Exhibit D.2.3-3

9-57



Automotive Systems Analysis, Inc.
12015 Canter Lane, Reston, VA 20191
Voice 703-860-1766, FAX 703-860-1799
e-mail billrosenbluth@comcast.net

DC DPW Trash Compactor
Harrison, SV, ASA Analysis of Neutral
Lockout and Remote PTO Function
Harrison_PackerThrottleKickerDefect_Anl_1h.anl
20Oct06



Exh D.2.4    Leach Instructional Workbook, page 58, Cummins ISC
w/[transmission] Neutral Power (only Cummins option shown).



Automotive Systems Analysis, Inc.
12015 Canter Lane, Reston, VA 20191
Voice 703-860-1766, FAX 703-860-1799
e-mail billrosenbluth@comcast.net

DC DPW Trash Compactor
Harrison, SV, ASA Analysis of Neutral
Lockout and Remote PTO Function
Harrison_PackerThrottleKickerDefect_Anl_1h.anl
20Oct06



Exhibit D.2.5    ASA Composite Schematic



Automotive Systems Analysis, Inc.
12015 Canter Lane, Reston, VA 20191
Voice 703-860-1766, FAX 703-860-1799
e-mail billrosenbluth@comcast.net

DC DPW Trash Compactor
Harrison, SV, ASA Analysis of Neutral
Lockout and Remote PTO Function
Harrison_PackerThrottleKickerDefect_Anl_1h.anl
20Oct06



Exhibit D.6.1  Wiring Detail for Relays connected in functional defect condition (Remote PTO engine speedup operates in Drive Gear)



Exhibit D.6.2    Wiring Detail for Relays connected in correct function condition (Remote PTO engine speedup only operates in Neutral)



Automotive Systems Analysis, Inc.
12015 Canter Lane, Reston, VA 20191
Voice 703-860-1766, FAX 703-860-1799
e-mail billrosenbluth@comcast.net

DC DPW Trash Compactor
Harrison, SV, ASA Analysis of Neutral
Lockout and Remote PTO Function

Harrison_PackerThrottleKickerDefect_Anl_1h.anl
20Oct06



Exhibit D.7.1   Packer Relay Wiring Connection Method
(Friction Spade Lugs on Relay Terminals



**ASA**

Automotive Systems Analysis, Inc.
12015 Canter Lane, Reston, VA 20191
Voice 703-860-1766, FAX 703-860-1799
e-mail billrosenbluth@comcast.net

DC DPW Trash Compactor
Harrison, SV, ASA Analysis of Neutral
Lockout and Remote PTO Function
Harrison_PackerThrottleKickerDefect_Anl_1h.anl
20Oct06



Exhibit D.7.2   Showing Sequence of Views of an exemplary Bosch SPDT relay and Bosch relay socket with permanently attached harness wires - thus avoiding potential maintenance miss-wiring after initial assembly and checkout.



Automotive Systems Analysis, Inc.
12015 Canter Lane, Reston, VA 20191
Voice 703-860-1766, FAX 703-860-1799
e-mail billrosenbluth@comcast.net

DC DPW Trash Compactor
Harrison, SV, ASA Analysis of Neutral
Lockout and Remote PTO Function
Harrison_PackerThrottleKickerDefect_Anl_1h.anl
20Oct06

Exhibit D.8   Cummins Remote PTO Setting of 1700 RPM on SV.

Image Information
Date,10/3/2006 11:47:16 AM
Customer Name,
Customer Contact,
System Type,CM550
Engine Serial Number,46049272
Engine Make,CMMNS
Engine Model,6BTA5.9 Li
ECM Serial Number,3013904
Vehicle ID,49HAAEBV91HJ21747
Vehicle Unit Number,
Vehicle Make,Sterling
Vehicle Model,Cargo
Vehicle Odometer,47588.7
ECM,ISB
Status,Good
Engine Program ID,13250

PTO/Remote PTO,Enable
Ignore Vehicle Speed Sensor,Disable,
PTO Additional Switch Speed,950,rpm
Alternate PTO,Disable,
Clutch Override in PTO,Enable,
Maximum Engine Load in PTO,1200,ft*lb
Maximum PTO Speed,1800,rpm
Maximum Vehicle Speed in PTO,6,mph
Minimum PTO Speed,700,rpm
PTO Resume Switch Speed,950,rpm
Service Brake Override in PTO,Enable,
PTO Set Switch Speed,950,rpm
PTO Ramp Rate,200,rpm/sec

PTO/Remote PTO - Accelerator Override in PTO,Disable

PTO/Remote PTO - Remote PTO,Enable
Number of Remote PTO Set Speeds,1,
Remote Set Speed 1,1700,rpm
Remote Set Speed 2
Remote Set Speed 3
Remote Set Speed 4
Remote Set Speed 5



Automotive Systems Analysis, Inc.
12015 Canter Lane, Reston, VA 20191
Voice 703-860-1766, FAX 703-860-1799
e-mail billrosenbluth@comcast.net

DC DPW Trash Compactor
Harrison, SV, ASA Analysis of Neutral
Lockout and Remote PTO Function
Harrison_PackerThrottleKickerDefect_Anl_1h.anl
20Oct06

## LEACH

### REAR LOADER CHECKOUT SHEET

#3

CUSTOMER _WASHINGTON D.C._    ORDER NO. _206516_

CHASSIS
MAKE AND NO. _STERLING  J21747_    SIZE _16 yd._

SERIAL NO. 2RII_____  ALPHA_____    BETA _4432_    DELTA_____

| | CIRCLE | APPROVED BY/ DATE |
|---|---|---|
| Is all equipment installed in cab to ensure proper leg room? | Yes No | _____ |
| Is pre-delivery decal in cab? | Yes No | _____ |
| Are the drain plugs in envelope? | Yes No | _____ |
| Is certification label attached at proper location & properly filled out? | Yes No | _____ |
| Is Delivery Packet in the cab? | Yes No | _____ |
| Are 3 safety vests in the cab? | Yes No | _____ |
| Is Neutral safety switch (for automatic transmission) installed and functional? | Yes No | _____ |
| Is drive shaft from pump to PTO in accordance with design parameters? | Yes No | _____ |
| Are operating levers free – not binding? | Yes No | _____ |
| Does driver alert buzzer work from all push buttons? | Yes No | _____ |
| Do all speed-up push buttons work? | Yes No | _____ |
| Does the pushout plate have proper clearance and operate freely? | Yes No | _____ |
| All lights on both truck and body are in good working order? | Yes No | _____ |
| All fittings are tight and free of leakage? | Yes No | _____ |
| Are hydraulic hoses restrained from damaging areas & at least 4" from the exhaust? | Yes No | _____ |
| Are all fasteners installed & secure? | Yes No | _____ |
| Is paint job in accordance with standards? | Yes No | _____ |
| Are mud flaps properly installed? | Yes No | _____ |
| Have all Zerk fittings been greased? | Yes No | _____ |
| Is the oil in tank at the proper level?  ☐ Tele.  ☐ Clamp | Yes No | _____ |
| Does back up alarm work properly? | Yes No | _____ |
| Does tailgate ajar warning system work properly? | Yes No | _____ |
| Does the carrier/packer assembly operate properly? | Yes No | _____ |
| Are shims welded in place between body mounting brackets & truck frame? | Yes No | _____ |

FSC 00534

Exhibit D.9.1    Leach Rear Loader Checkout Sheet, Unit = Beta 4432 (subject unit)