

AUTOMOTIVE SYSTEMS ANALYSIS, INC.
12015 CANTER LANE, RESTON, VA 20191
Voice: 703-860-1766, FAX: 703-860-1799
e-mail: billrosenbluth@comcast.net

FORENSIC ANALYSIS OF ELECTRONIC AND COMPUTER VEHICLE CONTROLS

## *CURRICULUM VITAE*

William Rosenbluth has over 40 years' professional experience with complex electro-mechanical, electronic and computer components and systems. He is a graduate Electrical Engineer and has held various technical positions at IBM, Hazeltine and Grumman before coming to Automotive Systems Analysis (ASA) in 1986. At ASA he specializes in the analysis and diagnosis of computer-related vehicle control systems, and in the analysis of crash-related vehicle electronic data (*black box data*). In the course of investigating over 1000 cases involving alleged vehicle systems and/or component failures, he has developed a range of specialized testing techniques and analysis methods. He has also designed and implemented a number of proprietary data analysis and interrogation tools that provide more detailed vehicle information than is normally available with commercial or dealer-level vehicle test equipment. These systems include DATAQ, a data-acquisition system that performs as a 'flight recorder' for vehicle road tests, and special crash-related EEPROM data upload/download interfaces, specifically for vehicle SRS/air bag and ABS computers.

He has also developed a device for digital measurement of air bag deployment velocity and throw using high speed data acquisition synchronized to High Speed Video. That device has been granted a U.S. Patent and has been the subject of two articles in **Sensors Magazine**. Other data-acquisition and readout systems are used for laboratory characterization of components such as SRS/air bag and ABS computers, engine sensors, crash sensors and air bag modules.

Mr. Rosenbluth is a Fellow of the American Academy of Forensic Sciences (AAFS) and is a Diplomate of the International Institute of Forensic Engineering Sciences (IIFES). He also holds memberships in the Society of Automotive Engineers (SAE), the American Society of Testing and Materials (ASTM), the Institute of Electrical and Electronic Engineers (IEEE), the IEEE Computer Society and is a correspondent of the National Association of Forensic Engineers (NAFE).

Over the past 20 years, at various IEEE, AAFS, NAFE and attorney group meetings, he has presented more than 50 papers dealing with automotive engineering investigations and data analysis. He has also co-instructed a continuing education short course on the Analysis of Vehicle Injury Mechanisms and Introduction to Air Bag Systems and has chaired technical sessions. He authored a paper summarizing his work on low-speed rear-end impacts and occupant stress parameters (using manikins and human volunteers) published in the *Journal of Forensic Sciences* and has authored a book chapter on air bag systems data and diagnosis, published by *Lexis Law Publishing*. He has authored a book entitled, Investigation and Interpretation of Black Box Data in Automobiles, jointly published by *ASTM and SAE* in June 2001. His technical contributions were recognized by the AAFS where he was presented with the Andrew H. Payne Jr. Special Achievement Award for Pioneering New Procedures, Outstanding Professional Performance & Outstanding Forensic Engineering Leadership in February, 1999. Mr Rosenbluth is currently chairman of ASTM E30.05, WK 4150, ASTM Standards Development, *Standard Practice for the Interrogation of Non-Volatile Memory Data in Evidentiary Vehicle Electronic Control Units*.

Mr. Rosenbluth's experience with ASA has enabled him and other ASA investigators to develop advanced protocols and data analysis methods for investigative use. To further enhance the investigation process, laboratory models are used for tests and inspections that require a more focused analysis and rigorous test evaluation than can be achieved in the field. Utilizing these resources, he has identified various physical/system/electrical/computer faults, which sustain allegations of improper vehicle operation, and conversely, has tested components to prove correct operation.

## EDUCATION

| | | |
|---|---|---|
| A/C Delco Training Seminar | Delphi Chassis ABS-VI Kelsey Hayes 4WAL/RWAL | 10/98 |
| Lee Cole & Associates | Investigation of Vehicle Fire Causation: Auto Ignition, Arson & Explosions | 12/96 |
| AC/Delco Master Mechanic Seminar | Advanced OBD-II Diagnostics & Equipment Preview | 9/96 |
| Assoc. for Adv. of Automotive Medicine | Biomechanics of Vehicle Impact and Occupant Restraints | 10/94 |
| General Motors Corp | Fuel Injection Systems | 6/79 |
| Dana Corporation | Gasoline Engine Diagnosis | 1/78 |
| George Washington University | Mini Computer Interfaces | 1/75 |
| George Washington University | Data Communications | 7/74 |
| George Washington University | Working Statistics | 5/74 |
| IBM Engineering Education | S 370 Operating System | 5/73 |
| University of Virginia | Computer Business Decisions | 3/73 |
| Polytechnic Institute of N.Y. | Master of Science (EE) | 9/61 - 6/65 |
| Polytechnic Institute of N.Y. | Bachelor of Electrical Engineering (BEE) | 9/57 - 6/61 |

## PROFESSIONAL AFFILIATIONS

| | | |
|---|---|---|
| International Institute of Forensic Engineering Sciences | Diplomate (Technical/Judicial peer review of qualifications, education, professional forensic experience, competence in technical matters and ethics) | 2/02 - Present |
| National Academy of Forensic Engineers | Correspondent | 12/01 - Present |

| | | |
|---|---|---|
| American Society of Testing and Materials | Member | 4/92 - Present |
| American Academy of Forensic Sciences | Fellow, Engineering Sciences Section | 2/89 - Present |
| Society of Automotive Engineers | Member | 3/86 - Present |
| IEEE Computer Society | Member | 9/59 - Present |
| Institute of Electrical and Electronic Engineers | Member | 9/57 - Present |

## PROFESSIONAL RECOGNITION AND AWARDS

| | | |
|---|---|---|
| American Academy of Forensic Sciences | Andrew H. Payne Jr. Special Achievement Award - for Pioneering New Procedures, Outstanding Professional Performance & Outstanding Forensic Engineering Leadership | 2/99 |
| IEEE Computer Society | Meritorious Service Award | 12/85 |
| IBM Corp | Manufacturing Process Architecture, Outstanding Design | 6/85 |
| IBM Corp | Data Base Systems, Management Award | 1/85 |
| IBM Corp | Semiconductor Process Facility Design, Management Award | 1/85 |
| IEEE Computer Society | Technical Leadership Award | 9/78 |
| IBM Corp | LSI Design Systems, Management Award | 10/74 |

## EMPLOYMENT RECORD

| | | | |
|---|---|---|---|
| Automotive Systems Analysis, Inc. (TMA, Inc., name changed to ASA, Inc., eff. 1/87) | President & Principal Engineer | Vehicle Control Systems Analysis | 1/86 - Present |
| Technology Management Associates, Inc. | President | Project Management Instruction Vehicle Control Systems Analysis (1986) | 1980-1986 |
| IBM Corporation | Mgr. Adv. S/C Proc. Architecture | General Technology Div., East Fishkill, NY | 1982-1986 |

William Rosenbluth        **CURRICULUM VITAE**        ASAwrcurr_vitae607.wpd, 6Jul06

| | | | |
|---|---|---|---|
| IBM Federal Systems Div. | Manager, LSI Test Engr. | | 1981-1982 |
| IBM Federal Systems Div. | Contract Manager, AFWAL LSI | Manassas, VA | 1979-1981 |
| IBM Federal Systems Div. | Division LSI Technology | Bethesda, MD | 1977-1979 |
| IBM Federal Systems Div. | IBM/NADC AN-UYS-1 Software | Manassas, VA | 1975-1977 |
| IBM Corporation Components Division | Manager, MOS-LSI Design, Development, Testing | Manassas, VA | 1970-1975 |
| IBM Corporation Components Division | Manager, Engr. Design, Release and Test, Bipolar LSI | East Fishkill, NY | 1965-1970 |
| Hazeltine Corp. | Principal Engineer, NTDS Target Indicator | Greenlawn, N.Y. | 1963-1965 |
| Hazeltine Corp. | Design Engineer, INTACC Attack Coordinate Computer | Little Neck, N.Y. | 1961-1963 |
| Grumman Aircraft Corp. | Technician, Transponders Engineer Air Power Transfer | Bethpage, N.Y. | 1959-1960 |
| Miles Samuelson Corp. | Technical Writer, Maintenance & Calibration Manuals | New York, N.Y. | 1957-1958 |

## CONFERENCE & SEMINAR ORGANIZER/INSTRUCTOR EXPERIENCE

### Short Courses and Technical Seminars

| | | | |
|---|---|---|---|
| American Society of Testing and Materials (ASTM) West Conshohocken, PA | *ASTM Standards Development* Standard Practice for the Interrogation of Non-Volatile Memory Data in Evidentiary Vehicle Electronic Control Units | ASTM E30.05 WK 4150 Chairman | Feb 02 - present |

| | | | |
|---|---|---|---|
| American Academy of Forensic Sciences (Workshop, 7.5 CEU), w/S. Shaibani | Analysis of Vehicular Injury Mechanisms and Introduction to Air Bag Systems | San Francisco, CA | 2/98 |
| Data Proc Mgmt Assoc, Inst of Data Proc Mgmt (UK) | The Design of Embedded Computer Systems | London, ENG/USA | 10/81 |
| American Inst of Aeronautics | Integrated Circuits for the 1980's | Los Angeles, CA | 10/80 |
| University of MD | Managing Engr Dev for High Technology Projects | College Park, MD | 4/80 |
| New York University | Management of New Technology Projects | Washington San Francisco | 4/79 2/79 |
| George Washington University | MOS LSI Logic Design | Washington, DC | 4/76 4/77 |
| George Washington University | Work Plan Analysis & Scheduling Techniques | Washington, DC | 10/76, 5/76, 3/76 3/76, 7/75 |

## Professional Conferences & Sessions

| | | | |
|---|---|---|---|
| American Academy of Forensic Sciences | Restraint Systems, Air Bags & Seat Belts, Double -Session | Organizer & Moderator | Reno, NV 2/00 |
| American Academy of Forensic Sciences | Air Bags & Seat Belts, Examination and Testing for Forensic Analysis, Double -Session | Organizer & Moderator | San Fran, CA 2/98 |
| IEEE Computer Society | VLSI Elements Technology & Applications Workshop | Chairman/ Co-Chairman | Phoenix, AZ Annual, 12/76-12/87 |
| IEEE Computer Society | VLSI Debug & Diagnosis Workshop | Chairman | NY 5/84, 5/82 |

## PUBLICATIONS

Rosenbluth, W., "Forensic Engineering Analysis of How Safe Air Bags Can Become Dangerous with Extended Timing" *Journal of the National Academy of Forensic Sciences*, Vol. XXI, No. 1, NAFE, Hawthorne, NY, June 2004.

Rosenbluth, W. and H. Adams, "Retrieval and Interpretation of Crash-Related Data from Non-Responsive Electronic Control Units in Land Vehicle Systems," *The Journal of Testing and Evaluation*, American Society for Testing and Materials (ASTM), West Conshohocken, PA, July 2002.

Rosenbluth, W. and M. Whelchel, "On-Board Vehicle Recording Devices," *Journal of the National Academy of Forensic Sciences*, Vol. XIX, No. 1, NAFE, Hawthorne, NY, June 2002.

Rosenbluth, W.& H. Adams, "Air Bag Systems Analysis, Investigation of Motor Vehicle Air Bag Systems:2," Chapter 2: *Forensic Accident Investigation: Motor Vehicles*, Cumulative Supplement - 2002, LEXIS Law Publishing, May 2002.

Rosenbluth, W., *Investigation and Interpretation of Black Box Data in Automobiles: A Guide to the Concepts and Formats of Computer Data in Vehicle Safety and Control Systems*, jointly published by the American Society for Testing and Materials (ASTM), West Conshohocken, PA, and the Society of Automotive Engineers (SAE), June 2001.

Rosenbluth, W., "Updating the Automotive Air Bag Static Deployment Test System," **Sensors Magazine**, *The Journal of Applied Sensing Technology*, 9/99.

Rosenbluth, W., "Analyzing Air Bag Deployment for Safety," **Sensors Magazine**, 5/98.

Rosenbluth, W., "Air Bag Systems Analysis: Investigation of Motor Vehicle Air Bag Systems: An Introduction to the Information Encoded Within Them and to the Means of Extracting and Analyzing That Information," Chapter 2, *Forensic Accident Investigation: Motor Vehicles 2*, LEXIS Law Publishing, 10/97.

Rosenbluth, W. and L. Hicks, "Evaluating Low-Speed Rear-End Impact Severity and Resultant Occupant Stress Parameters," *JFSCA*, 39(6), pp.1393-1424, 11/94.

## U. S. PATENTS

| | | |
|---|---|---|
| U. S. Patent #5,850,085 | Test Fixture for Digital Measurement of Vehicle Air Bag Deployment Characteristics | 12/98 |
| U. S. Patent #4,356,413 | MOFSET Convolved Logic | 10/82 |
| U. S. Patent # 3,300,655 | Linear Sweep Signal Generator | 1/67 |

## TECHNICAL PRESENTATIONS

| Organization | Title | Date |
|---|---|---|
| American Academy of Forensic Sciences 58th Annual Meeting, Seattle, WA | ■ Determining Inter-Event Independence For a Heavy Truck Multiple-Impact Collision (w/ Karen Bosch) | 2/06 |
| American Academy of Forensic Sciences (AAFS) 57th Annual Meeting New Orleans, LA | ■ A Method for Evaluating the Reliability of EDR Crash Data and Considerations of Consistency Between EDR Crash Data and Post-Accident Artifacts <br> ■ A Proposed Practice for the Correct Forensic Interrogation of Non-Volatile Memory Data in Evidentiary Vehicle Electronic Control Units | 2/05 |
| National Academy of Forensic Engineers (NAFE) Washington, DC | ■ Forensic Engineering Analysis of How Safe Air Bags Can Become Dangerous with Extended Timing | 1/04 |
| Arizona Trial Lawyers Assoc, Phoenix, AZ | ■ Black Box Investigation Techniques Something Old, Something New, Something Borrowed, Something True | 11/03 |
| American Academy of Forensic Sciences (AAFS) 55th Annual Meeting Chicago, IL | ■ Analysis of an Alleged Premature Air Bag Deployment - Achieving firm Conclusions with Limited Vehicle Data <br> ■ Analyzing a Fuel Circuit to Prevent Post-Accident Fuel Fed Fires (w/H. Adams) | 2/03 |
| Attorneys Information Exchange Group Kansas City, KS | ■ Developing an EEPROM Electronic Data Interrogation Tool using Network-Monitor Decryption Techniques <br> ■ Achieving Firm Air Bag System Premature-Deploy Conclusions with Limited Vehicle Data | 5/02 |
| American Academy of Forensic Sciences 54th Annual Meeting Atlanta, GA | ■ Analyzing Crash Data to Verify Vehicle Spacing and Velocity in a Multiple-Impact Crash Event (w/H. Adams) <br> ■ Identifying Black Box Data Interrogation Codes on a Vehicle Area Network | 2/02 |
| National Academy of Forensic Engineers Washington, DC | ■ Forensic Engineering Resource: On Board Vehicle Recording Devices (in Existing Vehicle Computers) (w/Mark Whelchel) | 1/02 |
| Attorneys Information Exchange Group San Diego, CA | ■ Extending Crash Event Knowledge with the Investigation and Interpretation of Black Box Data in Automobiles | 5/01 |

| | | |
|---|---|---|
| Association of Trial Lawyers of America Annual NCA Seminar New Orleans, LA | ■ Extending Crash Event Knowledge with the Investigation and Interpretation of Black Box Data in Automobiles | 5/01 |
| American Academy of Forensic Sciences (AAFS) 53rd Annual Meeting Seattle, WA | ■ Analyzing Heavy Truck Data to Determine Last-Trip Operating Parameters for Post-Crash Analysis<br>■ Synthesis of Black Box Data, Crash Tests, Simulations and Specifications to Prove the Late Deployment of an Air Bag system, Causing the Death of the Driver (w/H. Adams)<br>■ Test Methods to Document Seat Belt Buckle Responses to Acceleration Pulses (w/R. Clarke)<br>■ Analyzing Pre-Crash Black Box Data to Determine a More Complete Crash Scenario, Including Occupant Reaction Timing (w/H. Adams) | 2/01 |
| American Academy of Forensic Sciences (AAFS) 52nd Annual Meeting Reno, NV | ■ Defining Accident Path Crash Sites by Matching Accident Reconstruction with Newtons Laws of Motion and Airbag EEPROM Data (w/ H. Hill)<br>■ Investigation of Advanced Black Box Data Confirming Vehicle Crash Parameters with Respect to Air Bag Artifacts and Reconstruction Analysis (w/H. Adams) | 2/00 |
| Attorneys Information Exchange Group Atlanta GA | ■ Analysis & Investigation of Post-Accident Air Bag Systems 1.0 CEU | 4/99 |
| American Academy of Forensic Sciences (AAFS) 51st Annual Meeting Orlando, FL | ■ A Survey of Air Bag Deployment Characteristics in Domestic, European & Japanese Vehicles, Throw, Velocity & Timing<br>■ Evaluating Out of Position Occupant (OOP) Intersection with Deploying Air Bags as a Potential Cause of Occupant Injury<br>■ Analysis of Non-Collision Fire Causation in a Luxury Vehicle | 2/99 |
| American Academy of Forensic Sciences 50th Annual Meeting San Francisco, CA | ■ Evaluating Deploying Air Bags as a Potential Cause of Occupant Injury | 2/98 |
| American Academy of Forensic Sciences (AAFS) 49th Annual Meeting New York, NY | ■ Identification of Control System Design Deficiencies Causing an Explosion in a Propane Gas Oven<br>■ SRS/ Air Bag Crash Diagnosis using ECU EEPROM Saved Parameters and Error Codes<br>■ Air Bag Sensor Responses to Transverse-Axis Impulses | 2/97 |

| | | |
|---|---|---|
| American Academy of Forensic Sciences (AAFS) 48th Annual Meeting Nashville, TN | ■ Using Inspection Photos, Mechanical Analysis and Vehicle Crush Tests to Prove a Below-Specification Pedal Horizontal Gap Defect<br>■ Using SEM and Recording-Oscilloscope Techniques to Prove a Design Defect in an Electro-Hydraulic Pump Circuit for an Automotive ABS System<br>■ Characterizing and Documenting Air Bag Sensor Thresholds Using a Tunable Impact Pendulum and Recording Oscilloscope Techniques<br>■ Designing a Laser Alignment Fixture to Measure Pedal Cluster Spacing and Horizontal Position and Spacing in Various Automobiles | 2/96 |
| 2nd Caribbean Forensic Science Conference San Juan, PR | ■ Forensic Analysis of a Component Involved in an Alleged ABS Brake Failure | 9/95 |
| American Academy of Forensic Sciences (AAFS) 47th Annual Meeting Seattle, WA | ■ Vehicle Air Bag Systems Investigations and Diagnostic Data<br>■ Panic-Stop Braking gives Biased Vehicle Tracking with Unbalanced Rear-circuit Proportioning Valves<br>■ Evaluating Occupant Stress for Low-Speed Rear-End Impacts with Good vs. Defective Collision Isolators<br>■ Characterizing Worn vs. New Shiftgates in a Steering Column | 2/95 |
| Arizona Assoc of Defense Counsel Phoenix, AZ | ■ Low Speed Impact Auto Cases- Evaluating Impact Isolator Systems, BEV & Occupant Stress | 9/94 |
| Arizona Trial Lawyers Association Phoenix, AZ | ■ Determining Occupant Stress Parameters From Low-Speed Rear-End Vehicle Impacts | 9/94 |
| American Academy of Forensic Sciences (AAFS) 46th Annual Meeting San Antonio, TX | ■ Evaluating Low-Speed Rear-End Impacts and Resultant Occupant Stress Parameters<br>■ Engineering Tests to Disprove an Alleged Brake Failure at WOT<br>■ Documentation of an Idle Control Malfunction | 2/94 |
| American Academy of Forensic Sciences (AAFS) 45th Annual Meeting Boston, MA | ■ Analysis of an Electronics Fuel Injection Contracts Fraud<br>■ Feasibility Tests to Verify Test Methodology for Low-Speed Multi-Vehicle Impacts and Resultant Occupant Injury Parameters<br>■ Synchronizing Road Markers to Vehicle Performance Tests | 2/93 |
| American Academy of Forensic Sciences (AAFS) 44th Annual Meeting New Orleans, LA | ■ Showing Accelerator/Brake Impairment Using Data Acquisition<br>■ Investigation Factors in the Assessment of Sudden Acceleration - II | 2/92 |

| Venue | Presentation | Date |
|---|---|---|
| American Academy of Forensic Sciences (AAFS) 43rd Annual Meeting Anaheim, CA | ■ Investigation Factors in the Assessment of Sudden Acceleration - I<br>■ A Data Acquisition System for Automotive Data Assessment | 2/91 |
| IEEE Computer Society Computer Elements & Applic. Workshop Mesa, AZ | ■ Practical Methods of Automotive Data Acquisition | 11/90 |
| American Academy of Forensic Sciences 42nd Ann Meeting Cincinnati, OH | ■ Test and Failure Mode Analysis of Automotive Controls Related to Sudden Acceleration | 2/90 |
| IEEE Computer Society Computer Elements & Applications Workshop Mesa, AZ | ■ Test and Failure Mode Analysis for Automotive Controls<br>■ Failure Diagnosis of On-Board Computer Engine Control Systems in Fuel Injected Vehicles<br>■ Safety Considerations in Design of Automotive Speed Control Systems<br>■ Fault Determination in On-Board Vehicle Computer Systems | 11/89<br>12/88<br>12/87<br>12/86 |

# Courts Recognizing W. Rosenbluth as an Expert Witness

Total Number of Records: 9

| Caption | Model Year | Manufacturer | Model | Date | Court | City | State | Testimony Subject |
|---|---|---|---|---|---|---|---|---|
| WILSON_A v. SAAB, ET | 2002 | SAAB | 9-5 | 10/17/2006 | DISTRICT COURT OF DE | DENVER | CO | AIRBAG; NON-DEPLOY |
| MCCULLER V. DCC | 2003 | CHRYSLER | LIBERTY | 9/18/2006 | USDC/EASTERN DSTRC | MARSH | TX | AIR BAG DEPLOY TIMING |
| MATIAS v. NISSAN | 1996 | NISSAN | PICKUP | 8/16/2005 | CIRCUIT COURT OF DE | BIRMIN | AL | HEARING |
| RAMOS_N V. DCC | 2002 | Chrysler | DURANGO | 7/14/2005 | 139TH JUDICIAL DISTRI | HIDALG | TX | HEARING |
| CUMMINGS VS. CANAL I | 1999 | KENWORTH | W900 | 6/1/2005 | CIRCUIT COURT OF JEF | BIRMIN | AL | ACCDT. INDEPENDENCE EVNT ANALY |
| SMITH, K. v. BMW | 1994 | BMW | 318is | 4/7/2004 | U.S. DIST CT OF ARKAN | BATESV | AR | AIR BAG; NON DEPLOYMENT |
| LAWSON v. MITSUBISHI | 1998 | MITSUBISHI | GALANT | 10/1/2003 | 14TH JUDICIAL DIST CT | CALCAS | LA | AIR BAG CLOCKSPRING |
| McMICKENS v. VWOA | 1995 | VWOA | JETTA | 8/29/2003 | US DISTRICT COURT-AL | MOBILE | AL | PS INJURY CHILD |
| HOWARD, O. v FORD | 1997 | FORD | F150 | 2/13/2003 | US DIST. CT. | MACON | GA | AIR BAG DEPLOYMENT |

Monday, November 13, 2006

ASA — Automotive Systems Analysis, Inc.
12015 Carter Lane, Reston, VA 20191
Voice: 703-860-1766, Fax: 703-860-1799
FORENSIC ANALYSIS OF ELECTRONIC AND COMPUTER VEHICLE CONTROLS

Page 1 of 1

# W. Rosenbluth Deposition Testimony List

Total Number of Records: 16

| Caption | Model Year | Manufacturer | Model | Deposition Date | Deposing Attorney | Allegation | Disposition |
|---|---|---|---|---|---|---|---|
| WILSON_A V. SAAB, ET AL. | 2002 | SAAB | 9-5 | 8/4/2006 | MARC BROSSEAU | AIRBAGS; NON-DEPLOY | ACTIVE |
| MCCULLER V. DCC | 2003 | CHRYSLER | LIBERTY | 7/18/2006 | DAVID R. TIPPETTS | POSSIBLE SEAT BELT FAILURE, R | JURY VERDI |
| POOLE v. NISSAN | 1995 | NISSAN | 300ZX | 2/6/2006 | W.L. KIRK | AIRBAG - DR - DEPLOY - INJURY | ACTIVE |
| YOUNG v. VWoA | 1999 | VWoA | JETTA | 2/1/2006 | MYRON SHAPIRO | AIRBAG - BOTH - DEPLOY - DEATH | SETTLED |
| KENDRA GOODMAN V BRADLE | 2000 | FREIGHTLINER | CENTURY | 6/13/2006 | FOX, WARNER | EDR ARTIFACT ANALYSIS | ACTIVE |
| CUMMINGS VS. CANAL INSURA | 1999 | KENWORTH | W900 | 6/12/2005 | | ACCDT. INDEPENDENCE EVNT AN | SETTLED |
| SMITH, K. v. BMW | 1994 | BMW | 318is | 2/12/2004 | MCMATH, SANDY | AIRBAG - DR - NON-DEPLOY | ACTIVE |
| DAVIS_JR v. GM | 2000 | GM | DEVILLE | 2/4/2004 | SLOBIN, CAREY | AIRBAG - BOTH - DEPLOY - INJUR | SETTLED |
| CREEK, G. v. CHRYSLER | 1998 | CHRYSLER | RAM 1500 | 9/9/2003 | WALSH, ANN | AIRBAG - BOTH - NON-DEPLOY | SETTLED |
| CORNELIUS v CHRYSLER | 1996 | CHRYSLER | CARAVAN | 8/15/2003 | ROBERT FULTON | AIRBAG - DR - INADVERTENT | CLOSED |
| LAWSON v. MITSUBISHI | 1995 | MITSUBISHI | GALANT | 8/13/2003 | McDANIEL, KEITH W. | AIRBAG - INADVERTANT DEPLOY | ACTIVE |
| YOLLES v. CHRYSLER | 1993 | CHRYSLER | GRAND CHEROK | 7/11/2003 | ROBERT HANLON | SAI | SETTLED |
| POLLESCHE, D. v. FORD | 1996 | FORD | EXPLORER XLT | 6/19/2003 | Bradley Petersen | LOST CONTROL - DR DECEASED | INV COMP |
| NORDER, D. v. GM | 1994 | GM | BONNEVILLE | 5/13/2003 | RUSTY NISBET | AIRBAG - DR - DEPLOY - DEATH | SETTLED |
| LOPEZ v. FORD | 2000 | FORD | F-150 | 4/2/2003 | R. GRAFTON | TIRES - FAILURE - DATA RETRIEV | CLOSED |
| MUNOZ, J. v. SIERRA AUTOCAR | 1900 | ROL-LIFT | STACKER | 11/14/2002 | SHERRY GRGURIC | ELECTRICAL - THROTTLE CIRCUIT | CLOSED |

Monday, November 13, 2006

Automotive Systems Analysis, Inc.
12015 Cantar Lane, Reston, VA 20191
Voice: 703-860-1766, Fax: 703-860-1799
FORENSIC ANALYSIS OF ELECTRONIC AND COMPUTER VEHICLE CONTROLS

Page 1 of 1