# INVESTIGATION OF THE JOHNNY L. HARRISON CRASH

By:

LANCE WATT

NOVEMBER 13, 2006



Robson Forensic
INCORPORATED

# INVESTIGATION OF THE JOHNNY L. HARRISON CRASH

**ENGINEER'S PRELIMINARY REPORT**                             **NOVEMBER 13, 2006**

## 1. INTRODUCTION.

On July 16, 2004, Johnny Harrison was single handedly operating and loading a rear loader garbage truck in Washington, DC. After Harrison engaged the packing controls at the rear of the packer body, the truck began moving. Harrison attempted to gain entry into the cab of the truck to bring it to a stop and was run over by the left rear drive axle wheels and fatally injured.

The purpose of my investigation was to determine if the garbage truck was defective in a manner that caused Harrison's death.

## 2. AVAILABLE INFORMATION.

1. Washington, DC. Metropolitan Police Department Report MCIU #04-43, #04-098-291.

2. Washington, DC. Metropolitan Police Department WACIIS Investigative Supplemental Reports #MCIU04-62/3, MCIU04-62/4.

3. Washington, DC. Metropolitan Police Department Supplementary Evidence Report MCI. No. 04-8209.

4. Washington, DC. Metropolitan Police Department Death Report HO No. MCIU04-62.

5. (11) Witness Statements.

6. Investigating Officer's Redacted Field Notes.

7. United States Secret Service, Uniformed Division Crime Scene Examination Section, Evidence Report USS/CSS#2004-393.

8. District of Columbia Driver/Vehicle Inspection Report.

9. Government of the District of Columbia, Office of the Chief Medical Examiner, Autopsy and Toxicology Reports.

10. Freedom of Information Requests.

11. Government of the District of Columbia Department of Public Works, National Solid Waste Management's Driver Workbook.



1

12. Government of the District of Columbia, Department of Public Works Documentation from Harrison's Personnel File.

13. Government of the District of Columbia, Department of Public Works, Complete Vehicle Records from July 16, 2003 to July 16, 2004.

14. Department Of Public Works, Solid Waste Management Administration, Daily Time and Attendance Sheets.

15. Government of the District of Columbia, Department of Public Works, Solid Waste Management Administration, Request for Authorization of Overtime Work list for 7/16/2004.

16. Metropolitan Police Department, Office of Public Information News Release dated July 16, 2004.

17. Work Orders from June 27, 2001 to July 17, 2003.

18. Work Order Detail Reports from August 4, 2003 to September 30, 2004.

19. Work Orders from May 5, 2004 to July 19, 2004.

20. Certificate of Origin for a Vehicle dated 11/30/00.

21. Vehicle Certificate of Title dated 01/13/2001.

22. (5) Color photographs of a prototype 2001 Sterling, Model SC8000 garbage truck cab interior.

23. (6) Color photographs of the in-cab electrical panel of the truck being operated by Harrison.

24. (15) Color photographs of Harrison's normally assigned truck.

25. (7) Color photographs of the instrument panel of the truck being operated by Harrison.

26. (10) Color photocopies of the crash scene taken by the U.S. Secret Service.

27. (4) Color photographs of the crash site.

28. (17) Color, Autopsy photocopies.

29. Defendant Leach Company's Answers to Plaintiff Shavon Fowler's First Set of Interrogatories.



30. Defendant Leach Company's Response to Plaintiff Shavon Fowler's Second Request for Document Production.

31. Defendant Leach Company's Response to Plaintiff Shavon Fowler's Third Request for Document Production.

32. Defendant Leach Company's Supplemental Responses to Plaintiff LaQuansia Bennett's First Request for Production of Documents.

33. Defendant Leach Company's Supplemental Responses to Plaintiff Shavon Fowler's First Request for Production of Documents

34. Leach Alpha • Beta • Delta Service Manual, Over Serial Number 3500.

35. Leach Alpha • Beta • Delta Parts Manual, Over Serial Number 3500.

36. Leach Alpha • Beta • Delta Operators Manual, Over Serial Number 3500.

37. Leach Alpha/Beta/Delta Series III Operator's Manual. Over Serial Number 3000.

38. Leach Instructional Workbook for Leach Rear Loader Operation, Maintenance and Safety Training.

39. Leach Rear Loader Extended Limited Warranty.

40. Leach Packer Body Engineering Drawings.

41. Leach Warranty Records for the truck being operated by Harrison.

42. Leach Delivery Problem Reports for the truck being operated by Harrison.

43. Leach Packer Body Specification List.

44. Leach Company, Oshkosh, WI. Truck Check Sheet for the truck being operated by Harrison.

45. Correspondence between Leach and General Services Administration for the purchase of 25 rear loader garbage trucks.

46. Allison Transmission WTECIII System Wiring Schematic and related information.

47. Allison Transmission Responses and Objections to Shavon Fowler's First Request for Production of Documents.



48. Allison Transmission Responses and Objections to Plaintiff Shavon Fowler, for Her Minor Son's, First Set of Interrogatories.

49. Allison Transmission Responses and Objections to Estate of Johnny Harrison's First Request for Production of Documents.

50. Allison Transmission Responses and Objections to Estate of Johnny Harrison's First Set of Interrogatories.

51. Allison Transmission Responses and Objections to LaQuansia Bennett's First Request for Production of Documents.

52. Allison Transmission Responses and Objections to LaQuansia Bennett's First Set of Interrogatories.

53. Defendant Sterling Truck Corporation's Responses and Objections to Plaintiff LaQuansia Bennett's First Set of Requests for Production.

54. Defendant Sterling Truck Corporation's Responses and Objections to Plaintiff Shavon Fowler's, on behalf of Her Minor Son, JaQuan Harrison, Second Set of Interrogatories.

55. Defendant Sterling Truck Corporation's Responses and Objections to Plaintiff Shavon Fowler's Third Set of Requests for Production.

56. Defendant Sterling Truck Corporation's Responses and Objections to Plaintiff Shavon Fowler's Third Set of Interrogatories.

57. Owner's Warranty Information – Sterling (WAR201) April 28, 2000.

58. Sterling Cargo Maintenance Manual.

59. Sterling Cargo Operator's Manual.

60. Sterling Cargo – Cab and Chassis Vocational Reference Guide.

61. Sterling Trucks Cargo Workshop Manual, Groups 42-98.

62. Serial File In-Service Form, Serial No: J21747, VIN 49HAAEBV91HJ21747, Model Type SC8000, Release Date 11/28/00.

63. Freightliner Drawings 06-28532, 22-25773, D18-37010, and A06-30235.

64. Excerpts from Federal Motor Carrier Safety Regulations Pocketbook.

65. National Solid Wastes Management Association Driver Workbook.



**Robson Forensic**
INCORPORATED

4

66. Ford Product Engineering, Truck Chassis Installation Manual Drawings for CF-CFT Model Trucks, Drawing Numbers HE-18.01-904 (3 sheets), and HE-18.01-906 (2 sheets).

67. ASA Report by Bill Rosenbluth dated October 20, 2006.

## 3. DESCRIPTION OF THE INCIDENT.

The Police Report States:

> Investigation revealed Driver #1 (Harrison), having exited Vehicle #1 ('01 Sterling SC8000), and placing trash into the bucket area of Vehicle #1, observed Vehicle #1 moving forward, eastbound on McComb St. NW. Driver #1 attempted to stop Vehicle #1 by opening driver's door and gaining entry. In the process, Vehicle #1 struck Vehicle #2 ('97 Honda Sedan), which was stopped facing westbound on McComb St. and waiting for Driver #1 to finish picking up the trash. Driver #1 was pinned in between Vehicle #1 and Vehicle #2, before being pulled under the left rear outside tire. Simultaneously, Vehicle #1 made minor contact to Vehicle #3 ('85 Volvo Sedan), which was parked on the side of McComb St.
>
> Driver #1 was transported to the DC Medical Examiner's Office and was pronounced dead at 1339 hours.

Police determined that the truck's transmission was in gear at the time of the crash.

## 4. DESCRIPTION OF THE TRUCK.

The "Cargo" Model truck was originally designed and manufactured by Ford Motor Company's Heavy Truck Division. In about 1998, Ford sold the design and manufacturing rights of their Heavy Truck Division product lines to the newly created Sterling Truck Division of Freightliner, LLC. The Ford Models sold to Sterling included the Cargo Model CF & CFT line of trucks, and the "L" Series (Louisville-Aeromax) Model line of trucks. Sterling maintained the "Cargo" name, but changed the Model designation from "CF" to "SC" Series, while renaming the "L" Series Model line of trucks to L-Line and Acterra.

Manufacturer of Incomplete Vehicle: Sterling Truck Division of Freightliner LLC.
Vehicle Model: SC8000 (formally Ford CF8000).
Vehicle Type: C.O.E. Forward Control, Single Axle, Chassis and Cab.
Date of Manufacture: 11-00.
VIN: 49HAAEBV91HJ21747.
Serial #: J21747.
Wheelbase: 141 inches.
CA Dimension: 107 inches.
Gross Vehicle Weight rated: 40,000 pounds.
Gross Axle Weight Rating – Front: 14,600 pounds.



5

Gross Axle Weight Rating – Rear: 26,000 pounds.
Capacity - Front Axle Suspension: 14,000 pounds.
Capacity - Rear Axle Suspension: 26,000 pounds.
Engine: Cummins ISB, 260 HP @ 2300 RPM, 660 lb/ft torque @ 1600 RPM, 2500 RPM Governed Speed.
Transmission: Allison MD3060P Automatic.
Tires: 295/80R 22.5 L.R. "H" @ 120 P.S.I. Cold.
Wheels: Steel Disc, Hub Pilot.
  Front Axle: 22.5 x 9.00.
  Rear Axle: 22.5 x 8.25.

Final Stage Vehicle manufacturer: Leach Company, Oshkosh, WI.
Incomplete Vehicle Receipt Date: 12/9/'00.
Completed Vehicle Delivery Date: 4/17/'01.
Body Type: Leach 16 Yard, Rear Loader.
Body Model: BE-16.
Body Serial #: 4432.

## 5. CAUSE OF TRUCK MOVEMENT.

During testing conducted by ASA and Leach, Harrison's truck would move when: The truck's transmission was in gear. The truck's parking brakes were applied. The packer controls were energized. And, the engine speed up control was activated at the rear of the packer body if two identically color coded wires were reversed on two adjacent relays installed by Leach within the cab of the truck.

## 6. DESCRIPTION AND ANALYSIS OF LEACH IN-CAB MODIFICATIONS.

Leach routed the wiring harness for the packer body controls to Sterling's in-cab Fuse & Electrical Module which is mounted on the front wall of the cab directly under the dash panel in front of the passenger's seat. Leach modified the fuse box mounting bracket (Ford Part Number F1HT-14A465-AD), by adding a series of electrical relays that they mounted in a horizontal row on the inside surface of the mounting bracket's outboard vertical wall, which also provides the mounting surface for the factory installed protective cover for the fuse box (Photo 1).

Leach tied into existing fuse panel electrical circuits to obtain electrical power for some of their own electrical circuits by merely inserting wires into the exposed face of the fuse panel. This does not comply with the requirements in Section 8 under Electrical Wiring, Adding Lights and Electrical Devices, Page 8-7, of the Sterling Cargo – Cab and Chassis Vocational Reference Guide dated January 2000. Leach installed individual in-line fuses in the wires powering their electrical circuits. The wire pigtails integrally incorporated in these in-line fuses were merely connected to their respective electrical circuit wires using crimp-on type butt splices, which also does not comply with the requirements as outlined in Section 8 under Splice/Repair, Page 8-3, of the Sterling Cargo – Cab and Chassis Vocational Reference Guide dated January 2000 (Photos 1 & 2).



The referenced guidelines are applicable to any/all Final Stage Vehicle Manufacturers and Body Builders such as Leach.

Leach's electrical relays were of the automotive type having an integrally attached mounting lug and male spade terminals. The male spade terminals on automotive electrical relays are typically thinner than common crimp-on male spade electrical terminals. They also do not have any "locking" provision as found on crimp-on male spade electrical terminals that help obtain and maintain an effective and proper electrical connection when inserted into a crimp-on female spade electrical terminal.

Leach then routed wires to and from their relays and other controls in the vicinity of Sterling's in-cab Fuse & Electrical Module and merely allowed the wiring hang down below in the area normally occupied by a passenger's feet, which resulted on occasion with the wires becoming disconnected from their respective relay terminals due to passenger foot contact (Photos 1 & 2).

Leach should have bundled their wires neatly together in a harness arrangement routed above and within the confines of the existing Sterling electrical box and factory installed cover panel where it would be shielded and protected. The harness, in the area near where it interfaced with the relays, would then have dedicated wire drops broken out for each respective relay interface. These wire drops could have then had standard, commercially available female relay plugs installed; with the plugs in turn being ganged together to form one polarized connector. When the plugs became disconnected, there would be only one way in which the reconnection could be made. Such a harness/plug configuration would have also made the packer control electrical system troubleshooting a much easier.

Leach, contrary to their electrical schematics, used two identically color coded wires connected to two adjacent relays. When these two wires become disconnected from their respective electrical relays, if they are not reconnected onto their correct terminal on the correct relay, a malfunction will occur within the Leach electrical system at the time packing operations are conducted if the transmission selector is not in Neutral. The malfunction will result in the Transmission Neutral Interlock relay becoming deactivated when the packer controls were energized and the engine speed up control was activated at the rear of the packer body. With the transmission in gear, the truck will move. With the Leach electrical system properly connected, no truck movement will occur.

Records reviewed indicate that Harrison had completed his assigned route using his regularly assigned truck and requested being considered for overtime work. He was assigned overtime work and was instructed to take the truck to intercept another collection crew whose truck was nearing capacity in order to exchange trucks.

Witness statements indicate Harrison had picked up a relatively small amount of garbage while enroute to the planned rendezvous. After loading the garbage at the Mcomb street stop, it was the first time he needed to operate the packer mechanism.



Harrison therefore had no previous knowledge of the defect that was present in Leach's packer body electrical control system. Harrison also had no warning that the truck would move when the packer mechanism was engaged and the engine speed up control was activated.

Under normal conditions, with the automatic transmission in gear and the engine at its idle speed of about 700 R.P.M. with the spring parking brakes applied on the truck's drive axle, the brakes would have sufficient holding capability to keep the truck stationary. However, with the engine speed being activated remotely to reach a set high idle speed of about 1700 R.P.M. in order to perform the packing operation, the spring parking brakes, especially on this single axle truck, would not be sufficiently powerful to prevent truck movement.

Leach's design and manufacturing methodology during installation, connection, and assembly of their packer body electrical control interface with that of Sterling's in-cab electrical system was defective.

Had Leach properly conducted a Failure Modes and Effect Analysis (FMEA), they would have determined that the easy interchange of the two connections having identical color coded wires would create a dangerous condition at any time the transmission selector had not been placed in neutral prior to the packer controls being energized and the engine speed up control activated at the rear of the packer body, and that a system or packaging re-design was warranted.

The Leach designed, manufactured, and installed electrical system for their packer body was defective in a manner that caused Harrison's death.

## 7. FINDINGS.

Within the bounds of reasonable engineering certainty, and subject to change should additional information become available, it is my professional opinion that:

1. Leach's design and manufacturing methodology during installation, connection, and assembly of their packer body electrical control interface with that of Sterling's in-cab electrical system was defective.

2. The Leach designed, manufactured, and installed electrical system for their packer body was defective in a manner that caused Harrison's death.

Lance Watt

Heavy Truck and Bus Expert



Robson Forensic
INCORPORATED

8



PHOTO 1.





PHOTO 2.



10