IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

- - - - - - - - - - - - - - - - - -X
JOHNNY HARRISON, the estate of,       :
    et al.                            :
                                      :
   Plaintiffs,                           : Case Number:1:05-cv-01789-ESH
                                        :
v.                                     :
                                        :
FREIGHTLINER, LLC, et al.              :
                                        :
        Defendants.               :
- - - - - - - - - - - - - - - - - -X

## STIPULATION OF DISMISSAL

On this day, by agreement of all parties, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs' claims against Defendants General Motors, Allison Transmission Company, DaimlerChrysler Corporation, Freightliner, LLC and Sterling Truck Corp. are hereby **DISMISSED WITHOUT PREJUDICE.**

John F. Kennedy, Esq.
Kennedy and Dolan
8601 Georgia Avenue, Suite 910
Silver Spring, MD 20910
Counsel for Plaintiffs