IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHNNY HARRISON, *et al.*, | ) ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | Civil Action No. 1:05-CV-01789 (ESH) |
| FREIGHTLINER LLC, *et al.* | ) ) ) | |
| *Defendants.* | ) ) | |

UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Upon consent of counsel, Defendant Leach Company ("Leach") moves to amend the Scheduling Order entered on October 27, 2005, as amended by Minute Orders entered on June 19, 2006 and September 7, 2006, to extend the deadline for the filing of Defendants' expert witness reports from January 15, 2007 to February 15, 2007. This motion is necessitated by the incapacity of a Leach expert witness who is in the process of recovering from major surgery. Leach is authorized to represent that Plaintiffs do not oppose this motion.

    /s/  Allison Manger
Allison Manger (D.C. Bar No. 482593)
Ryan K Manger (D.C. Bar No. 481686)
 THOMPSON COBURN LLP
 1909 K. Street, N.W. Ste. 600
 Washington, D.C.  20006-1167
 (202) 585-6900 (telephone)
 (202) 585-6969 (facsimile)

*Attorneys for Leach Company and Federal Signal Corporation*

- 2 -

<u>Of Counsel</u>

Thomas R. Jayne
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO  63101
(314) 552-6000 (telephone)
(314) 552-7000 (facsimile)

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2007, true and correct copies of the foregoing Unopposed Motion to Amend Scheduling Order were served electronically through CM/ECF on:

>John F. Kennedy, Esq.
>KENNEDY & DOLAN
>8601 Georgia Avenue, Suite 910
>Silver Spring, MD  20910
>
>*Counsel for Plaintiffs LaQuansia Bennett, Shavon Fowler, and Estate of Johnny Harrison*
>
>Patrick A. Malone, Esq.
>STEIN, MITCHELL & MEZINES
>1100 Connecticut Ave., N.W.
>Suite 1100
>Washington, D.C.  20036
>
>*Counsel for Plaintiffs LaQuansia Bennett, Shavon Fowler, and Estate of Johnny Harrison*

                    /s/  Allison Manger