IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHNNY HARRISON, *et al.*, | ) ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | Civil Action No. 1:05-CV-01789 (ESH) |
| FREIGHTLINER LLC, *et al.* | ) ) ) | |
| *Defendants.* | ) ) | |

ORDER

Upon consideration of Defendant Leach Company's Unopposed Motion to Amend Scheduling Order, and for good cause shown, it is hereby:

ORDERED that Defendant Leach Company's motion is GRANTED. Defendants' expert reports will be due on February 15, 2007.

Date: _____

_____
HON. ELLEN S. HUVELLE
United States District Judge