IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHNNY HARRISON, *et al.*, | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05-CV-01789 (ESH) |
| | ) | |
| FREIGHTLINER LLC, *et al.* | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

MOTION FOR SUMMARY JUDGMENT BY
DEFENDANT FEDERAL SIGNAL CORPORATION

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Federal Signal Corporation ("Federal Signal") moves for summary judgment because there is no genuine dispute of any material fact entitling Plaintiffs to recover against Federal Signal and, as such, Federal Signal is entitled to judgment as a matter of law.

Plaintiffs' Complaint includes negligence, product liability, survival, and wrongful death claims based on an fatal accident involving a garbage truck (the "vehicle"). The undisputed facts show that Federal Signal took no part in the design or manufacture of the vehicle, nor did it design, manufacture, or supply any part, system, or component of the vehicle. Rather, any actions with respect to the design and manufacture of the vehicle were taken by Defendant Leach Company ("Leach"). Leach became a corporate subsidiary of Federal Signal about a year after the vehicle was manufactured and sold. Federal Signal and Leach are separate and distinct corporate entities.

For these reasons, and for the reasons set forth in the accompanying Statement of

Material Facts and Memorandum of Points and Authorities, summary judgment should be

granted in favor of Federal Signal.


Respectfully submitted,


_/s/ Allison Manger_
Allison Manger (D.C. Bar No. 482593)
Ryan K Manger (D.C. Bar No. 481686)
  THOMPSON COBURN LLP
  1909 K. Street, N.W. Ste. 600
  Washington, D.C.  20006-1167
  (202) 585-6900 (telephone)
  (202) 585-6969 (facsimile)

*Attorneys for Leach Company and Federal
Signal Corporation*


Of Counsel

Thomas R. Jayne
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO  63101
(314) 552-6000 (telephone)
(314) 552-7000 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February, 2007, true and correct copies of the

foregoing Motion for Summary Judgment by Defendant Federal Signal Corporation were served

electronically through CM/ECF on:

> John F. Kennedy, Esq.
> KENNEDY & DOLAN
> 8601 Georgia Avenue, Suite 910
> Silver Spring, MD  20910
>
> *Counsel for Plaintiffs LaQuansia Bennett, Shavon Fowler, and
> Estate of Johnny Harrison*
>
> Patrick A. Malone, Esq.
> STEIN, MITCHELL & MEZINES
> 1100 Connecticut Ave., N.W.
> Suite 1100
> Washington, D.C.  20036
>
> *Counsel for Plaintiffs LaQuansia Bennett, Shavon Fowler, and
> Estate of Johnny Harrison*

                    /s/ Allison Manger

3452461                           - 3 -