```
                                                                   Page 1
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
 2

    JOHNNY HARRISON, THE ESTATE OF BY
 3  AND THROUGH LYNN HOLLAND AS
    PERSONAL REPRESENTATIVE OF THE
 4  ESTATE OF JOHNNY HARRISON
    (DECEASED), ET AL.,
 5
             PLAINTIFFS
 6
                                        CIVIL ACTION
 7       VS                             NO. 1:05CV01789
                                            (ESH)
 8  FREIGHTLINER, LLC., ET AL.,
 9          DEFENDANTS
    ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
10
                         DEPOSITION OF
11
                          LANCE WATT
12
                       December 13, 2006
13                        10:50 a.m.
14                      Robson Forensic
                       354 North Prince
15                  Lancaster, Pennsylvania
16      Anthony J. Balshy, Reporter, Notary Public
17
18
19
20
21
22
23
24
25
```

1    Q.    Today it would be two years older
2    than that I take it?
3    A.    Yes.
4    Q.    Let me back up and make sure I --
5    A.    The incomplete vehicle was built in
6    November of 2000, and it was received at
7    Leach in December of 2000, and it went out
8    bodied as a final stage manufactured vehicle
9    in April of '01. So it was about three
10   years and three months or something old at
11   that point in time.
12   Q.    I asked a question, and I'm not
13   sure I understood your response to it. Tell
14   me again your assumption of how these wires
15   came to be hooked to the wrong terminal.
16   A.    Well, based on the work that
17   Rosenbluth or whatever his name was did, he
18   talks about two basically adjacent relays.
19   Because the wires are not harnessed and
20   because they are in close proximity, somebody
21   kicked those wires and both of those fell off
22   of the terminal and the relay. Then it's,
23   well, you know, it's A or B. And if you
24   hook them up backwards, then it foils the
25   neutral safety.