IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY HARRISON, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-CV-01789 (ESH) |
| ) | |
| FREIGHTLINER LLC, *et al.* ) | |
| ) | |
| *Defendants.* ) | |

## AFFIDAVIT OF JENNIFER SHERMAN CHERRY

Comes now Affiant, being sworn and under oath, and makes the following statements based on her own first hand knowledge and her review of the records of Federal Signal Corporation and Leach Company:

1. I am over the age of 18 and competent to make this Affidavit.

2. I am Secretary of Federal Signal Corporation as well as Secretary for Leach Company.

3. I am familiar with the relationship between Federal Signal Corporation ("Federal Signal") and Leach Company ("Leach"). I have reviewed the allegations of the captioned complaint which involves a Leach rear loader refuse body.

4. Federal Signal and Leach are separate corporations. Federal Signal does not control or dominate Leach. The two companies have maintained separate business locations, they keep separate corporate minutes and records, and they each separately follow the corporate formalities necessary for the issuance or subscription of stock.

3414757

- 2 -

5. Federal Signal has never been in the business of designing or manufacturing refuse bodies or trash trucks. Federal Signal did not design or manufacture the vehicle or refuse body. It did not design, manufacture or supply any part, system, or component of the refuse body.

6. Federal Signal did not participate in the placement of the refuse body onto the truck chassis, nor did it participate in the integration of the refuse body with other components and/or systems on the vehicle.

7. Federal Signal acquired the stock of Leach in September 2002. Before this stock acquisition Federal Signal had no ownership interest in Leach.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief. Further Affiant sayeth not.

*[signature: Jennifer Sherman Cherry]*

STATE OF ILLINOIS    )
                     ) SS.
COUNTY OF DUPAGE     )

On this _8th_ day of February 2007, before me appeared Jennifer Sherman Cherry, to me personally known, who being by me duly sworn, stated that the statements made herein are true to the best of his knowledge, information and belief.

In testimony whereof, I hereunto set my hand and affix my official seal in the County and State aforesaid, the date and year written above.

Official Seal
Suzanne L. Elmore
Notary Public State of Illinois
My Commission Expires 11/21/2009

_[signature]_
Notary Public

- 2 -