IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY HARRISON, *et al.*, ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| v. ) | Civil Action No. 1:05-CV-01789 (ESH) |
| ) | |
| FREIGHTLINER LLC, *et al.* ) | |
| ) | |
| *Defendants.* ) | |

ORDER

Upon consideration of Defendant Federal Signal Corporation's Motion for Summary Judgment and its Statement of Material Facts and Memorandum of Points and Authorities in Support of Motion for Summary Judgment and for good cause shown, it is hereby:

ORDERED that Defendant Federal Signal Corporation's motion is GRANTED.


Date: _____                            _____
                                              HON. ELLEN S. HUVELLE
                                              United States District Judge

3514022