IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY HARRISON, *et al.*, | ) |
| *Plaintiffs,* | ) |
| v. | ) Civil Action No. 1:05-CV-01789 (ESH) |
| FREIGHTLINER LLC, *et al.* | ) |
| *Defendants.* | ) |

UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Upon consent of counsel, Defendant Leach Company ("Leach") moves to amend the Scheduling Order entered on October 27, 2005, as amended by Minute Orders entered on June 19, 2006, September 7, 2006, and January 10, 2007, to extend the deadline for the filing of Defendants' expert witness reports until 10 days after Plaintiffs produce their expert witness, William Rosenbluth, for deposition. Mr. Rosenbluth is Plaintiffs' primary liability expert, and it is crucial that Leach's expert witnesses have the opportunity to evaluate and respond to his opinions in preparing their expert reports. Due to scheduling conflicts, however, Mr. Rosenbluth has been unavailable for deposition. Additionally, the parties are engaged in mediation in an attempt to settle this case. Therefore, Leach respectfully requests that the Court amend the Scheduling Order to provide that Leach's expert reports will be due 10 days after Mr. Rosenbluth is deposed. Leach is authorized to represent that Plaintiffs do not oppose this motion.

      /s/ Allison Manger
      Allison Manger (D.C. Bar No. 482593)
      Ryan K Manger (D.C. Bar No. 481686)

3513983

                                        THOMPSON COBURN LLP
                                        1909 K. Street, N.W. Ste. 600
                                        Washington, D.C.  20006-1167
                                        (202) 585-6900 (telephone)
                                        (202) 585-6969 (facsimile)

                                        *Attorneys for Leach Company and Federal*
                                        *Signal Corporation*

<u>Of Counsel</u>

Thomas R. Jayne
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO  63101
(314) 552-6000 (telephone)
(314) 552-7000 (facsimile)

## CERTIFICATE OF SERVICE

     I hereby certify that on this 12th day of February, 2007, true and correct copies of the foregoing Unopposed Motion to Amend Scheduling Order were served electronically through CM/ECF on:

     John F. Kennedy, Esq.
     KENNEDY & DOLAN
     8601 Georgia Avenue, Suite 910
     Silver Spring, MD  20910

     *Counsel for Plaintiffs LaQuansia Bennett, Shavon Fowler, and Estate of Johnny Harrison*

     Patrick A. Malone, Esq.
     STEIN, MITCHELL & MEZINES
     1100 Connecticut Ave., N.W.
     Suite 1100
     Washington, D.C.  20036

     *Counsel for Plaintiffs LaQuansia Bennett, Shavon Fowler, and Estate of Johnny Harrison*

                                   /s/  Allison Manger