IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY HARRISON, *et al.*, )<br>)<br>*Plaintiffs,* )<br>)<br>v. )<br>)<br>FREIGHTLINER LLC, *et al.* )<br>)<br>*Defendants.* )<br>) | Civil Action No. 1:05-CV-01789 (ESH) |

ORDER

Upon consideration of Defendant Leach Company's Unopposed Motion to Amend Scheduling Order, and for good cause shown, it is hereby:

ORDERED that Defendant Leach Company's motion is GRANTED. Defendants' expert reports will be due ten days after Plaintiffs' expert, William Rosenbluth, is produced for deposition.

Date: _____

HON. ELLEN S. HUVELLE
United States District Judge

3514022