IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Johnny Harrison,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. 1:05-CV-01789 (ESH) |
| | ) |
| **Freightliner LLC,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

### CONSENT MOTION TO ENLARGE TIME FOR
### RESPONSE TO SUMMARY JUDGMENT MOTION

The plaintiff, with consent of the defendant, hereby moves for an order enlarging the time for response to Federal Signal Corporation's summary judgment motion. The opposition is presently due on February 23, and the defendant has consented to a seven-day extension, to March 2, 2007.

The reason for the motion is that the plaintiff just obtained documentary discovery from Federal Signal that is relevant to this motion.

Respectfully submitted,

_____/s/_____
John F. Kennedy (Bar No. 413509)
Kennedy & Dolan
8601 Georgia Avenue
Suite 910
Silver Spring, MD 20910
(301) 608-3000

                                                               /s/
                        Patrick A. Malone (Bar No. 397142)
                        Stein, Mitchell & Mezines, LLP
                        1100 Connecticut Avenue, N.W.
                        Suite 1100
                        Washington, D.C.  20036
                        (202) 737-7777
                        (202) 296-8312 (facsimile)

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February, 2007, copies of the foregoing were sent by electronic service or U.S. Mail to:

    Allison Manger, Esq.
    Thompson Coburn LLP
    1909 K Street, N.W.
    Suite 600
    Washington, D.C. 20006-1167
    email:  AMANGER@Thompsoncoburn.com

    Thomas R. Jayne, Esq.
    Thompson Coburn, LLP
    One US Bank Plaza
    St. Louis, MO 63101
    email:  TJAYNE@thompsoncoburn.com

                                                  /s/
                        Patrick A. Malone