IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Johnny Harrison,** *et al.,*      ) | |
| ) | |
| **Plaintiffs,**    ) | |
| ) | |
| v.    ) | Civil Action No. 1:05-CV-01789 (ESH) |
| ) | |
| **Freightliner LLC,** *et al.,*      ) | |
| ) | |
| **Defendants.**    ) | |

## ORDER

Upon consideration of the Consent Motion to Enlarge Time For Response To

Summary Judgment Motion, and the reasons stated therefore, and the entire record in this

case, and the court being fully informed in the premises, it is by the court this \_\_\_\_\_ day of February, 2007 hereby

ORDERED, that the Consent Motion be and the same hereby is GRANTED.

_____
Hon. Ellen S. Huvelle

Date: _____

cc:  John F. Kennedy
Kennedy & Dolan
8601 Georgia Avenue
Suite 910
Silver Spring, MD 20910

Patrick A. Malone
Stein, Mitchell & Mezines, LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036

Thomas R. Jayne, Esq.
Thompson Coburn, LLP
One US Bank Plaza
St. Louis, MO 63101

Allison Manger, Esq.
Thompson Coburn LLP
1909 K Street, N.W.
Suite 600
Washington, D.C. 20006-1167