IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY HARRISON, *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| v. | ) Civil Action No. 1:05-CV-01789 (ESH) |
| | ) |
| FREIGHTLINER LLC, *et al.* | ) |
| | ) |
| *Defendants.* | ) |

JOINT MOTION TO SUBSTITUTE AND DISMISS DEFENDANTS

Plaintiffs, Defendant Federal Signal Corporation, and Defendant Leach Company jointly move to substitute "FS Depot, Inc., formerly known as Leach Company, Inc." as a defendant in place of Leach Company, Inc. This substitution is made in order to accurately reflect a change in the legal name of the defendant Leach Company, Inc. Further, the parties jointly move to dismiss with prejudice defendant Federal Signal Corporation.. This will make moot the pending motion for summary judgment on behalf of Federal Signal Corporation..

John F. Kennedy, Esq.
KENNEDY & DOLAN
8601 Georgia Avenue, Suite 910
Silver Spring, MD  20910

Patrick A. Malone, Esq.
STEIN, MITCHELL & MEZINES
1100 Connecticut Ave., N.W.
Suite 1100
Washington, D.C.  20036

*Counsel for Plaintiffs LaQuansia Bennett, Shavon Fowler, and Estate of Johnny Harrison*

3526622

- 2 -

   /s/  Allison Manger
Allison Manger (D.C. Bar No. 482593)
Ryan K Manger (D.C. Bar No. 481686)
  THOMPSON COBURN LLP
  1909 K. Street, N.W. Ste. 600
  Washington, D.C.  20006-1167
  (202) 585-6900 (telephone)
  (202) 585-6969 (facsimile)

*Attorneys for Leach Company and Federal Signal Corporation*

Of Counsel

Thomas R. Jayne
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO  63101
(314) 552-6000 (telephone)
(314) 552-7000 (facsimile)