IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHNNY HARRISON, *et al.*, | ) ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | Civil Action No. 1:05-CV-01789 (ESH) |
| FREIGHTLINER LLC, *et al.* | ) ) ) | |
| *Defendants.* | ) ) ) | |

ORDER

Upon consideration of the parties' Joint Motion to Substitute and Dismiss Defendants, and for good cause shown, it is hereby:

ORDERED that said motion is GRANTED, Defendant Federal Signal Corporation is dismissed with prejudice, and FS Depot, Inc., formerly known as Leach Company, Inc., is substituted as a defendant for Leach Company, Inc.

Defendant Federal Signal Corporation's Motion for Summary Judgment is denied as moot.

Date: _____    _____
HON. ELLEN S. HUVELLE
United States District Judge

3526620