IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

JOHNNY HARRISON, et al., )
)
Plaintiffs, )
)
v. ) Civil Action No. 1:05-CV-01789 (ESH)
)
FREIGHTLINER LLC, et al. )
)
Defendants. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Estate of Johnny Harrison, by and through Shavon Fowler as personal representative, LaQuansia Bennett, and JaQuan D'Andre Harrison, by and through Shavon Fowler as his guardian and parent, and Defendants FS Depot, Inc. and Federal Signal Corporation hereby stipulate to a dismissal with prejudice as to all of Plaintiffs' claims against Defendants FS Depot, Inc. and Federal Signal Corporation as alleged in the Complaint, with each party to bear its own costs.

John F. Kennedy, Esq. (D.C. Bar No. 413509)
KENNEDY & DOLAN
8601 Georgia Avenue, Suite 910
Silver Spring, MD 20910
(301) 608-3000 (telephone)
(301) 608-3007 (facsimile)

3538449

_____
Patrick A. Malone, Esq. (D.C. Bar No. 397142)
STEIN, MITCHELL & MEZINES
1100 Connecticut Ave., N.W.
Suite 1100
Washington, D.C. 20036
(202) 737-7777 (telephone)
(202) 296-8312 (facsimile)

*Attorneys for Plaintiffs Estate of Johnny Harrison, LaQuansia Bennett, and JaQuan D'Andre Harrison, by Shavon Fowler as His Guardian and Parent*

_____
Allison Manger (D.C. Bar No. 482593)
Ryan K Manger (D.C. Bar No. 481686)
THOMPSON COBURN LLP
1909 K. Street, N.W. Ste. 600
Washington, D.C. 20006-1167
(202) 585-6900 (telephone)
(202) 585-6969 (facsimile)

*Attorneys for FS Depot, Inc. and Federal Signal Corporation*

Of Counsel

Thomas R. Jayne
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6000 (telephone)
(314) 552-7000 (facsimile)

Dated: April 5, 2007

3538449

-2-